UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS,<br><br>                                     Plaintiff,<br><br>– against –<br><br>THE CITY OF NEW ORLEANS; JASON WILLIAMS, in his official capacity as Orleans Parish District Attorney; ANNE KIRKPATRICK, in her official capacity as Superintendent of the New Orleans Police Department; JOHN DILLMANN, in his individual capacity; and JOHN/JANE DOES #1-20, in their individual capacities,<br><br>                                     Defendants. | Case No. 23-CV-6897 |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR ATTORNEY ELEANOR C. DAVIS**

     NOW INTO COURT comes Christopher J. Murell, a member of the bar of this District and counsel of record for Plaintiff Raymond Flanks, to move this Court pursuant to Local Rule 83.2.5, for an order permitting attorney Eleanor C. Davis, Esq., of the Shanies Law Office, 110 West 40th Street, Tenth Floor, New York, New York 10018, to enroll as additional counsel of record *pro hac vice* and be permitted to appear and participate as counsel on behalf of Plaintiff Raymond Flanks in the above-captioned matter.

     Pursuant to Local Rule 83.2.5, attached hereto are the following: a recent certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, wherein Eleanor C. Davis has been admitted to practice since May 1, 2020, attached as Exhibit "1"; a declaration executed by Eleanor C. Davis, wherein Ms. Davis declares under penalty of perjury that she has no disciplinary proceedings or criminal charges instituted against her, attached as Exhibit "2"; and a completed Consent to Electronic Filing Form, attached as Exhibit "3."

WHEREFORE, Christopher J. Murell, counsel of record for Plaintiff Raymond Flanks, prays that this Court grant this motion and enter an order permitting Eleanor C. Davis, Esq., to enroll as attorney *pro hac vice* and to appear and participate as counsel for Plaintiff Raymond Flanks in the above-captioned matter.

Respectfully Submitted,

/s/ Christopher J. Murell
CHRISTOPHER J. MURELL
Louisiana Bar Number: 32075
MURELL LAW FIRM
2831 St. Claude Avenue
New Orleans, Louisiana 70017
(504) 717-1297 Telephone
(504) 717-6691 Facsimile
chris@murell.law

*Counsel for Plaintiff Raymond Flanks*