# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　– against –<br><br>THE CITY OF NEW ORLEANS; JASON WILLIAMS, in his official capacity as Orleans Parish District Attorney; ANNE KIRKPATRICK, in her official capacity as Superintendent of the New Orleans Police Department; JOHN DILLMANN, in his individual capacity; and JOHN/JANE DOES #1-20, in their individual capacities,<br><br>　　　　　　　　　　　Defendants. | Case No. 23-CV-6897 |

## DECLARATION OF ELEANOR C. DAVIS

ELEANOR C. DAVIS, being duly sworn, deposes and states the following:

1. I am an attorney in good standing, and licensed and admitted to practice law, and currently practicing law, in the State of New York.

2. I am an associate at the Shanies Law Office, whose offices are located at 110 West 40th Street, Tenth Floor, New York, New York 10018.

3. No disciplinary proceedings or criminal charges have ever been instituted against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　November 20, 2023
　　　　　　　　New York, New York　　　　Eleanor C. Davis