**RAYMOND FLANKS V. CITY OF NEW ORLEANS, ET AL,**
**NO. 23-CV-6897**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**EXPERT REPORT OF TUMULESH K.S. SOLANKY, Ph.D.**

Dr. Tumulesh K. Solanky
Professor and Chair of the Department of Mathematics
Interim Chair of Department of Physics
University of New Orleans
New Orleans, LA 70148
(504) 427-0188
tsolanky@uno.edu

EXHIBIT

**1**

1

## I.      Introduction

1. I have been engaged by counsel for the Orleans Parish District Attorney's Office ("OPDA") to conduct a scientific analysis of the alleged violations of constitutional requirements under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny (hereinafter "Brady"), as reported in Professor Laurie Levenson's expert report. My objective is to assess the reasonable conclusions that can be drawn regarding the frequency of such cases in Orleans Parish. My qualifications are detailed in my curriculum vitae (CV), which includes a record of my prior legal assignments in both federal and state courts. My CV is attached as Appendix 1 to this Expert Report/Declaration. I am being compensated for my work on this matter at the rate of $250 per hour.

2. I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the statements contained in this declaration. I am a professor and chair of the Departments of Mathematics and Physics at the University of New Orleans (UNO). I have a Ph.D. in statistics from the University of Connecticut. I have been teaching statistics and mathematics at UNO since August 1990. I have taught a number of graduate classes on statistics, such as Sampling Theory, Applied Statistics, Regression Analysis, Linear Models, Design of Experiments, Biostatistics, Statistical Consulting, Nonparametric Statistics, Data Analytics, Multivariate Analysis, and Time Series Analysis. At present, I serve as an associate editor of three scholarly journals, including *Sequential Analysis: Design Methods and Applications*, the flagship journal in my research area. My research focuses primarily on data collection/sampling strategies, especially the development of new sampling designs to collect and analyze data. I have authored/co-authored a research level book, two book chapters, and over 25 research articles in scholarly peer-reviewed journals, all in the field of statistics. I have also served as the guest editor of a special issue of the *American Journal of Mathematical and Management Sciences* in my research area. I have presented my research at over 50 national and international conferences/meetings of peers. I have provided my statistical expertise to the National Aeronautics and Space Administration (NASA), the United States Department of Agriculture (USDA), banks, hospitals, school boards, polling firms, Attorneys General Offices, District Attorney's Offices, and others, designing surveys and authoring over 150 internal/expert reports. Details of the above-mentioned items and others are available in my CV.

3. I have relied on the following documents and data sets to conduct the statistical analysis presented in this report:
> i. 1988 Revised Annual Report
> ii. 1989 Screening Division Report (revised)
> iii. 1989 Trials Division Report
> iv. 1990 Screening Division Report
> v. 1990 Trials Division Report
> vi. 1991 Screening Division Report
> vii. 1991 Trials Division Report
> viii. 1992 Screening Division Report
> ix. 1992 Trials Division Report
> x. 1993 Screening Division Report
> xi. 1993 Trials Division Report
> xii. 1994 Screening Division Report

xiii. 1994 Trials Division Report
xiv. 1995 Screening Division Report
xv. 1995 Trials Division Report
xvi. 1996 Screening Division Report
xvii. 1996 Trials Division Report
xviii. 1997 Screening Division Report
xix. 1997 Trials Division Report
xx. 1988 Screening Division Report
xxi. 1988 Trials Division Report
xxii. 1999 Screening Division Report
xxiii. 1999 Trials Division Report
xxiv. 2025-09-19 L. Levenson Expert Report

## II.    Introduction and Background Information

4. Professor Levenson in her expert report Exhibits 1-3 has cited Orleans Parish criminal cases involving a total of 87 defendants that, in her view, involve Brady violations.[1] As a conservative assumption, I have counted these as 87 separate "cases" or alleged Brady violations, although my understanding is that several of the alleged violations involve multiple defendants in the same case. I also express no opinion as to whether any of the cases identified in Prof. Levenson's report involve a violation of a defendant's constitutional rights.[2] I have assumed, for purposes of my analysis, that Prof. Levenson's characterization of these cases is correct. The following is the breakdown of the cases in her three Exhibits. Exhibit 1 to Prof. Levenson's report includes cases between December 1967 and May 2012 involving 47 defendants, in which she claims that courts found Brady violations. Exhibit 2 to Prof. Levenson's report includes cases between February 1975 and June 2013 involving 15 defendants, in which she claims that there was an admission of a Brady violation or a "credible" allegation of a Brady violation. Exhibit 3 to Prof. Levenson's report includes 23 cases with 26 defendants, in which she claims that OPDA responded to a Brady Claim with an admission that it withheld evidence favorable to the defense.

Prof. Levenson opines that "at least 47 court-found *Brady* violations" between 1967 and 2012 is "an objectively large number of *Brady* findings." However, she does not attempt to compare this number, or the other numbers of alleged Brady violations in her report, to the total number of cases prosecuted in Orleans Parish. In my report, I provide this missing context.

---

[1] Based on instructions from OPDA's counsel, I have excluded the case of Raymond Flanks, which is included in Prof. Levenson's Exhibit 3, because the alleged Brady violation in that case is the subject of the present litigation. Also, while Prof. Levenson claims that all of the cases listed in her Exhibits 1-3 involve withholding of favorable evidence from the defense, it is not entirely clear whether she is claiming that "Brady violations" occurred in all of these cases. I am not a legal expert and do not purport to offer any opinion on the distinctions between withholding of favorable evidence and a "Brady violation." For the purposes of my analysis and report, I am assuming that Prof. Levenson is claiming that Brady violations occurred in all of the cases listed in her Exhibits 1-3.

[2] I refer to the cases listed in Prof. Levenson's report as involving "alleged" Brady violations only to indicate that Prof. Levenson is claiming in her report that these cases involve Brady violation. By using the term "alleged," I do not intend to offer any opinion about whether the Brady claims in any of these cases have been proven or accepted by any court; that is outside the scope of my expertise and my analysis.

5. From the annual reports of OPDA's Screening Division, it is possible to document how many cases were screened by OPDA and the number of cases accepted after screening. This information is reported in Appendix 2. From 1985 to 1992, 101,408 cases were screened and out of these 55,361 (that is, 54.6 percent) were accepted for prosecution. Figure 1 illustrates the percentage of cases that were accepted after the screening process, showing a variation between 50% and 62% over the observed period. In examining the relationship between the percentage of cases accepted and time (measured in years from 1985 to 1992), the regression analysis[3] yielded a slope coefficient with a p-value of 0.6639. This high p-value indicates that the null hypothesis of no linear association between year and the percentage of cases accepted cannot be rejected at conventional significance levels. In other words, within this period, there is no statistically significant evidence of a systematic upward or downward trend in acceptance rates. Given the absence of a statistically significant trend within the observed 8-year period, it is a fair assumption to assume temporal stability when extrapolating the acceptance rates to years outside the data range.

**Figure 1: Percentage of Cases Accepted After Screening from 1985 to 1992**



6. For years 1993 to 1999, the OPDA data reports for each year the number of charges screened and the number of charges accepted. This information is reported in Appendix 3. For these years, 200,555 charges were screened and out of these 76,389 (that is, 38.1 percent) charges were accepted for prosecution. Figure 2 illustrates the percentage of charges that were accepted after the screening process, showing a variation between 53.6% and 32.0% over the observed period. For the period 1993–1999, the regression of the percentage of charges accepted on year produced a slope coefficient with a p-value of 0.0587. Although this value is close to the conventional 5% threshold, it remains statistically not significant. This means we do not have sufficient evidence to conclude that there was a systematic linear trend in the percentage of charges accepted during this period. Given the absence of a statistically significant trend within the observed 7-year period, it

---

[3] In this regression model, as well as in others presented in this report, the year variable was centered at the first observed year (for example, Year – 1995). Since the range of Year is small relative to its mean, direct use may lead to a loss of numerical accuracy in computations; rescaling by centering helps mitigate this issue.

is a fair assumption to assume temporal stability when extrapolating the percentage of charges accepted to years outside the data range.

**Figure 2: Percentage of Charges Accepted After Screening from 1993 to 1999**



7. These two data sets, from 1985 to 1992 and from 1993 to 1999, both report the number of cases accepted. This is summarized in Figure 3. Note that other than 1989 and 1998, the total number of cases accepted show uniformity. Overall, from 1985 to 1999, the average number of cases accepted per year is 7,083.87. For the period 1985–1999, the regression of the number of cases accepted on year produced a slope coefficient with a p-value of 0.1225. This means we do not have sufficient evidence to conclude that there was a systematic linear trend in the number of cases accepted during this period. Given the absence of a statistically significant trend within the observed 15-year period, it is a fair assumption to assume temporal stability when extrapolating the percentage of charges accepted to years outside the data range.

**Figure 3: Number of Cases Accepted After Screening from 1985 to 1999**



8. The annual reports also provide the conviction rate for the jury trials for years 1988 to 1996 and for judge trials for 1995 and 1999. For these years the overall conviction rate was 72.4 percent for jury trials. The details by year for these trials are provided in Appendix 4. The available data for judge trials is summarized in Appendix 5. For five years for which the conviction rate is available, the conviction rate was 65.4% for the judge trials.

9. The reported cases with an alleged Brady violation in Professor Levenson's report cover the years 1967 to 2013. However, it is unclear whether years outside this range were reviewed and found to have no cases. To maintain a conservative approach in my analysis, I have assumed no such findings occurred. The number of alleged Brady violations for each year, as reported in Professor Levenson's report, is provided in Appendix 6. I have used the "Date of Trial / Conviction" listed in Prof. Levenson's report as the date of the alleged Brady violation in each case.

10. A review of the data reveals that over a 47-year period from 1967 to 2013, there were zero alleged Brady violation cases in 15 years (31.9%). In 11 years, there was one alleged Brady violation case each year, while in 6 years, there were two alleged Brady violation cases each year. A complete breakdown is provided in Table 1.

6

**Table 1: Breakdown of Alleged Brady Cases Per Year**

| Number of Alleged Brady Cases in a Year | Number of Years | Percent of Total |
|---|---|---|
| 0 Cases | 15 | 31.9% |
| 1 Case | 11 | 23.4% |
| 2 Cases | 6 | 12.8% |
| 3 Cases | 7 | 14.9% |
| 4 Cases | 2 | 4.3% |
| 5 Cases | 4 | 8.5% |
| 6 Cases | 1 | 2.1% |
| 9 Cases | 1 | 2.1% |
| **Total** | **47** | **100%** |

11. The fact that 31.9% of the years in the dataset—nearly one out of every three years—had zero alleged Brady violation cases is a significant finding. This suggests that in a substantial portion of the 47-year period, no such violations were found, indicating that these violations were not consistently prevalent year after year. If Brady violations were systemic or widespread, one would expect a more continuous pattern of reported cases rather than long stretches of time with none. The absence of alleged violations in nearly a third of the years challenges the notion of persistent or institutionalized misconduct. Instead, it suggests that these occurrences are random rather than systematic or recurring. Figure 4 depicts the number of years by how many alleged Brady cases have been included in Professor Levenson's expert report.

**Figure 4: Display of Number of Years with Alleged Brady Cases Per Year**



7

## III.    Statistical Analysis for Years 1974 to 1985

12. For the years 1988 to 1999, the data on the number of jury trials, number of judge trials, and number of guilty pleas for each year are available. Table 2 summarizes the average annual number of trials and pleas for years 1988 to 1999. In this time period, there were an average of 779.67 trials per year, and a total of 5,954.92 trials and guilty pleas per year.

**Table 2: Average Annual Number of Trials, Pleas and Alleged Brady Cases**
**(1988 to 1999)**

| Cases Description | Average Number of Cases |
|---|---|
| Jury Trials | 510.58 |
| Judge Trials | 269.08 |
| Jury or Judge Trials | 779.67 |
| Guilty Pleas | 5175.25 |
| All Trials/Pleas | 5954.92 |

13. In Figure 5, the annual numbers of jury trials, judge trials, guilty pleas, and total trials and pleas are shown for the years 1988 to 1999. The figure indicates that these measures follow a consistent pattern showing no systematic upward or downward trend over the 12-year period for which data is available.

**Figure 5: Depiction of the Annual Number of Trials and Pleas**
**Years: 1988 to 1999**



8

14. A simple linear regression was constructed to examine whether the annual number of jury trials exhibited a systematic trend over time during the 12-year period from 1988 to 1999. The slope coefficient for year had a p-value of 0.9924, indicating no statistically significant evidence of a linear trend. In practical terms, the number of jury trials remained essentially stable, and the observed variation is more plausibly attributed to random fluctuations rather than to any persistent upward or downward pattern. A similar regression model was constructed to examine linear trends in the annual number of jury convictions and the conviction rate for jury trials from 1988 to 1999; both trends were statistically non-significant, with p-values of 0.6103 and 0.1509, respectively.

15. A regression model was constructed for the annual number of judge trials. In this case, the slope coefficient for year yielded a p-value of 0.0004, providing statistical evidence of a significant linear trend. The conviction rate for judge trials, available for 1995 to 1999, was also examined for a linear trend using a simple linear regression model. The trend was statistically significant (p-value = 0.0141) and negative, indicating a decline in conviction rates over time. If extrapolated backward, this trend would suggest that conviction rates prior to 1995 were higher than the five-year average. To err on the side of caution and produce conservative estimates, this report assumes a conviction rate of 65.38% for judge trials, which corresponds to the average rate observed from 1995 to 1999.

16. For the annual number of guilty pleas, the slope coefficient had a p-value of 0.2567, indicating no statistically significant evidence of a trend. Similarly, when all trials and guilty pleas were combined, the regression produced a p-value of 0.1693, again suggesting no significant linear trend over the study period. In practical terms, both guilty pleas and the combined total of trials and pleas remained stable across the 12 years, with fluctuations best explained by random variation rather than systematic change.

17. In summary, while the number of judge trials demonstrated a statistically significant upward trend over this period between 1988 and 1999, however, no significant linear trend was observed in the annual number of jury trials, guilty pleas, or the overall total of trials and pleas.

18. Next, note that the data on the number of trials, trial convictions, and guilty pleas are not available for the years 1974 to 1985. However, such data is available for the years 1988 to 1999. Since the 1988-1999 models exhibited stable behavior with temporal continuity to show that the trend was steady and consistent across those years, I have assumed that the data from 1974-1985 is comparable to 1988-1999. Specifically, I have assumed that the annual numbers of jury trials, jury trial convictions, and guilty pleas from 1974-1985 are the same as the average numbers from 1988-1999. As to the annual numbers of judge trials and judge trial convictions from 1974-1985, I have constructed a simple linear regression model based on the numbers from 1988-1999 and used that model to extrapolate the numbers for 1974-1985.[4] This assumed and extrapolated data is shown in Appendix 5.

---

[4] Since the number of judge trials cannot be negative, the negative estimates, which were predicted for years 1982 or earlier, were replaced with zero. The negative estimates occurs because linear extrapolation extends the fitted line beyond the range of observed data, and the linear model does not constrain predictions to be non-negative. Replacing by zero will produce more conservative estimates as it decreases the denominator values. Additionally, for years 2000 or later, I erred on the side of caution by assuming the increasing trend in number of judge trials did not continue beyond year 1999.

19. Figure 6 depicts the average annual number of total trials and pleas, number of guilty pleas, number of jury and judge trials and number of alleged Brady Cases. It is my understanding, based on discussions with counsel for OPDA, that the alleged Brady cases listed in Prof. Levenson's report include cases where the defendant pleaded guilty and never went to trial; cases where the defendant was acquitted at trial; and cases where the alleged Brady violation was found during a trial, before it had ended. If this is correct, an appropriate comparison is the total number of combined trials and guilty pleas. As an alternative basis for comparison, I have also included the average number of trial convictions.

**Figure 6: Comparison of Key Trial Metrics: 1974 to 1985**



20. Professor Levenson's report identifies a total of 30 alleged Brady cases between 1974 and 1985, resulting in an average of 2.5 cases per year. Specifically, among all trials and guilty pleas, the proportion of cases involving an alleged Brady violation is just .000438788, reaffirming the rarity of these cases[5]. This translates to approximately one alleged Brady violation per 2,279 trials or pleas, with a 99% confidence interval of (0.000232467, 0.000645110).

21. To further illustrate how rare an event occurring in 1 in 2,279 cases is, in the depiction below in Figure 7, I have presented the proportion of alleged Brady violations alongside the lifetime risk of being struck by lightning during an 80-year lifespan[6]. The

---

[5] The Number of jury trials, Number of judge trials, Number of guilty pleas are unavailable for years outside of 1988 to 1999. As explained earlier, the count of Number of jury trials, Number of judge trials, Number of guilty pleas, and conviction rate are extrapolated using the available 1988 to 1999 data.

[6] Source: National Weather Service website (https://www.weather.gov/safety/lightning-odds).

10

"Lifetime_Risk_One_in_5" represents the probability that at least one member of a family/group of five will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck. Similarly, the "Lifetime_Risk_One_in_10" represents the probability that at least one member of a family/group of ten will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck.

**Figure 7: Depiction of the Rarity of an Event Occurring in 1 in 2,279 Cases**
**Years: 1974 to 1985**



22. Furthermore, the proportion of jury or judge trial cases involving an alleged Brady violation is 0.00478691, meaning there is approximately one alleged Brady violation per 209 jury or judge trials. The 99% confidence interval for this proportion is (0.002540968, 0.007032852), further emphasizing the infrequency of these occurrences.

23. Similarly, the proportion of trial convictions involving an alleged Brady violation is 0.006624598, again highlighting the rarity of such cases. This equates to approximately one alleged Brady violation per 151 trial convictions. The 99% confidence interval for this proportion is (0.003519313, 0.009729883), further underscoring the infrequency of these events.

11

## IV.  Statistical Analysis for Years 1974 to 2003

24. As noted earlier, because the numbers of jury trials, judge trials, and guilty pleas are unavailable for years outside of 1988 to 1999, these numbers are extrapolated using the available 1988 to 1999 data. Expanding the analysis to the period 1974 to 2003, Professor Levenson's report identifies a total of 74 alleged Brady cases, resulting in an average of 2.47 cases per year.

25. Specifically, among all trials and guilty pleas, the proportion of cases involving an alleged Brady violation is just 0.000420523, reaffirming the rarity of these cases. This translates to approximately one alleged Brady violation per 2,378 trials or pleas, with a 99% confidence interval of (0.000294622, 0.000546423).

26. To further illustrate how rare an event occurring in 1 in 2,378 cases is, in the depiction below in Figure 8, I have presented the proportion of alleged Brady violations alongside the lifetime risk of being struck by lightning during an 80-year lifespan. The "Lifetime_Risk_One_in_5" represents the probability that at least one member of a family/group of five will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck. Similarly, the "Lifetime_Risk_One_in_10" represents the probability that at least one member of a family/group of ten will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck.

**Figure 8: Depiction of the Rarity of an Event Occurring in 1 in 2,378 Cases**
**Years: 1974 to 2003**



27. Furthermore, the proportion of jury or judge trial cases involving an alleged Brady violation is 0.003572466, meaning there is approximately one alleged Brady violation per 280 jury or judge trials. The 99% confidence interval for this proportion is (0.002504589, 0.004640342), further emphasizing the infrequency of these occurrences.

28. Similarly, the proportion of trial convictions involving an alleged Brady violation is 0.005061372, again highlighting the rarity of such cases. This equates to approximately one alleged Brady violation per 198 trial convictions. The 99% confidence interval for this proportion is (0.003549565, 0.006573179), further underscoring the infrequency of these events.

## V.      Statistical Analysis for Years 1967 to 2013

29. For the years 1967 to 2013, the total number of alleged Brady cases as per Professor Levenson's report is 87 in 47 years, giving an average of 1.85 cases per year.

30. Similarly, among all trials and guilty pleas, the proportion of cases with an alleged Brady violation is just 0.000313558, reaffirming the rarity of these cases. This corresponds to approximately one alleged Brady violation per 3,189 trials or pleas. Moreover, the 99% confidence interval for this proportion is (0.000226974, 0.000400142).

31. To further illustrate how rare an event occurring in 1 in 3,189 cases is, in the depiction below in Figure 9, I have presented the proportion of alleged Brady violations alongside the lifetime risk of being struck by lightning during an 80-year lifespan. The "Lifetime_Risk_One_in_5" represents the probability that at least one member of a family/group of five will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck. Similarly, the "Lifetime_Risk_One_in_10" represents the probability that at least one member of a family/group of ten will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck.

32. The proportion of jury or judge trial cases involving an alleged Brady violation is 0.002542083, highlighting the rarity of such cases. This equates to approximately one alleged Brady violation per 393 jury or judge trials. Additionally, the 99% confidence interval for this proportion is (0.001840913, 0.003243253).

33. Also, the proportion of trial convictions involving an alleged Brady violation is 0.003615361, again highlighting the rarity of such cases. This equates to approximately one alleged Brady violation per 277 trial convictions. A 99% confidence interval for this proportion is (0.002618691, 0.004612031), further underscoring the infrequency of these events.

**Figure 9: Depiction of the Rarity of an Event Occurring in 1 in 3,189 Cases**
**Years: 1967 to 2013**



## VI.   Statistical Analysis for Cases Where Brady Violations were Found as of 1985

34. Per instructions from OPDA's counsel, I have considered the number of Brady violations that, according to Prof. Levenson, were found in published court opinions before Mr. Flanks's conviction in 1985. On pages 39-41 of her report, Prof. Levenson lists ten such cases, which were tried between 1967 and 1980. However, one of those cases, "Raymond v. Lockett (1976)," does not appear in her Exhibit 1, and another of those cases, "Norris Henderson (1978)," is listed in her Exhibit 1 as actually involving a court finding in 1993, not 1978. I have therefore disregarded these two cases, leaving a total of eight cases tried between 1967 and 1980 (an average of 0.57 cases per year) in which Brady violations were found as of 1985.

35. Among all trials and guilty pleas between 1967 and 1980, the proportion of cases with an alleged Brady violation is just 0.000100500, reaffirming the rarity of these cases. This corresponds to approximately one alleged Brady violation per 9,950 trials or pleas. Moreover, the 99% confidence interval for this proportion is (.000008974, 0.000192027).

36. To further illustrate how rare an event occurring in 1 in 9,950 cases is, in the depiction below in Figure 10, I have presented the proportion of alleged Brady violations alongside the lifetime risk of being struck by lightning during an 80-year lifespan. The

14

"Lifetime_Risk_One_in_5" represents the probability that at least one member of a family/group of five will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck. Similarly, the "Lifetime_Risk_One_in_10" represents the probability that at least one member of a family/group of ten will be struck by lightning during an 80-year lifespan, assuming that a person being struck does not affect the likelihood of others being struck.

37. The proportion of jury or judge trial cases involving an alleged Brady violation is 0.001119168, highlighting the rarity of such cases. This equates to approximately one alleged Brady violation per 894 jury or judge trials. Additionally, the 99% confidence interval for this proportion is (0.000100452, 0.002137884).

38. Also, the proportion of trial convictions involving an alleged Brady violation is 0.001545449, again highlighting the rarity of such cases. This equates to approximately one alleged Brady violation per 647 trial convictions. A 99% confidence interval for this proportion is (0.000139014, 0.002951885), further underscoring the infrequency of these events.

**Figure 10: Depiction of the Rarity of an Event Occurring in 1 in 9,950 Cases**
**Years: 1967 to 1980**



## VII.  Conclusions

39. After reviewing the documents and datasets referenced in my report, I conclude that the following findings can be drawn:

(i)  Cases Screened and Accepted – From 1985 through 1992, a total of 101,408 cases were screened, of which 55,361 were accepted, representing 54.6% of the cases. From 1993 through 1999, a total of 200,555 charges were screened, with 76,389 charges accepted, accounting for 38.1% of the total. From 1985 through 1999, the average number of cases accepted per year is 7,083.87. Given the absence of any statistically significant trends observed within these periods, it is fair to assume temporal stability when extrapolating these numbers to years outside the data range.

(ii)  Rare Occurrence – Alleged Brady violations are exceptionally rare when compared to the number of trials, the number of trial convictions, and total number of trials and pleas. This holds true across all three examined time intervals: 1974–1985, 1974–2003, and the entire period cited by Professor Levenson (1967–2013). For all comparisons and all time periods, the rate of alleged Brady violations is less than one percent.

(iii)  Rare Occurrence – The incidence of Brady violations allegedly found by courts before Raymond Flanks's conviction in 1985 is even rarer when compared to the number of trials, the number of trial convictions, and total number of trials and pleas over the time interval when those cases were tried (1967–1980). Specifically, these alleged Brady violations amount to approximately one out of 9,950 trials or pleas; approximately one out of 894 trials; and approximately one out of 647 trial convictions.

(iv)  High Frequency of Zero Cases – A significant percentage of years recorded zero alleged Brady violations, further emphasizing the infrequency of such cases. Notably, 31.9% of the years in the dataset—nearly one out of every three—had no alleged Brady violation cases.

(v)  The alleged Brady findings, as reported in Professor Levenson's expert report, are exceedingly rare and very infrequent. A review of the available data does not support the conclusion that Brady violations were caused by widespread, systematic factors at OPDA.

40. These opinions are subject to revision upon the production and review of additional information, data, or documents.

41. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of September 2025, in Metairie, Louisiana.


_____
Tumulesh K. S. Solanky, PhD

16

## APPENDIX 1: CURRICULUM VITAE
### (TUMULESH K. S. SOLANKY)

**ADDRESS:**
**Home:** 4717 Rue Laurent, Metairie, LA 70002.
**Cell Phone:** (504) 427-0188
**Email: tsolanky@gmail.com**
**Citizenship:** USA

**EDUCATION:**

| | |
|---|---|
| Ph.D. in Statistics | University of Connecticut, 1990 |
| M.Sc. in Mathematics | Indian Institute Of Technology, New Delhi, India, 1987 |
| B.Sc. in Mathematics (Honors) | University of Delhi, India, 1985 |

**EMPLOYMENT AND POSITIONS:**

| | |
|---|---|
| January 2025-present | Professor and Chair of the Department of Mathematics<br>Interim Chair of Department of Physics |
| August 2008-2024 | Professor and Chair of the Mathematics Department |
| 2021- present | The University of Louisiana System Foundation and<br> Michael and Judith Russell Professor in Data/Computational Sciences |
| 2001- 2008 | Professor of Mathematics, University of New Orleans |
| 1995-2001 | Associate Professor of Mathematics, University of New Orleans |
| 1996-1997 | Visiting Associate Professor, University of Toronto (On Sabbatical Leave) |
| 1990-1995 | Assistant Professor of Mathematics, University of New Orleans |
| 1989-1990 | Lecturer of Statistics, University of Connecticut |

**MAJOR AWARDS**

(i). Seraphia D. Leyda University Teaching Fellow, Awarded in year 2009.

(ii). Cooper R. Macklin Medallion, Awarded in year 2018. Cooper R. Macklin Medallion is awarded to a faculty or staff member who has made outstanding contributions in support of the University's mission. The recipient is an individual who has demonstrated excellent, sustained, and selfless service to the university.

iii. Distinguished Alumni Award, Department of Statistics, University of Connecticut, 2024.

**MAJOR STATISTICAL CONSULTING EXPERIENCE:**

52. Christopher Jones v. Jason Williams, CV 22-05097; United States District Court, Eastern District of Louisiana. Contact person: Matthew J. Paul, Stanley Reuter Alford Owen Munson & Paul, LLC.
Duration: April 2025— present.
Extent of Involvement: Submitted expert report.

51. Kuantay Reeder v. Jason Williams, and ABC Insurance Companies; 1-20, No. 22-4616; United States District Court, Eastern District of Louisiana. Contact person: Matthew J. Paul, Stanley Reuter Alford Owen Munson & Paul, LLC.
Duration: March 2025— present.
Extent of Involvement: Submitted expert report.

17

50. Cedric Dent v. Jason R. Williams, et al.; NO. 2:23-CV-03104; United States District Court, Eastern District of Louisiana.
Contact person: Matthew J. Paul, Stanley Reuter Alford Owen Munson & Paul, LLC.
Duration: March 2025— present.
Extent of Involvement: Submitted expert report.

49. Dwayne Williams v. Jason Williams, et al., NO. 23-01922; United States District Court, Eastern District of Louisiana.
Contact person: Matthew J. Paul, Stanley Reuter Alford Owen Munson & Paul, LLC.
Duration: March 2025— present.
Extent of Involvement: Submitted an expert report; Deposed.

48. Coleman v. DOTD Louisiana.
Assisted the office of Assistant Attorney General of Louisiana, Litigation Division, with an employment discrimination matter.  Contact person: Lindsay Coussan, Assistant Attorney General of Louisiana.
Duration: September 2024— February 2025.
Extent of Involvement: Submitted expert report.

47. Tamar Renee Dozier v. Go Auto Insurance Company;
Assisted Go Auto Insurance Company with statistical analysis of claims data.
Duration: May 2024— present.
Extent of Involvement: Submitted expert report.

46. Ardoin v. Go Auto Insurance Company; Assisted Go Auto Insurance Company with statistical analysis of claims data.
Duration: November 2023— January 2024.
Extent of Involvement:  Submitted expert report; Testified in Court.

45. Austin Van Overdam v. Texas A&M University; Assisted with statistical analysis.
Duration: September 2023— December 2023.
Extent of Involvement:  Submitted expert report; Deposed.

44. UNITED STATES of AMERICA v. SHIVA AKULA, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA; Contact person: Katie McHugh.
Duration: August 2018- November 2023.
Extent of Involvement:  Submitted reports/Trail Exhibits.

43. THE STATE OF MISSOURI, et al., v. U.S. FOOD AND DRUG ) ADMINISTRATION, et al.; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION; Case No. 2:22-cv-00223-Z.
Duration: September 2023—November 2023.
Extent of Involvement: Submitted an affidavit.

42. DR. DOROTHY NAIRNE, et al., v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, consolidated with EDWARD GALMON, SR., et al.; CIVIL ACTION NO. 3:22-cv-00178 SDD-SDJ.
Duration: May 2022— present.
Extent of Involvement:  Submitted two expert reports; Deposed.

41. Louisiana Organ Procurement Agency (LOPA) and Mid-America Transplant Services (MOMA), St Louis, MO; Assisted LOPA and MOMA with statistical analysis related to organ procurement data in Louisiana and Missouri.
Duration: August 2021— present.
Extent of Involvement:  Submitted several internal reports.

40. PRESS ROBINSON, et al., v. KYLE ARDOIN, in his official capacity as Secretary of State for Louisiana, consolidated with EDWARD GALMON, SR., et al.; CIVIL ACTION NO. 3:22-CV-00211-SDD-SDJ
consolidated with NO. 3:22-CV-00214-SDD-SDJ;
Duration: May 2022— June 2022.
Extent of Involvement:  Submitted two expert reports; Testified in Court.

39. Robert Mark Turner v. Go Auto Insurance Company, Suit Number: 678,933; Division: "25";
Assisted Go Auto Insurance Company with statistical analysis of claims data.
Duration: May 2021— October 2021.
Extent of Involvement:  Submitted expert report; Deposed.

38. UNITED STATES OF AMERICA v. LOUIS AGE, JR., et al., NO. 2:16-CR-00032; Assisted the Clerk of Court for the Eastern District of Louisiana (EDLA) by reviewing and analyzing the jury selection process from the 13 parishes in EDLA.
Duration: April 2020—June 2021.
Extent of Involvement:  Submitted expert report.

37. Jackson Women's Health Organization v. Dobbs, No. 3:18-cv-00171 (S.D. Mississippi);
Duration: April 2020--.
Extent of Involvement:  Submitted expert report; Deposed.

36. Planned Parenthood Arizona Incorporated, et al., v. Mark Brnovich, et al., Case No. CV-19-00207-TUC-JGZ (U.S. District Court for the District of Arizona);
Duration: May 2020- August 2020.
Extent of Involvement:  Submitted expert report.

35. STATE OF LOUISIANA v. MELVIN CARTEZ MAXIE (NUMBER: 13-CR-072522), llTH JUDICIAL DISTRICT COURT, SABINE PARISH, LOUISIANA;
Duration: June 2019- November 2019.
Extent of Involvement:  Statistical Work; Submitted Trial Exhibits.

34. LITTLE ROCK FAMILY PLANNING SERVICES, et al., v. LESLIE RUTLEDGE, et al.;
Duration: June 2019- August 2019.

Extent of Involvement:  Submitted two expert reports; Testified in Court.

33. 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana; City of Walker, et al. versus State of Louisiana through the Department of Transportation and Development, et al.;
Duration: March 2018- March 2019.
Extent of Involvement:  Submitted one expert report; Testified in Court.

32. PLANNED PARENTHOOD OF ARKANSAS & EASTERN OKLAHOMA, d/b/a PLANNED PARENTHOOD GREAT PLAINS and STEPHANIE HO, M.D., on behalf of themselves and their patients, v LARRY JEGLEY, Prosecuting Attorney for Pulaski County, in his official capacity, his agents and successors; MATT DURRETT, Prosecuting Attorney for Washington County, in his official capacity, his agents and successors;
Duration: June 2018- December 2018.
Extent of Involvement:  Submitted one expert report; Testified in Court.

31. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION, COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al. v. RANDALL W. WILLIAMS, MD, in his official  capacity as Director of the Missouri Department of Health and Senior Services, et al.;
Duration: January 2018- November 2019.
Extent of Involvement:  Submitted two expert reports; Deposed.

30. UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, REBA CARTER, et. al., v. HOUSTON INDEPENDENT SCHOOL DISTRICT;
Duration: June 2017- April 2018.
Extent of Involvement:  Submitted expert report.

29. CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS, STATE OF LOUISIANA, HG NEW ORLEANS RETAILERS JOINT VENTURE vs. THE CITY OF NEW ORLEANS by and through THE NEW ORLEANS AVIATION BOARD;
Duration: July 2017- August 2017.
Extent of Involvement:  Submitted expert report.

28. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, UNITED STATES of AMERICA v. HENRY EVANS, M.D., MICHAEL JONES, M.D., SHELTON BARNES, M.D., GREGORY MOLDEN, M.D., PAULA JONES, JONATHON NORA;
Duration: September 2016- May 2017.
Extent of Involvement: Testified in Court.

27. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION, COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al. v. PETER LYSKOWSKI, in his official capacity as Director of the Missouri Department of Health and Senior Services, et al.;
Duration: January 2017- August 2017.
Extent of Involvement:  Submitted two expert reports.

26. UNITED STATES of AMERICA v. RODNEY HESSON, ET AL, DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA;
Duration: August 2016- January 2017.
Extent of Involvement:  Submitted reports/Trail Exhibits.

25. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION PLANNED PARENTHOOD ARKANSAS & EASTERN OKLAHOMA, d/b/a PLANNED PARENTHOOD OF THE HEARTLAND; and STEPHANIE HO, M.D. v. LARRY JEGLEY, Prosecuting Attorney for Pulaski County, in his official capacity and MATT DURRETT, Prosecuting Attorney for Washington County;
Duration: December 2015- February 2016.
Extent of Involvement:  Submitted expert report.

24. UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA, JUNE MEDICAL SERVICES, LLC, ET AL., KATHY KLIEBERT, ET AL;
Duration: October 2014- August 2016.
Extent of Involvement:  Submitted expert report; Deposed; Testified in Court.

23. United States District Court, Middle District of Louisiana, Albert Woodfox v. BURL CAIN, *Warden of the Louisiana State Penitentiary*, ET AL., Civil Action; Assisted the Office of the Attorney General of Louisiana related to a jury selection matter.
Duration: September 2011- August 2013.
Extent of Involvement:  Submitted two expert reports; Deposed; Testified in Court.

22. United States District Court EDLA, U.S. v. Khlgatian, et al, Criminal Docket Number 11-105 "I"; Assisted a federal agency and the Office of the AUSA; sampling of the patient charts; statistical comparisons with peers.
Duration: February 2012- December 2012.
Extent of Involvement:  Submitted two expert reports.

21. United States District Court, Eastern District of Louisiana, Diamond Young, et al. v. United States of America, C.A. No. 11-2438, Section "H" (5); Civil Action;
Duration: April 2012- December 2012.
Extent of Involvement:  Submitted an expert report.

20. Statistical Consultant: Textron Marine & Land Systems; Provided statistical expertise related to product reliability/testing/sampling and quality control;
Duration: September 2010- January 2011.
Extent of Involvement:  Submitted an expert report.

19. United States District Court, St. Tammany Parish Hospital. vs. Ace American Ins. Co. and Trinity Marine Products, Inc. (and several other related cases); Civil Action;
Duration: March 2010- March 2012.
Extent of Involvement:  Submitted over ten expert reports; Deposed.

18. United States District Court, Eastern District of Louisiana, Malcolm Louis LeBlanc, et al. vs. Chevron USA Inc., et al.; Civil Action;
Duration: October 2008- July 2010.
Extent of Involvement:  Submitted an expert report; Deposed.

17. United States District Court, 27th Judicial District, Opelousas, Charles C. Foti, Jr., et al. vs. Janssen Pharmaceutica, et al.; Civil Action; Served as the *court appointed Statistical Expert* to assist the court in a complex litigation matter.
Duration: August 2008- July 2010.

16. GCR, New Orleans and Barrios, Kingsdorf & Casteix, L.L.P.; *Statistical Consultant*; Provided statistical expertise to GCR in statistical analysis of CDW related matter;
Duration: January 2010- March 2010.
Extent of Involvement: Submitted expert report.

15. United States District Court, 24th Judicial District, Parish of Jefferson, Warren Lester, et al. vs. Exxon Mobil Corporation, et al.; Civil Action;
Duration: March 2008- May 2010;
Extent of Involvement: Assisted the attorneys and other experts; Submitted expert reports; Deposed twice.

14. Medicare Matter. Contact persons: Charles Taylor and Jacqueline Griffith (Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P.
Duration: October 2009- December 2009.
Extent of Involvement: Submitted an expert report; Testified in Court (via Video Conference).

13. United States District Court, St. Bernard Parish, Mumphrey v. Chalmette Medical Center; Civil Action;
Duration: October 2008- November 2008.
Extent of Involvement: Submitted an expert report; Deposed; Testified in Court.

12. GCR, New Orleans; *Statistical Consultant*; Provided statistical expertise to GCR in designing polls & analyzing the poll results for the state elections in 2007;
Duration: May 2007- October 2007.

11. United States District Court, 19th Judicial District, Parish of East Baton Rouge, Patrick J. Cunningham, et al. vs. IBM Corp.; Civil Action;
Duration: December 2006- August 2007;
Extent of Involvement: Assisted the attorneys and other experts; wrote over 25 internal reports related to statistical computations and interpretation of results.

10. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA; Provided statistical expertise in a jury selection matter; Wrote an expert report/Affidavit; Attorney, Eastern District of Louisiana.
Duration: May 2006- August 2006;

9. United States District Court, Eastern District of Texas, June Pryor Avance, et al. vs. Kerr-McGee Chemical LLC; Civil Action; *Statistical Expert*; Wrote three expert reports/Affidavits on statistical projections;
Duration: January 2005- July 2007;
Extent of Involvement: Deposed.

8. United States District Court, Down South Entertainment versus SMG; Civil Action; *Statistical estimation of crowd for Easter Jam*; Wrote three expert reports on statistical projections and the reliability of projections;
Duration: December 2003- May 2005;
Extent of Involvement: Deposed twice and testified in court.

7. Naval Oceanographic Center (US Navy), Mississippi; *statistical guidance to update their methods of data collection and data storage, statistical algorithms to discard the noise and save only the relevant data*. Duration: May 1998- March 2002.

6. United States District Court, Bank of Louisiana versus Kenwin Shops Inc.; Civil Action; *Wrote two expert reports on statistical analysis related to Bankruptcy of a  BOL's client*;
Duration: May 1999- December 1999; Extent of Involvement: Deposed.

5. Jefferson Parish Public Schools; *As the statistician for the court appointed expert witness:* designed a survey of schools under Jefferson Parish Public Schools, assisted in statistical projections reported to the court.
Duration: August 1998- January 1999.

4. Lifemark Hospitals of Louisiana (Kenner Regional Medical Center); *Statistical sampling of patient charts*; Wrote three expert reports on statistical analysis/ sampling of the patient charts;
Duration: August 1996 – August 1997; Extent of Involvement: Deposed.

3. KPMG New Orleans; *Sample size determination, Designed and Analyzed samples of patient charts/drug usage to estimate total drug cost for the Tenet group of Hospitals/Lifemark Hospitals*; Wrote two expert reports on statistical analysis;
Duration: August 1994 – December 1995.

2. USDA, Department of Forestry, Louisiana: *Statistical assistance to USDA in data collection, designing and modeli*ng, Models used: Time-Series Models (for forecasting; Both Time Domain-- ARIMA MODELS-- and Frequency Domain models).
Duration: August 1991- December 1994.

1. NASA Stennis Space Center, Mississippi: *Statistical Design and Analysis of the Rocket Seal Configuration Tester*, assisted NASA with the statistical issues related to the design of experiments and performance evaluation of the rocket seals.
Duration: August 1994-December 1995.

23

**EDITORIAL SERVICE:**
- Associate Editor: AJMMS **(**American Journal of Mathematical and Management Sciences), 2012-2023.
- Associate Editor: Sequential Analysis, 2003-present.
- Associate Editor: Journal of Combinatorics, Information and System Sciences, 2003-present.
- Associate Editor: Journal of the Indian Society of Agricultural Statistics, 2009-present.

**SCHOLARLY/PROFESSIONAL ACTIVITIES:**
- President, Louisiana Chapter of American Statistical Association: 1994-1995.
- Vice-President, Louisiana Chapter of American Statistical Association: 1993-1994.
- Secretary, Louisiana Chapter of American Statistical Association: 1995-1996.
- Reviewer: Journal of Statistical Planning and Inference, Sequential Analysis, Metrika, Communications in statistics, Statistics and Decisions, and others.
- Member: American Statistical Association (ASA), Life member of the Forum for Interdisciplinary Mathematics.
- Selection Committee Chair: Abraham Wald Prize in Sequential Analysis for Best Paper: Sequential Analysis Journal. The first prize was awarded at JSM, 2005.
  Chaired the international selection committee: 2006-2025.
- Guest Editor: Special Volume of *AJMMS* (American Journal of Mathematical and Management Sciences). Co- edited a special volume of *AJMMS* related to my research area of Selection and Ranking/MCP.
- Symposium Organizer: Co-organized "Symposium on **Ranking and Selection Methodologies – Multiple Comparison Procedures"**. The symposium was held during the ***Pre-ICM International Convention on Mathematical Sciences*,** University of Delhi, December, 2008.
- Symposium Organizer: Co-organized a symposium at the Auburn University (December 2005) in my research area of Selection and Ranking/MCP. I also chaired the symposium.The symposium was held during the SCMA 2005/FIM XII Conference.
- Editor (Statistical Science): AJMMS **(**American Journal of Mathematical and Management Sciences), 2009-2012.
- Associate Editor: Statistical Methodology, 2010-2015.


**RESEARCH PUBLICATIONS**
**Scholarly books**:
(i.) *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., ISBN No.: 0-8247-9078-2, (with N. Mukhopadhyay), 1994.

**Refereed Scholarly book chapters**:
(i.) On an improved accelerated sequential methodology with applications in selection and ranking, *Frontiers in Probability and Statistics*, Editors: S.P. Mukherjee, et al., 250-259, 1998, (with N. Mukhopadhyay).

(ii). Applications of Sequential Tests to Target Tracking by Multiple Models, *Applied Sequential Methodologies*, Marcel Dekker, edited by N. Mukhopadhyay, et al., 219-247, 2004, (with X. Rong Li).

**As Guest Editor of a Journal's Special Issue:**

Co-edited a Special Volume of *AJMMS* (American Journal of Mathematical and Management Sciences) in my research area: RANKING AND SELECTION AND MULTIPLE COMPARISON PROCEDURES. American Journal of Mathematical and Management Sciences, Volume 29 (2009), Nos. 1 & 2, 294 pages.

**As Associate Editor of Conference Proceedings:**

SOME RECENT ADVANCES IN MATHEMATICS AND STATISTICS, Proceedings of Statistics 2011 Canada/IMST 2011-FIM XX, Editor: Yogendra P Chaubey, World Scientific Publishing Co. Pte. Ltd., 2013.

**REFEREED JOURNAL PUBLICATIONS**

27. "A Non-Parametric Sequential Procedure for the Generalized Partition Problem", Solanky, Tumulesh K. S., and Jie Zhou. 2024. *Mathematics* 12, no. 4: 591. https://doi.org/10.3390/math12040591

26. Second Order Asymptotics of a Fine-Tuned Purely Sequential Procedure for the Generalized Partition Procedure, *Statistics and Applications*, Volume 19, No. 1, 401-415, 2021.

25. A Generalization of the Partition Problem, *Sequential Analysis*, **34**(04), pp. 483 – 503, 2015 (with Jie Jhou).

24. Discussion on "Sequential Estimation for Time Series Models" by T. N. Sriram and Ross Iaci, *Sequential Analysis*, **33**(02), pp. 186 – 189, 2014.

23. On Two-stage comparisons with a control under heteroscedastic normal distributions, *Methodology and Computing in Applied Probability*, Volume 14, Number 3, Pages 501-522, 2012 (with N. Mukhopadhyay).

22. Second-Order Asymptotics of a Fine-Tuned Unbalanced Purely Sequential Procedure For The Partition Problem, *Journal of Combinatorics, Information and System Sciences, vol. 36, 233-248, 2011.*

21. Discussion on "Two-Stage Procedures for High-Dimensional Data" by Makoto Aoshima and Kazuyoshi Yata, *Sequential Analysis*, **30**(04), pp. 429 – 431, 2011.

20. On Approximate Optimality of the Sample Size for the Partition Problem, Communications in Statistics - Theory and Methods, 38:16, 3148 — 3157, 2009 (with Y. Wu).

19. *Discussion on "A Hybrid Selection and Testing Procedure with Curtailment" by Elena M. Buzaianu and Pinyuen Chen*, Sequential Analysis, 28:1, 38-40, 2009.

25

18. *A two-stage procedure with elimination for partitioning a set of normal populations with respect to a control*, Sequential Analysis, 25, 297-310, 2006.

17. On unbalanced multistage methodologies for the partition problem, *Proceedings of the International Sri Lankan Statistical Conference: Visions of Futuristic Methodologies*, 447-466, 2004 (with Y. Wu).

16. *Predicting multivariate response in linear regression model*, Commun. in Statistics, Simulation & Computation, Vol. 32, No. 2, 389-409, 2003 (with M. Srivastava).

15. *Multistage methodologies for comparing several treatments with a control*, Journal of Statistical Planning and Inference, 100, No. 2, 209-220, (with N. Mukhopadhyay), 2002.

14. *A sequential procedure with elimination for partitioning a set of normal populations having a common unknown variance*, Sequential Analysis, Vol. 20 (4), 279-292, 2001.

13. *Estimation of coating time in the magnetically assisted impaction coating process*, Journal of Powder Technology I, 121, 159-167, 2001(P. Singh, T.K.S. Solanky, R. Mudryy, R. Pfeffer, and R. Dave).

12. *Power comparison of some tests for detecting a change in the multivariate mean*, Commun. in Statistics, Simulation & Computation, Volume 30, Issue 1, 19--36 (2001) (with M. Srivastava and A.K. Sen).

11. *Convection and local acceleration dominated regimes in Lennard-Jones liquids*, Physics Letters A, 266, 11-18 (2000) (with P. Singh).

10. *A Robust Methodology for selecting the smaller variance*, Journal of Nonparametric Statistics, Vol. 11, 361-376 (1999) (with N. Mukhopadhyay and A. Padmanabhan).

9. *Multistage methodologies for fixed-width simultaneous confidence intervals for all pairwise comparisons*, Journal of Statistical planning and Inference, 73, 163-176 (1998) (with N. Mukhopadhyay).

8. *On estimating the reliability after sequentially estimating the mean: the exponential case*, Metrika, 45(3), 235-252 (1997) (with N. Mukhopadhyay and A. Padmanabhan).

7. *Accuracy of formula-derived Creatinine clearance in paraplegics subjects*, Clin. Nephrol., 47(4), 237-242 (1997) (with V. Thaakur, E. Reisin, M. Solomonow, R. Baratta, E. Anguilar, R. Best, R. D'Ambrosia).

6. *Estimation After Sequential Selection and Ranking*, Metrika, 45(2), 95-106 (1997) (with N. Mukhopadhyay).

5. *A nonparametric accelerated sequential procedure for selecting the largest center of symmetry*, Journal of Nonparametric Statistics, 3, 155-166 (1993) (with N. Mukhopadhyay).

26

4. *Accelerated sequential procedure for selecting the best exponential population*, Journal of Statistical planning and Inference, 32, (1992), 347-361 (with N. Mukhopadhyay).

3. *Accelerated sequential procedure for selecting the largest mean*, Sequential Analysis, vol. 11, (1992), 137-148 (with N. Mukhopadhyay).

2. *Improved sequential and accelerated sequential procedures for estimating the scale parameter in a uniform distribution*, Sequential Analysis, vol. 10, (1991), 235-245 (with L. Kuo and N. Mukhopadhyay).

1. *Second order properties of accelerated stopping times with applications in sequential estimation*, Sequential Analysis, vol. 10, (1991), 99-123 (with N. Mukhopadhyay).

## OTHER PUBLICATIONS

(i.) Proceedings of The second International Workshop in Sequential Methodologies (IWSM 2009): Multistage Methodologies for Partitioning a Set of Exponential Populations*, 4 pages, 2009.

(ii.) Proceedings of The 56th Session of the International Statistical Institute (ISI 2007): On Optimality of the Sample Size for the Partition Problem (jointly with Yuefeng Wu), pages 2033-2037, 2007.

(iii). *Selecting the Best Component in a Multivariate Normal Population*, (with N. Mukhopadhyay).
- Presented at the Joint Statistical Meetings, San Francisco, August 1993.
- Abstract in IMS Bulletin, Vol. 22, No. 3, page 333, 1993.
- Article appears in Chapter 6, *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., 1994, page 266-280.

(iv.) *On Asymptotic Second-Order Properties of Selecting the t-best Exponential Populations,* (with N. Mukhopadhyay).
- Presented at the Joint Statistical Meetings, Boston, August 1992.
- Abstract in IMS Bulletin, Vol. 23, No. 3, page 339, 1992.
- Article appears as a separate section in *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., 1994, Section 4.9, page 198-208.

(v.) *On Asymptotic Second-Order Properties of Selecting the t-best Normal Populations*, (with N. Mukhopadhyay).
- Presented at the Joint Statistical Meetings, Atlanta, August 1991.
- Abstract in IMS Bulletin, Vol. 20, No. 3, page 335, 1991.
- Article appears as a separate section in *Multistage Selection and Ranking Procedures: Second-Order Asymptotics*, Marcel Dekker, Inc., 1994, Section 3.9, page 117-141.

## GRANTS AND CONTRACTS FUNDED AS PI/Co-PI
{21.} L.E.Q.S.F. Enhancement Grant, $54,112.00, 2017-2018, *Redesigning Freshman Mathematics Instruction at UNO Using Technology Based Interactive Teaching Format* [The proposal was ranked first among all the proposals in the category. With Lisa Crespo and Lori Hodges].

27

{20.} Howard Hughes Medical Institute (HHMI), $1,500,000.00, 2014-2019, *Increasing recruitment and retention of STEM students at UNO, an urban university* [as Co-PI, Dr. Wendy Schluchter is the PI].

{19.} L.E.Q.S.F. Enhancement Grant, $15,000.00, 2011-2013, *Continuation of Statistical Consulting Education at UNO* [Linxiong Li].

{18.} UNO SCoRE award, $15,000, 2011.

{17.} L.E.Q.S.F. Enhancement Grant, $20,000.00, 2008-2010, *Enhancement of Industry Oriented Statistical Education at UNO: Post Katrina Years* [Linxiong Li].

{16.} L.E.Q.S.F. Enhancement Grant, $27,500.00, 2005-2007, Continuation of: *Enhancement of Industry Oriented Statistical Education at UNO* [with Terry Watkins and Linxiong Li].

{15.} L.E.Q.S.F. Enhancement Grant, $35,874.00, 2002-2004, *Enhancement of Industry Oriented Statistical Education at UNO*. [The proposal was ranked first among all the proposals in the category. With Terry Watkins, Linxiong Li, and Zhide Fang].

{14.} AFCEA Silicon Bayou Chapter Award, $300, 2002-2003, for purchasing classroom supplies for the mathematics department.

{13.} National Science Foundation (NSF), $219,900, 2000-2002, *UNOMACSS: A Scholarship Program in the Mathematical and Computer Sciences* [with A. DePano of Computer Science Department]. It provided scholarship to 20 mathematics and 20 computer science students for two years.

{12.} L.E.Q.S.F. Enhancement Grant, $172,512, 1996-1998, *Statistics and Applied Mathematics Laboratory* [with Lew Lefton and Adam Harrison].

{11.} {L.E.Q.S.F. Research Grant}, $75,325, 1995-1998, *Robustness and Implementability of Various Multistage Selection and Ranking Procedures.*

{10.} NASA, Graduate Student Research Program, $64,000, 1994-1996, *Statistical Analysis of Rocket Seal Tester*.

{9.} U.S.D.A. Research Grant, $20,000, 1994-1998, Statistical Assistance to USDA in EPA Projects (with Terry A. Watkins).

{8.} Institute of Mathematical Statistics, $400, 1994, *Travel Award to present a paper at the annual meeting in Chapel Hill, North Carolina*.

{7.} UNO Research Support Award, $2,000, 1994-1995.

{6.} U.S.D.A. Research Grant, $10,000, 1993-1994 , Statistical Assistance to USDA (with Terry A. Watkins).

{5.} L.E.Q.S.F. Research Grant, $14,583, 1992-1993, Permutationally Invariant Change point Estimation, (with Terry A. Watkins).

{4.} Institute of Mathematical Statistics, $800, 1990, Travel Award to present a paper at the annual meeting in Uppsala, Sweden.

{3.} UNO faculty summer scholar award, $3667, summer 1991.

{2.} UNO Research Council Grant}, $1330, 7/91--6/92.

{1.} UNO Faculty Development Award, $1,600, June-December 1993.

**Professional Service as Referee:**

I have refereed several hundred papers as a referee for scholarly journals and over 20 books in the field of statistics/Data Science. The books reviewed in the academic year 2020-21 are:

1. Foundations of Statistics for Data Scientists: With R and Python, Alan Agresti, Maria Kateri; ISBN 9780367748456, October 2021, Chapman and Hall/CRC.

2. Gini Inequality Index Methods and Applications, Nitis Mukhopadhyay, Partha Pratim Sengupta, ISBN 9781003143642, April 2021, Chapman and Hall/CRC.

**PROFESSIONAL PRESENTATIONS**

{59.} Strategies for Generalizing the Partition Problem Formulation, Invited Talk, Department of Statistics, Panjab University, December, 2024.

{58.} Some issues related to implementation and generalization of the partition problem formulations for normal populations, **Distinguished Alumnus Award Talk**, Department of Statistics, University of Connecticut, November 20, 2024.

{57.} Some issues related to implementation of the partition problem formulations for normal population, **invited talk**, 34th NESS (New England Statistics Symposium), University of Rhode Island, September 30- October 2, 2021.

{56.} A generalization of the statistical Partition Problem for Normal Populations, **contributed talk**, International Conference on Mathematical Modelling, Applied Analysis and Computation (ICMMAAC-2019), JECRC University, Jaipur, India, August 8-10, 2019.

{55.} A Generalized Two-stage Procedure for the Partition Problem, **invited talk**, 7th IWSM 2019, Binghamton University, June 17-21, 2019 (With Jie Jhou).

{54.} Enhancing Student Engagement by Using Technology Based Interactive Teaching, contributed talk, Joint Mathematics Meetings (JMM 2018), San Diego, January, 2018.

{53.} Designing Experiments for Multiple Comparisons, **plenary talk**, The Sixth International Workshop in Sequential Methodologies (IWSM 2017), University of Rouen Normandy, France, June, 2017.

{52.} A Two-Stage Procedure for the Generalized Partition Problem, **invited talk**, 8th INTERNATIONAL WORKSHOP ON APPLIED PROBABILITY (IWAP2016) June 20-23, 2016, Toronto, Canada.

{51.} Statistical Partition Problem: Past, Present and Future, **invited talk**, IWSM 2015, Columbia University, New York, June, 2015.

{50.} A Generalization of the Partition Problem, Poster Session, FRONTIERS OF HIERARCHICAL MODELING IN OBSERVATIONAL STUDIES, COMPLEX SURVEYS AND BIG DATA, University of Maryland, July, 2014 (With Jie Jhou).

{49.} A Note on Partitioning Exponential Populations, **invited talk**, IWSM 2013, University Of Georgia, Athens, Georgia, July, 2013.

{48.} Nonparametric sequential procedure for partitioning a set of populations with respect to a standard or control **invited talk**, International Conference On Statistics and Informatics in Agricultural Research, New Delhi, India, December, 2012.

{47.} On a generalization of the Partition Problem, **invited talk**, IMSCT 2012 -- FIM XXI, Punjab University, India, December, 2012.

{46.} Robustness of the fine-tuned Purely Sequential procedure for the unbalanced partition problem, **invited talk**, STATISTICS 2011 CANADA and IMST 2011-FIM XX, Monteal, July, 2011.

{45.} On a generalization of the Partition Problem, **invited talk**, International Workshop on Sequential Methods, Stanford University, June, 2011 (with Jie Zhou).

{44.} Use and Misuse of the ANOVA methodology, *Mathematical Association of America*, Florida Chapter Meeting, University of West Florida, Pensacola, Florida, November, 2010.

{43.} Some Issues Related to the Partition Problem, **invited talk**, *50+ Years of Research: Mini-Conference in Honor of Professor Zacks*, Binghamton, New York, December, 2009.

{42.} Multistage Methodologies for Partitioning a Set of Exponential Populations*, **invited talk**, IWSM 2009, Troyes, France, June, 2009.

{41.} SQA Editor's Round Table*, **Plenary Session**, IWSM 2009, Troyes, France, June, 2009(with Marie Hušková, N. Mukhopadhyay, Alexander Tartakovsky, and S. Zacks).

{40.} Multistage Methodologies for Partitioning a Set of Several Populations With Respect to a Standard or a Control, **SQA Editors Special Invited Talk**, Joint Statistical Meeting, Denver, Colorado, August, 2008.

{39.} A Nonparametric Purely Sequential Procedure For the Partition Problem*, **invited talk**, **Dudewicz Honor Conference**, Syracuse, New York, July, 2008.

{38.} On Approximate Optimality of the Unbalanced Sequential Procedure for the Partition Problem*, **invited talk**, IISA Conference, Connecticut, May, 2008 (with Y. Wu).

{37.} The role of Statistics in Clinical Trials, Invited talk for the students in the *Honors Program, University of New Orleans*, **invited talk**, April, 2008.

{36.} On Optimality of the Sample Size for the Partition Problem*, ISI 2007 Conference, Lisbon, Portugal, August, 2007 (with Y. Wu).

{35.} A Nonparametric Methodology for the Partition Problem*, **invited talk**, IWSM 2007, Auburn, Alabama, July, 2007.

{34.} SQA Editor's Round Table*, **invited participant**, IWSM 2007, Auburn, Alabama, July, 2007(with M. Aoshima, M. Carpenter, N. Mukhopadhyay, and S. Zacks).

{33.} Multiple Comparison Procedures in Statistics: A Distribution Free Approach, Department of Electrical Engineering, University of New Orleans, April, 2007.

{32.} The problem of selection and Ranking: An introduction and some current research, **invited talk**, Department of mathematics, IIT Delhi, January, 2007.

{31.} An Efficient Design For Partitioning a set of Populations With Respect to a Control, *International Conference on Statistics and Informatics,* **invited talk**, Delhi, India, December, 2006.

{30.} Efficient  Designs for the Partition Problem, Department of Mathematics, Department of Mathematics, *University of Louisiana, Lafayette*, **invited talk**, September, 2005.

{29.} A note on the Efficiency of Some Designs for the Partition Problem, *International conference on recent advances in statistics*, **invited talk**, IIT Kanpur, India, January, 2005.

{28.} On an improved accelerated sequential methodology with applications in selection and ranking, *International Sri Lankan Statistical Conference: Visions of Futuristic Methodologies*, **invited talk**, Kandy, Sri Lanka, December, 2004.

{27.} Implementation and other issues related to the partition problem, *Punjab University, Chandigarh*, **invited talk**, India, December, 2004.

{26.} Robustness of methodologies for the partition problem, *University of Connecticut, Storrs*, Connecticut, **invited talk**, October, 2004.

{25.} A two stage procedure for the partition problem, *IISA 2004 Conference*, **invited talk**, Athens, Georgia, May, 2004.

{24.} A two stage procedure with elimination, *Department of Electrical Engineering, UNO*, September, 2003.

{23.} On combining subset selection and indifference zone approaches, *International conference on Bayesian Statistics*, LaManga, Spain, May, 2003.

{22.} Robustness of multistage procedures, **invited talk**, *Ninth International conference on Statistics, Combinatorics and related areas*, Allahabad, India, December, 2002.

{21.} A sequential procedure with elimination, *International conference on statistical inference and reliability*, **invited talk**, Chandigarh, India, December, 2001.

{20.} On generalizing the partition problem for the normal population, **invited talk**, *Joint Statistical Meeting of IISA, etc.*, New Delhi, India, December, 2000.

{19.} On Robustness of the partition problem for the normal population, *Sixth Conference of the Forum for Interdisciplinary Mathematics: International Conference on Combinatorics, Information Theory and Statistics*, University of South Alabama, Mobile, December, 1999. Maryland, August, 1999.

{18.} On partitioning a set of normal populations with respect to a control, **Invited Talk**, *Fifth Conference of the Forum for Interdisciplinary Mathematics: International Conference on Combinatorics, Information Theory and Statistics*, University of Mysore, India, December, 1998.

{17.} Three-Stage and accelerated sequential methodologies for comparing several treatments with a control, **Invited Talk**, *Third Conference of the Forum for Interdisciplinary Mathematics: International Conference on Combinatorics, Information Theory and Statistics*, University of Southern Maine, Portland, Maine, July, 1997 (with N. Mukhopadhyay).

{16.} Research in Statistics, Invited talk for the students in the *Honors Program, University of New Orleans*, **invited talk**, March, 1997.

{15.} Few generalizations to the selection and Ranking Problem, *Department of Statistics, University of Toronto*, November, 1996 (with N. Mukhopadhyay).

{14.} Multistage methodologies for fixed-width simultaneous confidence intervals for all pairwise comparisons, *Indian Science Congress Meeting*, Patiala, India, January, 1996 (with N. Mukhopadhyay).

{13.} On estimating the reliability after sequentially estimating the mean: the exponential case, *Annual Joint Statistical Meetings of ASA, IMS etc*., Orlando, August, 1995 (with N. Mukhopadhyay and A. Padmanabhan).

{12.} Multistage methodologies for fixed-width simultaneous confidence intervals for all pairwise comparisons, *Bose Memorial Conference, Colorado State University*, Colorado, June, 1995 (with N. Mukhopadhyay).

{11.} On an Improved Accelerated Sequential Methodology With Applications in Selection and Ranking, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Toronto,  August, 1994 (with N. Mukhopadhyay).

{10.} Accelerated Sequential Estimation of the Largest Location Parameter in the Normal and Negative Exponential Cases, *Annual Meeting of Institute of Mathematical Statistics*, North Carolina, June, 1994 (with N. Mukhopadhyay).

{9.} Selecting the Best Component in a Multivariate Normal Population, Annual Joint Statistical Meetings of ASA, IMS etc., San Francisco, August, 1993 (with N. Mukhopadhyay).

{8.} A Note on Sequential Selection and Ranking, *Department of Mathematics, I.I.T. Delhi*, India, June, 1993.

{7.} On Asymptotic Second-Order Properties of Selecting the t-best Exponential Populations, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Boston, August, 1992 (with N. Mukhopadhyay).

{6.} On Asymptotic Second-Order Properties of Selecting the t-best Normal Populations, *Annual Joint Statistical Meetings of ASA, IMS etc.*, Atlanta, August, 1991 (with N. Mukhopadhyay).

{5.} Accelerated Sequential Procedure for Selecting the Largest Mean, *Department of Statistics, University of Southwestern Louisiana,* April, 1991 (with N. Mukhopadhyay).

{4.} Nonparametric Accelerated Sequential Procedure for Selecting the Best Population, *2nd World Congress of The Bernoulli Society for Mathematical Statistics and Probability and Annual meeting of IMS, Uppsala, Sweden*, August, 1990 (with N. Mukhopadhyay).

31

{3.} A Computational Based Approach to Selection and Ranking Problem, *22nd Symposium on the Interface: Computing Science and Statistics,* Michigan State University, May, 1990 (with N. Mukhopadhyay).

{2.} A note on Sequential Selection and Ranking Procedures, *Department of Statistics, University of Connecticut*, April, 1990 (with N. Mukhopadhyay).

{1.} Computationally Intensive Accelerated Sequential Procedure for Selecting the Best Exponential Population, *Fourth Annual New England Statistics Symposium*, Lowell University, March, 1990 (with N. Mukhopadhyay).


**UNIVERSITY SERVICE (University of New Orleans)**
**Selected University Service:**
President's Executive Committee: Member, 2008-09.
Policy Committee: Chair, 2008-09.
Strategic Planning Committee (The Strategic Plan 2009-2012): Committee Member.
Policy Committee: Represented the College of Sciences, 2006-2009.
University Senate: 2006-2009.
Provost Search Committee: Member, 2008-2009.
Dean Search Committee: Member, 2009-2010.
First Year Initiatives (FYI): Committee member, 2009-2013.
University Committee: Committee on University Admissions, member 2003-2006, Committee Chair 2005-2006, member 2006-2009.
Strategic Planning Committee (2013-2014): Committee Member.
Provost Search Committee: Member, 2014-2015.
Faculty Governance Committee: Member, 2013-2016.
Strategic Enrollment Management Committee (SEMC): Faculty Co-Chair, 2015-present.
Retention Steering Committee, Chair, 2015- Fall 2019.
Provost Search Committee: Member, 2016.
Strategic Plan 2015 – 2020: Member, 2016- 2017.
Charges Committee: Fall 2020—2023.


**College Service:**
    Chair, College of Sciences Retention Committee, 2013-14.
    College of Sciences, Dean Search Committee, 2009-10.
    Member, College of Sciences Teaching Award Committee, 2002-2008.
**Department Service:**
    Mathematics Department Chair: Fall 2008—present.
    Interim Chair of Physics Department: January 2025 – present.
    Member of Several Departmental Committees such as Computer Committee;
    Graduate Advisory;
    Courses and Curricula, etc: 1990-present.
**Mathematical Service:**
    Math Bootcamp for 9th and 10th Graders [Funded by *College Track*], Summer 2013.
    Math Bootcamp for 11th and 12th Graders [Funded by *College Track*], Summer 2013.
    ACING THE ACT: Organized ACT preparation workshop [Funded by *College Track*], Summer & Fall 2013

Dual Enrollment ACT Preparation: Tutoring program for about 25 Lake Area High School students to improve their ACT Math score to make them eligible for DE class at UNO [Funded by *Urban League*]

**DOCTORAL THESIS SUPERVISION AS MAJOR PROFESSOR**
 i. Jie Zhou, A Generalization of The Partition Problem in Statistics; 2013.
ii. Jin Gu, Statistical Partition Problem for Exponential Populations and Statistical Surveillance of Cancers in Louisiana; 2014.
iii. Rui Wang, Generalizing Multistage Partition Procedures for Two-parameter Exponential Populations; 2018.

**Other Activities Related to Teaching and MS/PhD Committee Memberships**
(i). Master's thesis supervision for 2 students.
(ii). Major Professor for over 40 Masters Students with non-thesis Master's Degree program.
(iii). PhD Thesis committee member for 30 plus students.

**Major Areas of Research Interest**
Statistical Consulting, Statistical Sampling, Statistical Modeling, Sequential Analysis, Selection and Ranking, Change point Problem, Statistical Computing, Biostatistics, and Biomedical applications.

**Appendix 2**
**Summary of Cases Screened/Accepted and Other Information**
**(1985 to 1992)[7]**

| Year | Cases screened | Cases accepted | Percentage of cases accepted | Arrestees screened | Arrestees accepted | Percentage of arrestees accepted |
|---|---|---|---|---|---|---|
| 1985 | 12509 | 6396 | 51% | 14533 | 7230 | 50% |
| 1986 | 11825 | 5965 | 50% | 14175 | 7024 | 50% |
| 1987 | 11402 | 6428 | 56% | 13474 | 7522 | 56% |
| 1988 | 12618 | 7153 | 57% | 14663 | 8091 | 55% |
| 1989 | 14241 | 8846 | 62% | 15484 | 10405 | 67% |
| 1990 | 13355 | 6968 | 52% | 15307 | 7951 | 52% |
| 1991 | 12596 | 6732 | 53% | 13952 | 7601 | 54% |
| 1992 | 12862 | 6873 | 53% | 14407 | 7731 | 54% |

**Appendix 3**
**Summary of Charges Screened/Accepted and Other Information**
**(1993 to 1999)[8]**

| Year | Charges screened | Charges accepted | Percentage of charges accepted | Arrestees screened | Cases accepted |
|---|---|---|---|---|---|
| 1993 | 28864 | 15480 | 54% | 16635 | 6701 |
| 1994 | 24974 | 9181 | 37% | 15428 | 6330 |
| 1995 | 26361 | 9873 | 37% | 16725 | 6693 |
| 1996 | 26315 | 10235 | 39% | 16455 | 6555 |
| 1997 | 26527 | 8495 | 32% | 16480 | 7273 |
| 1998 | 36506 | 12545 | 34% | 16415 | 9557 |
| 1999 | 31008 | 10580 | 34% | 16511 | 7788 |

---

[7] Data taken from 1989 Screening Division Report at pages 2, 4, 8, 10; 1990 Screening Division Report at pages 4-5; 1991 Screening Division Report at pages 1, 6; 1992 Screening Division Report at pages 4, 9.

[8] Data taken from 1993 Screening Division Report at pages 4-5, 8-10; 1994 Screening Division Report at pages 2-4, 6-8; 1995 Screening Division Report at pages 2-4, 7; 1996 Screening Division Report at pages 2-4, 7; 1997 Screening Division Report at 2-4, 7; 1998 Screening Division Report at 2-4, 7; 1999 Screening Division Report at 2-4, 7.

**Appendix 4**
**Conviction Rate and Count for Jury Trials[9]**

| Year | Number of jury trials | Conviction rate | Number of jury convictions |
|---|---|---|---|
| 1988 | 465 | 77.5% | 360 |
| 1989 | 570 | 73.5% | 419 |
| 1990 | 502 | 75.5% | 379 |
| 1991 | 591 | 71.0% | 420 |
| 1992 | 500 | 70.0% | 350 |
| 1993 | 437 | 67.0% | 293 |
| 1994 | 460 | 74.0% | 340 |
| 1995 | 526 | 74.0% | 389 |
| 1996 | 481 | 75.0% | 361 |
| 1997 | 543 | 73.0% | 396 |
| 1998 | 589 | 72.0% | 424 |
| 1999 | 463 | 66.0% | 306 |

**Appendix 5**
**Conviction Rate and Count for Judge Trials[10]**

| Year | Number of judge trials | Conviction Rate | Number of judge convictions |
|---|---|---|---|
| 1967 | *0* | *65.3%* | *0* |
| 1968 | *0* | *65.3%* | *0* |
| 1969 | *0* | *65.3%* | *0* |
| 1970 | *0* | *65.3%* | *0* |
| 1971 | *0* | *65.3%* | *0* |
| 1972 | *0* | *65.3%* | *0* |
| 1973 | *0* | *65.3%* | *0* |
| 1974 | *0* | *65.3%* | *0* |
| 1975 | *0* | *65.3%* | *0* |
| 1976 | *0* | *65.3%* | *0* |
| 1977 | *0* | *65.3%* | *0* |

[9] Data taken from 1988 Revised Annual Report at page 2; 1989 Trial Division Report at pages 5-7; 1990 Trial Division Report at pages 6-8, 13; 1991 Trial Division Report at pages 7-9; 1992 Trial Division Report at pages 7-8; 1993 Trial Division Report at pages 6-7; 1994 Trial Division Report at pages 5-6, 10; 1995 Trial Division Report at pages 5-7, 11; 1996 Trial Division Report at pages 7-9, 12; 1997 Trial Division Report at 5-7, 11, 12, 14; 1998 Trial Division Report at 5-7, 12, 13, 15; 1999 Trial Division Report at 5-7, 12, 13.

[10] Data taken from 1989 Trial Division Report at page 13; 1990 Trial Division Report at pages 14-15; 1991 Trial Division Report at pages 15-16; 1992 Trial Division Report at pages 13-14; 1993 Trial Division Report at pages 13-14; 1994 Trial Division Report at pages 11, 13; 1995 Trial Division Report at pages 13-15; 1996 Trial Division Report at pages 14-16; 1997 Trial Division Report at pages 17-18; 1998 Trial Division Report at pages 18-19; 1999 Trial Division Report at pages 18-19. The italicized data has been assumed or extrapolated. The conviction rates outside the years 1995-1999 have been estimated using the average conviction rate for 1995 through 1999. The annual numbers of judge trials outside the years 1988-1999 have been extrapolated based on the 1988-1999 data, as described more fully in the body of my report.

| 1978 | 0 | 65.3% | 0 |
|------|-----|-------|-----|
| 1979 | 0 | 65.3% | 0 |
| 1980 | 0 | 65.3% | 0 |
| 1981 | 0 | 65.3% | 0 |
| 1982 | 0 | 65.3% | 0 |
| 1983 | 23 | 65.3% | 0 |
| 1984 | 47 | 65.3% | 0 |
| 1985 | 70 | 65.3% | 0 |
| 1986 | 94 | 65.3% | 0 |
| 1987 | 117 | 65.3% | 0 |
| 1988 | 192 | 65.3% | 126 |
| 1989 | 220 | 65.3% | 144 |
| 1990 | 187 | 65.3% | 122 |
| 1991 | 213 | 65.3% | 139 |
| 1992 | 194 | 65.3% | 127 |
| 1993 | 214 | 65.3% | 140 |
| 1994 | 210 | 65.3% | 137 |
| 1995 | 224 | 68.0% | 152 |
| 1996 | 324 | 68.0% | 220 |
| 1997 | 385 | 65.0% | 250 |
| 1998 | 383 | 65.0% | 249 |
| 1999 | 483 | 63.0% | 304 |
| 2000 | 510 | 65.3% | 333 |
| 2001 | 510 | 65.3% | 333 |
| 2002 | 510 | 65.3% | 333 |
| 2003 | 510 | 65.3% | 333 |
| 2004 | 510 | 65.3% | 333 |
| 2005 | 510 | 65.3% | 333 |
| 2006 | 510 | 65.3% | 333 |
| 2007 | 510 | 65.3% | 333 |
| 008 | 510 | 65.3% | 333 |
| 2009 | 510 | 65.3% | 333 |
| 2010 | 510 | 65.3% | 333 |
| 2011 | 510 | 65.3% | 333 |
| 2012 | 510 | 65.3% | 333 |
| 2013 | 510 | 65.3% | 333 |

**Appendix 6**
**Number of Cases with Alleged Brady Violations[11]**

| Obs | Year | Number of Cases with Alleged Brady Violation | Case Names |
|---|---|---|---|
| 1 | 1967 | 1 | Larry Hudson |
| 2 | 1968 | 3 | Hayes Williams, Linroy Davis, Roland Gibson |
| 3 | 1969 | 0 | |
| 4 | 1970 | 0 | |
| 5 | 1971 | 0 | |
| 6 | 1972 | 0 | |
| 7 | 1973 | 0 | |
| 8 | 1974 | 5 | James Carney, Michael Williams, Arthur Monroe, Norman Clark, Wilbert Parker |
| 9 | 1975 | 1 | Johnny Ross |
| 10 | 1976 | 5 | Floyd Falkins, Errol Bernard, Gregory Bright, Earl Truvia, Leonard Johnson |
| 11 | 1977 | 2 | Norris Henderson, Calvin Williams |
| 12 | 1978 | 1 | Bobbie Jean Johnson |
| 13 | 1979 | 3 | Larry Curtis, Isaac Knapper, Frank Motton |
| 14 | 1980 | 3 | William Perkins, Ronald Monroe, Robert Hilliard |
| 15 | 1981 | 0 | |
| 16 | 1982 | 2 | John Floyd, Ronald Porter |
| 17 | 1983 | 1 | Reginald Adams |
| 18 | 1984 | 2 | Stephen Rosiere, Curtis Lee Kyles |
| 19 | 1985 | 5 | John Thompson, Calvin Duncan, Clarence Smith, Anthony Scire, Jerry Chapman |
| 20 | 1986 | 0 | |
| 21 | 1987 | 2 | Warren Holmes, Ricky Warner |
| 22 | 1988 | 3 | Erin Hunter, Darryl Washington, Eugene Lindsey |
| 23 | 1989 | 4 | Tyronne Smith, Troy Wilkerson, Keith Shanchell, Reginald Magee |
| 24 | 1990 | 1 | Kevin King |
| 25 | 1991 | 0 | |
| 26 | 1992 | 1 | Alvin Jeanmarie |
| 27 | 1993 | 2 | Charlie Waters, Sivoris Sutton |
| 28 | 1994 | 4 | Alfred Oliver, Jerome Morgan, Troy West, Terrence Guy |
| 29 | 1995 | 6 | Daniel Rideau, Darnell Lewis, Derek Johnson, Kuantay Reeder, Dwayne Williams, Larry Moses |
| 30 | 1996 | 9 | Charles Conway, Shareef Cousin, Dan Bright, Juan Smith, Robert Jones, Charles Daniels, Bernell Juluke, Kunta Gable, Leroy Nelson |

[11] Data taken from Exhibits 1, 2and 3 to Expert Report of Laurie Levenson.

| | | | |
|---|---|---|---|
| 31 | 1997 | 5 | Dwight Labran, James Walker, Albert Wolfe, Trenedad East, Raymond Laugand |
| 32 | 1998 | 3 | Salvador Perez, David Mahler, Eddie Triplett |
| 33 | 1999 | 1 | Julian Robinson |
| 34 | 2000 | 3 | George Lee, Leonard Henderson, Christopher Jones |
| 35 | 2001 | 0 | |
| 36 | 2002 | 0 | |
| 37 | 2003 | 0 | |
| 38 | 2004 | 0 | |
| 39 | 2005 | 1 | John Duncan |
| 40 | 2006 | 0 | |
| 41 | 2007 | 0 | |
| 42 | 2008 | 0 | |
| 43 | 2009 | 1 | Michael Anderson |
| 44 | 2010 | 3 | Christopher Wells, Jamaal Tucker, Kaliegh Smith |
| 45 | 2011 | 2 | Henry Bruer, Julio Ruano |
| 46 | 2012 | 1 | Ronald Warner |
| 47 | 2013 | 1 | Jeremy Burse |

## Appendix 7
## Total Trials and Pleas[12]

| Year | Number of jury trials | Number of judge trials | Number of guilty pleas | Total trials and pleas |
|---|---|---|---|---|
| 1988 | 465 | 192 | 3925 | 4582 |
| 1989 | 570 | 220 | 5143 | 5933 |
| 1990 | 502 | 187 | 6098 | 6787 |
| 1991 | 591 | 213 | 5114 | 5918 |
| 1992 | 500 | 194 | 5209 | 5903 |
| 1993 | 437 | 214 | 5395 | 6046 |
| 1994 | 460 | 210 | 4376 | 5046 |
| 1995 | 526 | 224 | 4786 | 5536 |
| 1996 | 481 | 324 | 4356 | 5161 |
| 1997 | 543 | 385 | 4780 | 5708 |
| 1998 | 589 | 383 | 6868 | 7840 |
| 1999 | 463 | 483 | 6053 | 6999 |

---

[12] Data taken from 1988 Revised Annual Report at page 2; 1989 Trial Division Report at pages 5-7, 13-15; 1990 Trial Division Report at pages 6-8, 14-17; 1991 Trial Division Report at pages 7-9, 15-18; 1992 Trial Division Report at pages 7-8, 13-16; 1993 Trial Division Report at pages 6-7, 13-16; 1994 Trial Division Report at pages 5-6, 11, 13-15; 1995 Trial Division Report at pages 5-7, 13-15, 17-18; 1996 Trial Division Report at pages 7-9, 14-16, 19-20; 1997 Trial Division Report at 5-7, 12, 14, 17-18; 1998 Trial Division Report at 5-7, 13, 15, 18-19; 1999 Trial Division Report at 5-7, 13, 18-19.