NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1989 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION
JANUARY 18, 1990

AS REVISED  FOR
PRESENTATION ON
FEBRUARY 5, 1990

EXHIBIT
2

OPDA-FLANKS027983

## COMPARISON OF TOTAL CASES RECEIVED IN SCREENING
## FOR FIVE YEARS BEGINNING 1985 AND ENDING 1989*

|       | '89   | '88   | '87   | '86   | '85   |
|-------|-------|-------|-------|-------|-------|
| JAN   | 1197  | 855   | 804   | 1152  | 1733  |
| FEB   | 835   | 1006  | 1091  | 836   | 955   |
| MAR   | 1199  | 1371  | 1074  | 1111  | 1065  |
| APR   | 1236  | 889   | 1158  | 913   | 1008  |
| MAY   | 1359  | 917   | 797   | 987   | 933   |
| JUNE  | 1065  | 977   | 973   | 1112  | 702   |
| JULY  | 1105  | 886   | 824   | 1194  | 560   |
| AUG   | 1228  | 1130  | 791   | 1118  | 1241  |
| SEPT  | 1112  | 958   | 1238  | 955   | 963   |
| OCT   | 1451  | 1271  | 933   | 956   | 1681  |
| NOV   | 1270  | 1319  | 845   | 566   | 700   |
| DEC   | 1184  | 1039  | 874   | 925   | 968   |
|       | 14241 | 12618 | 11402 | 11825 | 12509 |

|                    | '88    | '87    | '86    | '85    |
|--------------------|--------|--------|--------|--------|
| INCREASE           | +1623  | +2839  | +2416  | +1732  |
| FROM DESIGNATED    | +11.4% | +19.9% | +16.9% | +12.1% |
| YEAR               |        |        |        |        |

*SOURCE:  MANUAL INVENTORY MAINTAINED BY SCREENING CHIEF AND
CLERICAL PERSONNEL.

OPDA-FLANKS027987

NUMBER OF CASES ACCEPTED EACH MONTH FOR FIVE
YEARS BEGINNING 1985 AND ENDING 1989.*

| | '89 | '88 | '87 | '86 | '85 |
|---|---|---|---|---|---|
| JAN | 753/63% | 570/64% | 449/56% | 694/60% | 1036/60% |
| FEB | 525/63% | 583/59% | 620/57% | 436/52% | 243/25% |
| MAR | 683/57% | 764/56% | 571/53% | 560/50% | 681/64% |
| APR | 797/64% | 520/58% | 664/57% | 441/48% | 525/52% |
| MAY | 849/62% | 533/58% | 477/60% | 476/48% | 488/52% |
| JUNE | 743/70% | 498/51% | 540/55% | 506/46% | 426/61% |
| JULY | 764/69% | 436/49% | 512/62% | 554/46% | 240/43% |
| AUG | 857/70% | 581/51% | 446/56% | 572/51% | 603/49% |
| SEPT | 663/60% | 577/60% | 651/53% | 446/47% | 497/52% |
| OCT | 861/59% | 650/51% | 577/62% | 514/54% | 755/45% |
| NOV | 731/58% | 779/59% | 449/53% | 331/58% | 382/55% |
| DEC | 620/52% | 662/64% | 472/54% | 435/47% | 520/54% |
| | 8846 | 7153 | 6428 | 5965 | 6396 |

| | 1988 | 1987 | 1986 | 1985 |
|---|---|---|---|---|
| INCREASE | +1693 | +2418 | +2881 | +2450 |
| FROM DESIGNATED | +19% | +27% | +32% | +27% |
| YEAR | | | | |

*SOURCE:  MANUAL INVENTORY MAINTAINED BY SCREENING CHIEF AND
CLERICAL PERSONNEL.

The percentage represents the number of accepted cases to the
total number of cases received in screening that month; that
number subtracted from 100% represents the percentage of
refused cases for each month.

-4-

OPDA-FLANKS027989