NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1990 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION
FEBRUARY 4, 1991

**EXHIBIT**

**3**

OPDA-FLANKS028050

OPDA-FLANKS028059

ORLEANS PARISH DISTRICT ATTORNEY'S OFFICE

SCREENING DIVISION ANNUAL REPORT, 1990

CASE MOVEMENT

| MONTH | TOTAL CASES | | CASES ACCEPTED* | CASES REFUSED** | CASES REFERRED** | % CASES ACCEPTED | % CASES REFUSED | %CASES REFERRED |
|---|---|---|---|---|---|---|---|---|
| JANUARY | 1183 | = | 702 | 414 | 67 | 59% | 35% | 6% |
| FEBRUARY | 1182 | = | 599 | 459 | 124 | 51% | 39% | 10% |
| MARCH | 1455 | = | 837 | 485 | 133 | 58% | 33% | 9% |
| APRIL | 1235 | = | 682 | 407 | 146 | 55% | 33% | 12% |
| MAY | 1297 | = | 715 | 416 | 166 | 55% | 32% | 13% |
| JUNE | 1140 | = | 579 | 322 | 239 | 51% | 28% | 21% |
| JULY | 778 | = | 362 | 242 | 174 | 47% | 31% | 22% |
| AUGUST | 980 | = | 489 | 363 | 128 | 50% | 37% | 13% |
| SEPTEMBER | 863 | = | 415 | 319 | 129 | 48% | 37% | 15% |
| OCTOBER | 1211 | = | 582 | 461 | 168 | 48% | 38% | 14% |
| NOVEMBER | 1045 | = | 497 | 435 | 113 | 47% | 42% | 11% |
| DECEMBER | 986 | = | 509 | 370 | 107 | 52% | 37% | 11% |
| TOTAL | 13355 | = | 6968 | 4693 | 1694 | 52% | 35% | 13% |

*SOURCE:   Count from daily allotment sheets

**SOURCE:   Hand count of refusals and referrals

-4-