NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1991 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:   TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION
FEBRUARY 6, 1992

EXHIBIT

4

OPDA-FLANKS028130

ORLEANS PARISH DISTRICT ATTORNEY'S OFFICE

SCREENING DIVISION ANNUAL REPORT, 1991

CASE MOVEMENT

OPDA-FLANKS028139

| MONTH | TOTAL CASES | | CASES ACCEPTED* | CASES REFUSED** | CASES REFERRED** | %CASES ACCEPTED | %CASES REFUSED | %CASES REFERRED |
|---|---|---|---|---|---|---|---|---|
| JANUARY | 1100 | = | 567 | 412 | 121 | 52% | 37% | 11% |
| FEBRUARY | 796 | = | 464 | 250 | 82 | 58% | 32% | 10% |
| MARCH | 936 | = | 505 | 351 | 80 | 54% | 37% | 9% |
| APRIL | 1234 | = | 743 | 403 | 88 | 60% | 33% | 7% |
| MAY | 980 | = | 535 | 337 | 108 | 55% | 34% | 11% |
| JUNE | 1137 | = | 591 | 467 | 79 | 52% | 41% | 7% |
| JULY | 1066 | = | 594 | 382 | 90 | 56% | 36% | 8% |
| AUGUST | 1159 | = | 615 | 441 | 103 | 53% | 38% | 9% |
| SEPTEMBER | 1223 | = | 564 | 509 | 150 | 46% | 42% | 12% |
| OCTOBER | 1205 | = | 646 | 462 | 97 | 54% | 38% | 8% |
| NOVEMBER | 812 | = | 415 | 301 | 96 | 51% | 37% | 12% |
| DECEMBER | 948 | = | 493 | 360 | 95 | 52% | 38% | 10% |
| TOTAL | 12,596 | = | 6,732 | 4,675 | 1,189 | | | |

*SOURCE:   Count from daily allotment sheets

**SOURCE:   Hand count of refusals and referrals