*P. Brandt*

# NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

## 1992 ANNUAL REPORT

## SCREENING DIVISION

COMPILED AND PREPARED BY:   TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION

DEBORAH V. KETTENRING
DEPUTY CHIEF, SCREENING DIVISION

BEATRICE W. PERKINS
SECRETARY

FEBRUARY 2, 1993

**EXHIBIT**

**5**

OPDA-FLANKS028202

OPDA-FLANKS028213

## ORLEANS PARISH DISTRICT ATTORNEY'S OFFICE
## SCREENING DIVISION ANNUAL REPORT, 1992
## CASE MOVEMENT

| MONTH | TOTAL CASES | CASES ACCEPTED* | CASES REFUSED** | CASES REFERRED** | % CASES ACCEPTED | % CASES REFUSED | % CASES REFERRED |
|-------|------------|-----------------|-----------------|------------------|------------------|-----------------|------------------|
| JANUARY | 1072 | 527 | 437 | 108 | 49% | 41% | 10% |
| FEBRUARY | 955 | 534 | 366 | 55 | 56% | 38% | 6% |
| MARCH | 1153 | 537 | 491 | 125 | 46% | 43% | 11% |
| APRIL | 969 | 483 | 401 | 85 | 50% | 41% | 9% |
| MAY | 1083 | 546 | 420 | 117 | 50% | 39% | 11% |
| JUNE | 1050 | 586 | 340 | 124 | 56% | 32% | 12% |
| JULY | 1079 | 579 | 392 | 108 | 54% | 36% | 10% |
| AUGUST | 928 | 497 | 312 | 119 | 53% | 34% | 13% |
| SEPTEMBER | 1344 | 807 | 441 | 96 | 60% | 33% | 7% |
| OCTOBER | 1124 | 669 | 368 | 87 | 59% | 33% | 8% |
| NOVEMBER | 1020 | 513 | 433 | 74 | 50% | 42% | 8% |
| DECEMBER | 1085 | 595 | 415 | 75 | 55% | 38% | 7% |
| TOTAL | 12,862 | 6,873 | 4,816 | 1,173 | | | |

*SOURCE:  Daily Allotment Sheets
**SOURCE:  Daily Count of Refusals and Referrals

-9-