NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1993 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION

DEBORAH VILLIO KETTENRING
DEPUTY CHIEF, SCREENING DIVISION

PRESENTED MARCH 4, 1994

EXHIBIT

6

OPDA-FLANKS028268

## IV.   COMPARISON OF TOTAL CASES ALLOTTED*

|           | 1992  | 1993  |   |                                           |
|-----------|-------|-------|---|-------------------------------------------|
| JANUARY   | 527   | 638   |   |                                           |
| FEBRUARY  | 534   | 545   |   |                                           |
| MARCH     | 537   | 616   |   |                                           |
| APRIL     | 483   | 634   |   |                                           |
| MAY       | 546   | 485   |   |                                           |
| JUNE      | 586   | 611   |   |                                           |
| JULY      | 579   | 513   |   |                                           |
| AUGUST    | 497   | 595   |   |                                           |
| SEPTEMBER | 807   | 480   |   |                                           |
| OCTOBER   | 669   | 423   |   |                                           |
| NOVEMBER  | 513   | 512   |   |                                           |
| DECEMBER  | 595   | 649   |   |                                           |
|           |       |       |   |                                           |
|           | 6,873 | 6,701 | = | 172 FEWER CASES ACCEPTED IN 1993          |

*Total includes narcotics cases.

–8–

OPDA-FLANKS028277