NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1994 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:   TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION

DEBORAH VILLIO KETTENRING
DEPUTY CHIEF, SCREENING DIVISION

PRESENTED:   FEBRUARY 27, 1995

EXHIBIT

7

OPDA-FLANKS028325

## V.  SUMMARY OF CASES ALLOTTED

### A.  COMPARISON OF TOTAL CASES ALLOTTED

|           | 1993  | 1994  |                          |
|-----------|-------|-------|--------------------------|
| JANUARY   | 638   | 519   |                          |
| FEBRUARY  | 545   | 409   |                          |
| MARCH     | 616   | 643   |                          |
| APRIL     | 634   | 635   |                          |
| MAY       | 485   | 546   |                          |
| JUNE      | 611   | 574   |                          |
| JULY      | 513   | 456   |                          |
| AUGUST    | 595   | 468   |                          |
| SEPTEMBER | 480   | 559   |                          |
| OCTOBER   | 423   | 562   |                          |
| NOVEMBER  | 512   | 460   |                          |
| DECEMBER  | 649   | 499   |                          |
| TOTAL     | 6,701 | 6,330 | = 371 FEWER CASES IN 1994 |

-6-

OPDA-FLANKS028333