NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1995 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION

DAVID P. WOLFF
DEPUTY CHIEF, SCREENING DIVISION

BEATRICE W. PERKINS
SECRETARY

EXHIBIT

8

OPDA-FLANKS028384

## V.  SUMMARY OF CASES ALLOTTED

### A.  COMPARISON OF TOTAL CASES ALLOTTED

|           | 1994  | 1995  |                    |
|-----------|-------|-------|--------------------|
| JANUARY   | 519   | 619   |                    |
| FEBRUARY  | 409   | 402   |                    |
| MARCH     | 643   | 620   |                    |
| APRIL     | 635   | 558   |                    |
| MAY       | 546   | 542   |                    |
| JUNE      | 574   | 660   |                    |
| JULY      | 456   | 545   |                    |
| AUGUST    | 468   | 576   |                    |
| SEPTEMBER | 559   | 675   |                    |
| OCTOBER   | 562   | 554   |                    |
| NOVEMBER  | 460   | 406   |                    |
| DECEMBER  | 499   | 536   |                    |
| **TOTAL** | **6,330** | **6,693** | = 363 MORE CASES IN 1995 |

-7-

OPDA-FLANKS028397