NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1996 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    TIMOTHY J. MCELROY
                             CHIEF, SCREENING DIVISION

                             DAVID P. WOLFF
                             DEPUTY CHIEF, SCREENING DIVISION

                             BEATRICE W. PERKINS
                             SECRETARY

EXHIBIT
9

OPDA-FLANKS028459

## V.  SUMMARY OF CASES ALLOTTED

### A.  COMPARISON OF TOTAL CASES ALLOTTED

|  | 1995 | 1996 |
|---|---|---|
| JANUARY | 619 | 564 |
| FEBRUARY | 402 | 676 |
| MARCH | 620 | 630 |
| APRIL | 558 | 451 |
| MAY | 542 | 520 |
| JUNE | 660 | 480 |
| JULY | 545 | 533 |
| AUGUST | 576 | 551 |
| SEPTEMBER | 675 | 535 |
| OCTOBER | 554 | 587 |
| NOVEMBER | 406 | 466 |
| DECEMBER | 536 | 562 |
| **TOTAL** | **6,693** | **6,555**  = 138 LESS CASES IN 1996 |

-7-

OPDA-FLANKS028468