NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1997 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:   TIMOTHY J. MCELROY
CHIEF, SCREENING DIVISION

MELANIE A. TALIA
DEPUTY CHIEF, SCREENING DIVISION

BEATRICE W. PERKINS
EXECUTIVE SECRETARY

EXHIBIT
**10**

OPDA-FLANKS028534

## V.  SUMMARY OF CASES ALLOTTED

### A.  COMPARISON OF TOTAL CASES ALLOTTED

|  | 1996 | 1997 |
|---|---|---|
| JANUARY | 564 | 490 |
| FEBRUARY | 676 | 534 |
| MARCH | 630 | 654 |
| APRIL | 451 | 640 |
| MAY | 520 | 538 |
| JUNE | 480 | 522 |
| JULY | 533 | 707 |
| AUGUST | 551 | 540 |
| SEPTEMBER | 535 | 524 |
| OCTOBER | 587 | 665 |
| NOVEMBER | 466 | 624 |
| DECEMBER | 562 | 835 |
| **TOTAL** | **6,555** | **7,273** = 718 MORE CASES IN 1997 |

-7-

OPDA-FLANKS028543