NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1998 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    RICHARD L. OLIVIER
                             CHIEF, SCREENING DIVISION

                             MELANIE A. TALIA
                             DEPUTY CHIEF, SCREENING DIVISION

                             BEATRICE W. PERKINS
                             EXECUTIVE SECRETARY

EXHIBIT
11

OPDA-FLANKS028605

## V.   SUMMARY OF CASES ALLOTTED

## A.   COMPARISON OF TOTAL CASES ALLOTTED

|           | 1997  | 1998  |
|-----------|-------|-------|
| JANUARY   | 490   | 979   |
| FEBRUARY  | 534   | 661   |
| MARCH     | 654   | 786   |
| APRIL     | 640   | 792   |
| MAY       | 538   | 926   |
| JUNE      | 522   | 980   |
| JULY      | 707   | 860   |
| AUGUST    | 540   | 736   |
| SEPTEMBER | 524   | 812   |
| OCTOBER   | 665   | 816   |
| NOVEMBER  | 624   | 637   |
| DECEMBER  | 835   | 572   |
| **TOTAL** | 7,273 | 9,557 | = 2,284 MORE CASES IN 1998 |

-7-

OPDA-FLANKS028614