NEW ORLEANS DISTRICT ATTORNEY'S OFFICE

1999 ANNUAL REPORT

SCREENING DIVISION

COMPILED AND PREPARED BY:    RICHARD L. OLIVIER
                             CHIEF, SCREENING DIVISION

                             MELANIE A. TALIA
                             DEPUTY CHIEF, SCREENING DIVISION

                             BEATRICE W. PERKINS
                             EXECUTIVE SECRETARY

EXHIBIT

**12**

OPDA-FLANKS028681

## V.  SUMMARY OF CASES ALLOTTED

### A.  COMPARISON OF TOTAL CASES ALLOTTED

|  | 1998 | 1999 |
|---|---|---|
| JANUARY | 979 | 642 |
| FEBRUARY | 661 | 600 |
| MARCH | 786 | 845 |
| APRIL | 792 | 663 |
| MAY | 926 | 535 |
| JUNE | 980 | 650 |
| JULY | 860 | 825 |
| AUGUST | 736 | 745 |
| SEPTEMBER | 812 | 504 |
| OCTOBER | 816 | 598 |
| NOVEMBER | 637 | 506 |
| DECEMBER | 572 | 675 |
| TOTAL | 9,557 | 7,788 = 1,769 LESS CASES IN 1999 |

-7-

OPDA-FLANKS028690