# 1 9 8 8    A n n u a l    R e p o r t

This past year  was one of great contrasts for the office. As can be seen from the  following division summaries, there was a  great  deal  accomplished  by  the  office  while  fighting  the problems of decreased funding and personnel turnover.

1)    The Trial Division was  supervised  by  a  Chief  and  a Deputy Chief who were responsible for the twenty-two assistants assigned to the various sections of court.  Although Tim McElroy remained  Chief  of  Trials  for  the  whole  year,  three  different people  filled  the  Deputy  position  and  only  five  assistants remained in Trials for the entire year.  This personnel turnover contributed to delays in bringing cases to trial and the overall increase in the size of the section dockets.  In spite of this situation, however, there were 465 jury trials in 1988 which is virtually the same as 1987 when 484 jury trials were held.  These jury trials resulted in 79% guilty verdicts.  In the specialized categories, there were 46 homicide trials in 1988 as compared to 43 in 1987, and there were 35 sex offenses tried in 1988 compared to  42  in  1987.    Finally,  the  sections  at  the  end  of  1988 contained 1,585 cases with 1,832 defendants as opposed to 1,297 cases and 1,563 defendants at the beginning of the year.  These figures  are  understandable  when  the  personnel  situation  is considered.



EXHIBIT
13

OPDA-FLANKS027978