# T R I A L   D I V I S I O N

# A N N U A L   R E P O R T

# 1 9 8 9

Prepared by:

Wendy F. Baldwin
Chief of Trials

Camille Buras
Deputy Chief of Trials

**EXHIBIT**

**14**

OPDA-FLANKS028023

## JURY TRIALS BY SECTION

| Section | Jan. - Dec. 1988 | Jan. - Dec. 1989 | % Difference |
|---------|------------------|------------------|--------------|
| A | 49 | 58 | + 18% |
| B | 35 | 26 | - 26% |
| C | 18 | 32 | + 78% |
| D | 17 | 19 | + 12% |
| E | 17 | 46 | +171% |
| F | 55 | 89 | + 62% |
| G | 47 | 37 | - 21% |
| H | 28 | 29 | + 04% |
| I | 87 | 47 | - 46% |
| J | 95 | 100 | + 05% |
| Ad Hoc I | 3* | 33 | N/A |
| Ad Hoc II | 14* | 54 | N/A |
| TOTAL | 465 | 570 | |

Source for 1988 Statistics:  1988 Annual Trial Report.

Source for 1989 Statistics:  Manual Inventory Maintained
by Trial Secretary.

*Ad Hoc Courts commenced operation in October 1988.

-5-

OPDA-FLANKS028028

## JURY TRIALS BY MONTH

|            | 1988 | 1989 | % Difference |
|------------|------|------|--------------|
| January    | 39   | 50   | + 28%        |
| February   | 31   | 44   | + 42%        |
| March      | 45   | 65   | + 44%        |
| April      | 41   | 66   | + 61%        |
| May        | 50   | 55   | + 10%        |
| June       | 29   | 27   | - 07%        |
| July       | 36   | 47   | + 31%        |
| August     | 30   | 45   | + 50%        |
| September  | 43   | 48   | + 12%        |
| October    | 42   | 48   | + 14%        |
| November   | 50   | 43   | - 14%        |
| December   | 29   | 32   | + 10%        |
| **TOTAL**  | 465  | 570  |              |

Source for 1988 Statistics:  1988 Annual Trial Report.

Source for 1989 Statistics:  Manual Inventory maintained
by Trial Secretary.

-6-

OPDA-FLANKS028029

## JURY TRIALS
## BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | AH I | AH II | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 4 | 5 | 2 | 2 | 3 | 7 | 3 | 3 | 3 | 8 | 3 | 7 | 50 |
| February | 3 | 2 | 3 | 3 | 4 | 5 | 4 | 2 | 6 | 6 | 2 | 4 | 44 |
| March | 9 | 2 | 3 | 1 | 5 | 8 | 5 | 2 | 6 | 11 | 5 | 8 | 65 |
| April | 8 | 3 | 1 | 0 | 6 | 11 | 2 | 6 | 8 | 11 | 4 | 6 | 66 |
| May | 5 | 2 | 4 | 2 | 5 | 8 | 4 | 4 | 2 | 8 | 4 | 7 | 55 |
| June | 2 | 1 | 3 | 0 | 4 | 6 | 1 | 0 | 1 | 4 | 2 | 3 | 27 |
| July | 7 | 4 | 3 | 2 | 4 | 8 | 1 | 2 | 0 | 7 | 5 | 4 | 47 |
| August | 8 | 2 | 3 | 3 | 4 | 5 | 0 | 1 | 5 | 9 | 3 | 2 | 45 |
| September | 4 | 2 | 2 | 1 | 2 | 5 | 5 | 2 | 7 | 9 | 2 | 7 | 48 |
| October | 3 | 2 | 2 | 3 | 2 | 11 | 7 | 2 | 5 | 7 | 2 | 2 | 48 |
| November | 3 | 0 | 4 | 0 | 4 | 8 | 3 | 4 | 2 | 13 | 2 | 0 | 43 |
| December | 2 | 1 | 2 | 2 | 3 | 7 | 2 | 1 | 2 | 7 | 0 | 3 | 32 |
| TOTALS | 58 | 26 | 32 | 19 | 46 | 89 | 37 | 29 | 47 | 100 | 33 | 54 | 570 |

Source:  Manual Inventory Maintained by Trial Secretary.

-7-

OPDA-FLANKS028030

## JUDGE TRIALS BY SECTION

|       | 1988 | 1989 | % Difference |
|-------|------|------|--------------|
| A     | 14   | 13   | - 07%        |
| B     | 23   | 14   | - 39%        |
| C     | 20   | 23   | + 15%        |
| D     | 26   | 23   | - 12%        |
| E     | 32   | 16   | - 50%        |
| F     | 11   | 16   | + 45%        |
| G     | 17   | 11   | - 35%        |
| H     | 21   | 47   | +124%        |
| I     | 0    | 0    | 0            |
| J     | 28   | 31   | - 11%        |
| **TOTAL** | 192 | 194 | + 01%     |

Includes Narcotics Strike Force Cases in Sections A - J.

Source for 1988 Statistics:  1988 Annual Trial Report.

Source for 1989 Statistics:  Manual Inventory Maintained
by Trial Secretary.

-13-

OPDA-FLANKS028036

<u>PLEAS OF GUILTY AS CHARGED</u>

(Sections A - J)


TOTAL    <u>1988</u>

JAN - DEC        3,654


TOTAL    <u>1989</u>

JAN - DEC        4,807


**% Change**                                    **+32%**


Includes Narcotics Strike Force Cases in Sections A - J.

Source For 1988 Statistics:  1988 Annual Trial Report.

Source For 1989 Statistics:  PROMIS.

-14-

OPDA-FLANKS028037

PLEAS OF GUILTY TO LESSER OFFENSES
BY SECTION -- 1989

| Section | # Cases | # Defendants |
|---------|---------|--------------|
| A | 18 | 19 |
| B | 28 | 31 |
| C | 42 | 42 |
| D | 42 | 42 |
| E | 34 | 36 |
| F | 32 | 32 |
| G | 46 | 49 |
| H | 32 | 31 |
| I | 36 | 37 |
| J | 26 | 25 |
| TOTALS | 336 | 344 |

| TOTAL CASES | | |
|-------------|------|-----|
| 1987 | 281 | |
| 1988 | 271 | |
| 1989 | 336 | |

Includes Narcotics Strike Force Cases in Sections A - J.

Source for 1987 and 1988 Statistic:  1988 Annual Trial Report.

Source for 1989 Statistics:  PROMIS.

-15-

OPDA-FLANKS028038