T R I A L   D I V I S I O N

A N N U A L   R E P O R T

1 9 9 0

Prepared by:

Wendy F. Baldwin
Chief of Trials

Michael Bollman
Deputy Chief of Trials

**EXHIBIT**

**15**

OPDA-FLANKS028094

## JURY TRIALS BY SECTION

| Section | Jan. - Dec. 1989 | Jan - Dec. 1990 | % Difference |
|---|---|---|---|
| A | 58 | 52 | - 10% |
| B | 26 | 14 | - 46% |
| C | 32 | 19 | - 41% |
| D | 19 | 23 | + 21% |
| E | 46 | 28 | - 39% |
| F | 89 | 84 | - 06% |
| G | 37 | 39 | + 05% |
| H | 29 | 19 | - 34% |
| I | 47 | 40 | - 15% |
| J | 100 | 114 | + 14% |
| Ad Hoc I | 33 | 31 | - 06% |
| Ad Hoc II | 54 | 39 | - 28% |
| | 570 | 502 | - 12% |

Source for 1989 Statistics:  1989 Annual Trial Report.

Source for 1990 Statistics:  Manual Inventory Maintained
by Trial Division Secretary

-6-

OPDA-FLANKS028101

JURY TRIALS BY MONTH

|  | 1989 | 1990 | % Difference |
|---|---|---|---|
| January | 50 | 59 | + 18% |
| February | 44 | 37 | − 16% |
| March | 65 | 55 | − 15% |
| April | 66 | 41 | − 38% |
| May | 55 | 44 | − 25% |
| June | 27 | 46 | + 70% |
| July | 47 | 38 | − 19% |
| August | 45 | 38 | − 16% |
| September | 48 | 43 | − 10% |
| October | 48 | 37 | − 23% |
| November | 43 | 31 | − 28% |
| December | 32 | 33 | + 03% |
| TOTALS | 570 | 502 | − 12% |

Source for 1989 Statistics:  1989 Annual Trial Report.

Source for 1990 Statistics:  Manual Inventory Maintained
by Trial Division Secretary.

−7−

OPDA-FLANKS028102

## JURY TRIALS
## BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | AH I | AH II | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 8 | 2 | 2 | 3 | 3 | 11 | 6 | 3 | 4 | 11 | 2 | 4 | 59 |
| February | 4 | 1 | 0 | 1 | 2 | 6 | 3 | 0 | 3 | 10 | 5 | 2 | 37 |
| March | 5 | 2 | 5 | 2 | 4 | 7 | 5 | 2 | 3 | 9 | 6 | 5 | 55 |
| April | 4 | 5 | 3 | 1 | 2 | 7 | 5 | 1 | 3 | 10 | 0 | 0 | 41 |
| May | 4 | 1 | 1 | 4 | 3 | 9 | 2 | 2 | 4 | 12 | 0 | 2 | 44 |
| June | 5 | 1 | 0 | 4 | 1 | 4 | 7 | 2 | 6 | 9 | 3 | 4 | 46 |
| July | 8 | 0 | 1 | 1 | 0 | 6 | 3 | 1 | 1 | 10 | 4 | 3 | 38 |
| August | 4 | 1 | 1 | 2 | 4 | 7 | 0 | 1 | 3 | 10 | 2 | 3 | 38 |
| September | 1 | 0 | 1 | 0 | 2 | 9 | 3 | 1 | 3 | 10 | 5 | 8 | 43 |
| October | 3 | 1 | 2 | 1 | 3 | 7 | 1 | 3 | 2 | 8 | 3 | 3 | 37 |
| November | 4 | 0 | 1 | 1 | 2 | 5 | 2 | 3 | 5 | 6 | 1 | 1 | 31 |
| December | 2 | 0 | 2 | 3 | 2 | 6 | 2 | 0 | 3 | 9 | 0 | 4 | 33 |
| TOTALS | 52 | 14 | 19 | 23 | 28 | 84 | 39 | 19 | 40 | 114 | 31 | 39 | 502 |

Source:  Manual Inventory Maintained
by Trial Division Secretary.

-8-

OPDA-FLANKS028103

JUDGE TRIALS
BY MONTH AND BY SECTION

|           | A  | B  | C  | D  | E  | F | G | H  | I | J  | AH I | AH II | TOTAL |
|-----------|----|----|----|----|----|---|---|----|---|----|------|-------|-------|
| January   | 3  | 0  | 2  | 0  | 3  | 0 | 0 | 4  | 0 | 4  | 0    | 0     | 16    |
| February  | 4  | 0  | 0  | 0  | 3  | 0 | 1 | 0  | 0 | 3  | 0    | 0     | 11    |
| March     | 3  | 0  | 2  | 1  | 1  | 0 | 0 | 1  | 0 | 6  | 0    | 0     | 14    |
| April     | 4  | 0  | 8  | 1  | 2  | 0 | 0 | 7  | 0 | 3  | 0    | 0     | 25    |
| May       | 4  | 2  | 2  | 2  | 1  | 1 | 0 | 7  | 1 | 5  | 0    | 1     | 26    |
| June      | 9  | 2  | 4  | 1  | 0  | 0 | 0 | 0  | 1 | 3  | 0    | 0     | 20    |
| July      | 6  | 2  | 1  | 3  | 1  | 3 | 0 | 0  | 0 | 6  | 0    | 4     | 26    |
| August    | 3  | 1  | 2  | 0  | 1  | 1 | 0 | 1  | 0 | 1  | 0    | 0     | 10    |
| September | 0  | 2  | 1  | 0  | 0  | 0 | 0 | 1  | 0 | 2  | 0    | 0     | 6     |
| October   | 2  | 0  | 1  | 1  | 1  | 0 | 0 | 5  | 0 | 1  | 0    | 1     | 12    |
| November  | 5  | 0  | 0  | 0  | 0  | 0 | 0 | 2  | 0 | 0  | 1    | 1     | 9     |
| December  | 0  | 1  | 3  | 1  | 0  | 0 | 0 | 1  | 0 | 1  | 0    | 0     | 7     |
| **TOTALS** | **43** | **10** | **26** | **10** | **13** | **5** | **1** | **29** | **2** | **35** | **1** | **7** | **187\*** |

*Includes 5 Ad Hoc I and II Judge Trials from January – March 1990.

Source:  Manual Inventory Maintained
         by Trial Division Secretary.

-14-

OPDA-FLANKS028109

JUDGE TRIALS BY SECTION

|  | 1989 | 1990 | % Difference |
|---|---|---|---|
| A | 13 | 43 | +231% |
| B | 14 | 10 | - 29% |
| C | 23 | 26 | + 13% |
| D | 23 | 10 | - 57% |
| E | 16 | 13 | - 19% |
| F | 16 | 5 | - 69% |
| G | 11 | 1 | - 91% |
| H | 47 | 29 | - 38% |
| I | 0 | 2 | +200% |
| J | 31 | 35 | + 13% |
| AH I & II | 26* | 5** | - 50%*** |
| AH I |  | 1 |  |
| AH II |  | 7 |  |
| TOTALS | 220 | 187 | - 15% |

*Judge Trials Calculated by NSF - No Breakdown Available as to AH I & AH II.

**No Breakdown Available for January - March 1990 by NSF.

***Includes all of Ad Hoc I & II for 1989 & 1990.

Includes Narcotics Strike Force Cases in Sections A - J.

Source for 1989 Statistics:  1989 Annual Trial Report.

Source for 1990 Statistics:  Manual Inventory Maintained by Trial Division Secretary.

-15-

OPDA-FLANKS028110

## PLEAS OF GUILTY AS CHARGED

### (Sections A - Ad Hoc II)


TOTAL  1989

JAN - DEC              4,807


TOTAL  1990

JAN - DEC              5,736


% CHANGE                              + 19%


Source for 1989 Statistics:  1989 Annual Trial Report.

Source for 1990 Statistics:  PROMIS.


-16-

OPDA-FLANKS028111

## PLEAS OF GUILTY TO LESSER OFFENSES
### BY SECTION -- 1990

| Section | # Defendants |
|---------|--------------|
| A | 27 |
| B | 32 |
| C | 37 |
| D | 25 |
| E | 31 |
| F | 34 |
| G | 25 |
| H | 40 |
| I | 53 |
| J | 38 |
| K | 17 |
| L | 3 |
| | ------- |
| **TOTAL** | 362 |

TOTAL NUMBER OF DEFENDANTS
WHO PLED GUILTY TO LESSER
OFFENSES

| | |
|------|-----|
| 1988 | 271 |
| 1989 | 336 |
| 1990 | 362 |

Source for 1988 and 1989 Statistics:  1989 Annual Trial Report.

Source for 1990 Statistics:  PROMIS.

-17-

OPDA-FLANKS028112