T R I A L   D I V I S I O N

A N N U A L   R E P O R T

1 9 9 1

Prepared by:

Wendy F. Baldwin
Chief of Trials

Michael Bollman
Deputy Chief of Trials

14/15

**EXHIBIT**

**16**

OPDA-FLANKS028165

## JURY TRIALS BY SECTION

| Section | Jan. – Dec. 1990 | Jan. – Dec. 1991 | % Difference |
|---------|------------------|------------------|--------------|
| A | 52 | 56 | + 08% |
| B | 14 | 29 | +107% |
| C | 19 | 29 | + 53% |
| D | 23 | 37 | + 61% |
| E | 28 | 29 | + 04% |
| F | 84 | 114 | + 36% |
| G | 39 | 45 | + 15% |
| H | 19 | 28 | + 47% |
| I | 40 | 46 | + 15% |
| J | 114 | 174 | + 53% |
| Ad Hoc I | 31 | 3 | N/A |
| Ad Hoc II | 39 | 1 | N/A |
| TOTAL | 502 | 591 | + 18% |

Source for 1990 Statistics:    1990 Annual Trial Report.

Source for 1991 Statistics:    Manual Inventory Maintained
by Trial Division Secretary.

-7-

OPDA-FLANKS028173

JURY TRIALS BY MONTH

|  | 1989 | 1990 | 1991 |
|---|---|---|---|
| January | 50 | 59 | 60 |
| February | 44 | 37 | 52 |
| March | 65 | 55 | 61 |
| April | 66 | 41 | 57 |
| May | 55 | 44 | 54 |
| June | 27 | 46 | 40 |
| July | 47 | 38 | 60 |
| August | 45 | 38 | 48 |
| September | 48 | 43 | 44 |
| October | 48 | 37 | 52 |
| November | 43 | 31 | 44 |
| December | 32 | 33 | 19 |
| TOTALS | 570 | 502 | 591 |

Source for 1990 Statistics:  1990 Annual Trial Report.

Source for 1991 Statistics:  Manual Inventory Maintained
by Trial Division Secretary.

-8-

OPDA-FLANKS028174

JURY TRIALS 1991
BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | AH I | AH II | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 6 | 1 | 4 | 4 | 3 | 14 | 5 | 2 | 5 | 14 | 1 | 1 | 60 |
| February | 4 | 2 | 0 | 7 | 3 | 11 | 6 | 3 | 4 | 12 | | | 52 |
| March | 7 | 5 | 4 | 2 | 3 | 12 | 4 | 4 | 5 | 15 | | | 61 |
| April | 6 | 4 | 3 | 3 | 2 | 9 | 5 | 3 | 6 | 16 | | | 57 |
| May | 5 | 1 | 5 | 2 | 2 | 9 | 5 | 1 | 5 | 18 | 1 | | 54 |
| June | 1 | 2 | 5 | 1 | 3 | 8 | 3 | 0 | 3 | 14 | | | 40 |
| July | 4 | 2 | 0 | 5 | 1 | 12 | 7 | 4 | 4 | 21 | | | 60 |
| August | 7 | 2 | 1 | 3 | 2 | 5 | 0 | 4 | 3 | 20 | 1 | | 48 |
| September | 4 | 4 | 1 | 1 | 2 | 8 | 4 | 3 | 3 | 14 | | | 44 |
| October | 5 | 4 | 3 | 4 | 4 | 9 | 3 | 4 | 4 | 12 | | | 52 |
| November | 6 | 1 | 2 | 3 | 3 | 10 | 2 | 0 | 3 | 14 | | | 44 |
| December | 1 | 1 | 1 | 2 | 1 | 7 | 1 | 0 | 0 | 4 | | | 19 |
| | 56 | 29 | 29 | 37 | 29 | 114 | 45 | 28 | 46 | 174 | 3 | 1 | 591 |

Source:  Manual Inventory Maintained
         by Trial Division Secretary.

-9-

OPDA-FLANKS028175

JUDGE TRIALS
BY MONTH AND BY SECTION

|  | A | B | C | D | E | F | G | H | I | J | AD I | HOC II | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 11 |
| February | 5 | 1 | 1 | 1 | 2 | 0 | 0 | 3 | 2 | 2 | 1 | 0 | 18 |
| March | 2 | 1 | 1 | 5 | 0 | 0 | 0 | 7 | 0 | 9 |  |  | 25 |
| April | 3 | 1 | 1 | 6 | 2 | 0 | 1 | 9 | 0 | 8 |  |  | 31 |
| May | 6 | 1 | 2 | 2 | 1 | 1 | 0 | 2 | 0 | 4 |  |  | 19 |
| June | 1 | 1 | 1 | 4 | 1 | 0 | 0 | 5 | 0 | 1 |  |  | 14 |
| July | 2 | 1 | 0 | 4 | 2 | 1 | 0 | 0 | 0 | 4 |  |  | 14 |
| August | 0 | 3 | 1 | 4 | 0 | 0 | 0 | 7 | 1 | 3 |  |  | 19 |
| September | 1 | 1 | 0 | 3 | 0 | 1 | 1 | 2 | 0 | 1 |  |  | 10 |
| October | 2 | 0 | 2 | 3 | 2 | 0 | 1 | 7 | 0 | 0 |  |  | 17 |
| November | 1 | 1 | 0 | 4 | 4 | 1 | 0 | 6 | 0 | 0 |  |  | 17 |
| December | 1 | 2 | 1 | 3 | 5 | 0 | 0 | 3 | 1 | 2 |  |  | 18 |
| TOTALS | 25 | 14 | 12 | 40 | 19 | 4 | 3 | 55 | 4 | 36 | 1 | 0 | 213 |

Source:   Manual Inventory Maintained
          by Trial Division Secretary.

128

-15-

OPDA-FLANKS028181

## JUDGE TRIALS BY SECTION

|        | 1990 | 1991 | % Difference |
|--------|------|------|--------------|
| A      | 43   | 25   | - 42%        |
| B      | 10   | 14   | + 40%        |
| C      | 26   | 12   | - 54%        |
| D      | 10   | 40   | +300%        |
| E      | 13   | 19   | + 46%        |
| F      | 5    | 4    | - 20%        |
| G      | 1    | 3    | +200%        |
| H      | 29   | 55   | + 90%        |
| I      | 2    | 4    | +100%        |
| J      | 35   | 36   | + 03%        |
| AH I   | 1    | 1    | -0-          |
| AH II  | 7    | 0    | -100%        |
| TOTAL  | 182  | 213  | + 17%        |

Source for 1990 Statistics:  1990 Annual Trial Report.

Source for 1991 Statistics:  Manual Inventory Maintained
by Trial Division Secretary.

-16-

OPDA-FLANKS028182

<u>PLEAS OF GUILTY AS CHARGED</u>

TOTAL <u>1990</u>

(Section A - Ad Hoc 2)

JAN - DEC          5,736

TOTAL <u>1991</u>

(Section A - J)

JAN - DEC          4,758

Source for 1990 Statistics:  PROMIS

Source for 1991 Statistics:  PROMIS

-17-

OPDA-FLANKS028183

## PLEAS OF GUILTY TO LESSER OFFENSES
### BY SECTION -- 1991

| Section | # Defendants |
|---------|--------------|
| A | 44 |
| B | 19 |
| C | 47 |
| D | 33 |
| E | 15 |
| F | 30 |
| G | 24 |
| H | 36 |
| I | 60 |
| J | 48 |
| TOTAL | 356 |

TOTAL NUMBER OF DEFENDANTS WHO
PLED GUILTY TO LESSER OFFENSES

| | |
|------|-----|
| 1989 | 336 |
| 1990 | 362 |
| 1991 | 356 |

Source for 1989 and 1990 Statistics:  PROMIS

Source for 1991 Statistics:  PROMIS

-18-

OPDA-FLANKS028184