# T R I A L   D I V I S I O N

# A N N U A L   R E P O R T

## 1 9 9 2

Prepared by:

Scott C. Gardner
Chief of Trials

Michael F. Bollman
Deputy Chief of Trials

Anne C. Cazaubon
Trials Secretary

**EXHIBIT 17**

OPDA-FLANKS028232

## JURY TRIALS BY SECTION

| Section | 1990 | 1991 | 1992 | % Difference 1991 vs. 1992 |
|---|---|---|---|---|
| A | 52 | 56 | 27 | − 52% |
| B | 14 | 29 | 21 | − 28% |
| C | 19 | 29 | 28 | − 03% |
| D | 23 | 37 | 40 | + 08% |
| E | 28 | 29 | 28 | − 03% |
| F | 84 | 114 | 100 | − 12% |
| G | 39 | 45 | 44 | − 02% |
| H | 19 | 28 | 30 | + 07% |
| I | 40 | 46 | 41 | − 11% |
| J | 114 | 174 | 141 | − 19% |
| Ad Hoc I | 31 | 3 | | |
| Ad Hoc II | 39 | 1 | | |
| TOTAL | 502 | 591 | 500 | − 15% |

Source for 1991 Statistics:  1991 Annual Trial Report.

Source for 1992 Statistics:  Manual Inventory Maintained
by Trial Division Secretary.

-7-

OPDA-FLANKS028240

## JURY TRIALS BY MONTH

|           | 1990 | 1991 | 1992 |
|-----------|------|------|------|
| January   | 59   | 60   | 50   |
| February  | 37   | 52   | 38   |
| March     | 55   | 61   | 38   |
| April     | 41   | 57   | 56   |
| May       | 44   | 54   | 44   |
| June      | 46   | 40   | 41   |
| July      | 38   | 60   | 43   |
| August    | 38   | 48   | 23   |
| September | 43   | 44   | 53   |
| October   | 37   | 52   | 42   |
| November  | 31   | 44   | 39   |
| December  | 33   | 19   | 33   |
| **TOTALS**| 502  | 591  | 500  |

Source for 1991 Statistics:   1991 Annual Trial Report.

Source for 1992 Statistics:   Manual Inventory Maintained
                              by Trial Division Secretary.

-8-

OPDA-FLANKS028241

## JUDGE TRIALS
### BY MONTH AND BY SECTION

|  | A | B | C | D | E | F | G | H | I | J | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 2 | 0 | 0 | 2 | 7 | 1 | 0 | 6 | 0 | 0 | 18 |
| February | 1 | 0 | 0 | 3 | 2 | 0 | 0 | 1 | 0 | 2 | 9 |
| March | 3 | 2 | 0 | 1 | 8 | 0 | 0 | 1 | 0 | 4 | 19 |
| April | 1 | 2 | 2 | 3 | 2 | 3 | 0 | 3 | 0 | 3 | 19 |
| May | 2 | 0 | 1 | 3 | 6 | 1 | 1 | 6 | 3 | 0 | 23 |
| June | 2 | 1 | 1 | 2 | 1 | 0 | 0 | 2 | 0 | 2 | 11 |
| July | 0 | 1 | 1 | 4 | 3 | 2 | 0 | 1 | 0 | 3 | 15 |
| August | 0 | 2 | 2 | 0 | 3 | 0 | 0 | 1 | 0 | 4 | 12 |
| September | 0 | 0 | 2 | 8 | 2 | 0 | 0 | 4 | 0 | 8 | 24 |
| October | 0 | 0 | 2 | 2 | 1 | 3 | 0 | 1 | 0 | 6 | 15 |
| November | 0 | 0 | 1 | 2 | 3 | 1 | 0 | 3 | 0 | 3 | 13 |
| December | 0 | 2 | 2 | 3 | 1 | 0 | 0 | 2 | 1 | 5 | 16 |
| TOTALS | 11 | 10 | 14 | 33 | 38 | 11 | 1 | 31 | 4 | 40 | 194 |

Source:  Manual Inventory Maintained
by Trial Division Secretary.

-13-

OPDA-FLANKS028246

## JUDGE TRIALS BY SECTION

|       | 1991 | 1992 | % Difference |
|-------|------|------|--------------|
| A     | 25   | 11   | - 56%        |
| B     | 14   | 10   | - 29%        |
| C     | 12   | 14   | + 17%        |
| D     | 40   | 33   | - 18%        |
| E     | 19   | 39   | +105%        |
| F     | 4    | 11   | +175%        |
| G     | 3    | 1    | - 67%        |
| H     | 55   | 31   | - 44%        |
| I     | 4    | 4    | 0            |
| J     | 36   | 40   | + 11%        |
| AH I  | 1    |      |              |
| TOTALS| 213  | 194  | - 9%         |

Source for 1991 Statistics:   1991  Annual Trial Report.

Source for 1991 Statistics:   Manual Inventory Maintained
by Trial Division Secretary.

-14-

OPDA-FLANKS028247

<u>PLEAS OF GUILTY AS CHARGED</u>

### TOTAL   1991

(Section A - J)

JAN - DEC          4,758

### TOTAL   1992

(Section A - J)

JAN - DEC          4,705

Source for 1991 Statistics:   PROMIS

Source for 1992 Statistics:   ACTS

-15-

OPDA-FLANKS028248

### PLEAS OF GUILTY TO LESSER OFFENSES
### BY SECTION  -- 1992

| Section | # Defendants |
|---------|--------------|
| A | 42 |
| B | 52 |
| C | 42 |
| D | 52 |
| E | 67 |
| F | 37 |
| G | 24 |
| H | 46 |
| I | 81 |
| J | 61 |
| | |
| TOTAL | 504 |

TOTAL NUMBER OF DEFENDANTS WHO
PLED GUILTY TO LESSER OFFENSES

| | |
|------|-----|
| 1991 | 356 |
| 1992 | 504 |

Source for and 1991 Statistics:  PROMIS

Source for 1992 Statistics:  ACTS

-16-

OPDA-FLANKS028249