# TRIALS DIVISION
# ANNUAL REPORT
# 1993

Prepared by:

Scott Gardner
Chief of Trials

Margaret Lagattuta
Deputy Chief of Trials

Anne Cazaubon
Trials Secretary

EXHIBIT
**18**

OPDA-FLANKS028290

## JURY TRIALS BY SECTION

| Section | 1992 | 1993 | % Difference 1992 vs. 1993 |
|---|---|---|---|
| A | 27 | 42 | + 56% |
| B | 21 | 39 | + 86% |
| C | 28 | 21 | − 25% |
| D | 40 | 28 | − 30% |
| E | 28 | 32 | + 14% |
| F | 100 | 53 | − 47% |
| G | 44 | 35 | − 20% |
| H | 30 | 34 | + 13% |
| I | 41 | 79 | + 93% |
| J | 141 | 74 | − 48% |
| TOTAL | 500 | 437 | − 13% |

Source for 1992 Statistics:  1992 Annual Trial Report.

Source for 1993 Statistics:  Manual Inventory Maintained by Trials Division Secretary.

6

OPDA-FLANKS028297

## JURY TRIALS BY MONTH

|           | 1992 | 1993 |
|-----------|------|------|
| January   | 50   | 43   |
| February  | 38   | 32   |
| March     | 38   | 55   |
| April     | 56   | 46   |
| May       | 44   | 43   |
| June      | 41   | 35   |
| July      | 43   | 35   |
| August    | 23   | 37   |
| September | 53   | 35   |
| October   | 42   | 28   |
| November  | 39   | 25   |
| December  | 33   | 23   |
| TOTAL     | 500  | 437  |

Source for 1992 Statistics:   1992 Annual Trial Report.

Source for 1993 Statistics:   Manual Inventory Maintained
                              by Trials Division Secretary.

7

OPDA-FLANKS028298

### JUDGE TRIALS
### BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 0 | 0 | 0 | 3 | 5 | 1 | 0 | 2 | 0 | 4 | 15 |
| February | 0 | 1 | 0 | 3 | 4 | 1 | 1 | 3 | 0 | 8 | 21 |
| March | 1 | 8 | 3 | 3 | 5 | 2 | 0 | 6 | 0 | 5 | 33 |
| April | 0 | 5 | 0 | 2 | 3 | 2 | 0 | 4 | 1 | 4 | 21 |
| May | 1 | 0 | 2 | 2 | 0 | 1 | 0 | 1 | 2 | 0 | 9 |
| June | 0 | 0 | 2 | 2 | 4 | 1 | 0 | 7 | 4 | 4 | 24 |
| July | 0 | 2 | 1 | 3 | 3 | 0 | 0 | 0 | 5 | 1 | 15 |
| August | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 4 | 4 | 1 | 11 |
| September | 1 | 3 | 3 | 3 | 0 | 1 | 0 | 1 | 3 | 3 | 18 |
| October | 2 | 0 | 3 | 1 | 4 | 1 | 0 | 2 | 2 | 0 | 15 |
| November | 0 | 2 | 1 | 1 | 2 | 1 | 0 | 9 | 1 | 1 | 18 |
| December | 0 | 5 | 1 | 1 | 2 | 0 | 1 | 1 | 3 | 0 | 14 |
| **TOTALS** | 5 | 26 | 16 | 24 | 34 | 11 | 2 | 40 | 25 | 31 | 214 |

Source:    Manual Inventory Maintained
           by Trials Division Secretary.

13

OPDA-FLANKS028304

## JUDGE TRIALS BY SECTION

|       | 1992 | 1993 | % Difference |
|-------|------|------|--------------|
| A     | 11   | 5    | - 55%        |
| B     | 10   | 26   | +160%        |
| C     | 14   | 16   | + 14%        |
| D     | 33   | 24   | - 27%        |
| E     | 39   | 34   | - 13%        |
| F     | 11   | 11   | 0            |
| G     | 1    | 2    | +100%        |
| H     | 31   | 40   | + 29%        |
| I     | 4    | 25   | +525%        |
| J     | 40   | 31   | - 23%        |
| TOTAL | 194  | 214  | + 10%        |

Source for 1992 Statistics:  1992 Annual Trials Report.

Source for 1993 Statistics:  Manual Inventory Maintained
by Trials Division Secretary.

14

OPDA-FLANKS028305

PLEAS OF GUILTY AS CHARGED

**TOTAL 1992**

(Section A - J)

JAN - DEC          4,705

**TOTAL 1993**

(Section A - J)

JAN - DEC          4,771

Source for 1992 Statistics:   **ACTS**

Source for 1993 Statistics:   **ACTS**

15

OPDA-FLANKS028306

PLEAS OF GUILTY TO LESSER OFFENSES
BY SECTION -- 1993

| Section | % Defendants |
|:---:|:---:|
| A | 62 |
| B | 54 |
| C | 62 |
| D | 45 |
| E | 78 |
| F | 48 |
| G | 31 |
| H | 58 |
| I | 118 |
| J | 68 |
| TOTAL | 624 |

TOTAL NUMBER OF DEFENDANTS WHO
PLED GUILTY TO LESSER OFFENSES

1992    504

1993    624

Source for 1992 Statistics:    ACTS

Source for 1993 Statistics:    ACTS

16

OPDA-FLANKS028307