# T R I A L S   D I V I S I O N

# A N N U A L   R E P O R T

# 1 9 9 4

Prepared by:

Michael Bollman
Chief of Trials

Margaret Lagattuta
Deputy Chief of Trials

Anne Cazaubon
Trials Secretary

**EXHIBIT**

**19**

OPDA-FLANKS028347

## JURY TRIALS BY SECTION

| Section | 1993 | 1994 | % Difference 1993 vs. 1994 |
|---------|------|------|----------------------------|
| A | 42 | 45 | + 07% |
| B | 39 | 41 | + 05% |
| C | 21 | 24 | + 14% |
| D | 28 | 30 | + 07% |
| E | 32 | 25 | − 13% |
| F | 53 | 69 | + 30% |
| G | 35 | 28 | − 20% |
| H | 34 | 43 | + 26% |
| I | 79 | 62 | − 22% |
| J | 74 | 93 | + 26% |
| TOTAL | 437 | 460 | + 05% |

Source for 1993 Statistics:  1993 Annual Trial Report.

Source for 1994 Statistics:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

5

OPDA-FLANKS028354

## JURY TRIALS BY MONTH

|  | 1993 | 1994 |
|---|---|---|
| January | 43 | 36 |
| February | 32 | 27 |
| March | 55 | 47 |
| April | 46 | 40 |
| May | 43 | 50 |
| June | 35 | 38 |
| July | 35 | 29 |
| August | 37 | 47 |
| September | 35 | 45 |
| October | 28 | 43 |
| November | 25 | 35 |
| December | 23 | 23 |
| TOTALS | 437 | 460 |

Source for 1993 Statistics:   1993 Annual Trial Report.

Source for 1994 Statistics:   Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

6

OPDA-FLANKS028355

### JUDGE TRIALS
### BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 1 | 3 | 1 | 2 | 0 | 2 | 0 | 1 | 1 | 6 | 17 |
| February | 0 | 4 | 0 | 0 | 2 | 1 | 0 | 1 | 3 | 3 | 14 |
| March | 3 | 4 | 0 | 4 | 4 | 0 | 0 | 5 | 2 | 4 | 26 |
| April | 6 | 0 | 0 | 4 | 0 | 0 | 1 | 6 | 2 | 5 | 24 |
| May | 0 | 4 | 0 | 7 | 1 | 1 | 0 | 3 | 3 | 5 | 24 |
| June | 1 | 1 | 2 | 6 | 2 | 1 | 0 | 3 | 0 | 2 | 18 |
| July | 0 | 1 | 3 | 5 | 0 | 0 | 0 | 1 | 1 | 5 | 16 |
| August | 1 | 1 | 3 | 1 | 0 | 1 | 0 | 2 | 2 | 3 | 14 |
| September | 0 | 4 | 2 | 5 | 0 | 1 | 0 | 4 | 0 | 0 | 16 |
| October | 0 | 0 | 1 | 7 | 2 | 0 | 0 | 3 | 0 | 2 | 15 |
| November | 0 | 4 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 9 |
| December | 0 | 1 | 0 | 2 | 2 | 0 | 0 | 5 | 5 | 2 | 17 |
| TOTALS | 12 | 27 | 13 | 45 | 13 | 7 | 1 | 35 | 19 | 38 | 210 |

Source:    Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

11

OPDA-FLANKS028360

## JUDGE TRIALS BY SECTION

|        | 1992 | 1993 | 1994 | % Difference |
|--------|------|------|------|--------------|
| A      | 11   | 5    | 11   | +120%        |
| B      | 10   | 26   | 27   | 04%          |
| C      | 14   | 16   | 13   | − 19%        |
| D      | 33   | 24   | 45   | + 88%        |
| E      | 39   | 34   | 13   | − 62%        |
| F      | 11   | 11   | 7    | − 37%        |
| G      | 1    | 2    | 2    | 0            |
| H      | 31   | 40   | 35   | − 13%        |
| I      | 4    | 25   | 19   | − 25%        |
| J      | 40   | 31   | 38   | + 23%        |
| TOTALS | 194  | 214  | 210  | − 02%        |

Source for 1993 Statistics:  1993  Annual Trial Report.

Source for 1994 Statistics:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

13

OPDA-FLANKS028362

## PLEAS OF GUILTY AS CHARGED

TOTAL 1991                          TOTAL 1992

(Section A - J)                     (Section A - J)

JAN - DEC 4,758                     JAN - Dec    4,705

TOTAL 1993                          TOTAL 1994

(Section A - J)                     (Section A - J)

JAN - DEC    4,771                  JAN - Dec    3,936

Source for 1991 Statistics:  ACTS

Source for 1992 Statistics:  ACTS

Source for 1993 Statistics:  ACTS

Source for 1994 Statistics:  ACTS

14

OPDA-FLANKS028363

PLEAS OF GUILTY TO LESSER OFFENSES
BY SECTION  --  1994

| Section | # Defendants |
|---------|--------------|
| A | 46 |
| B | 45 |
| C | 58 |
| D | 43 |
| E | 54 |
| F | 34 |
| G | 30 |
| H | 34 |
| I | 42 |
| J | 54 |
| | ———— |
| TOTAL | 440 |

TOTAL NUMBER OF DEFENDANTS WHO
PLED GUILTY TO LESSER OFFENSES

| | |
|------|-----|
| 1992 | 504 |
| 1993 | 624 |
| 1994 | 440 |

Source for Statistics 1994:  ACTS

15

OPDA-FLANKS028364