# T R I A L S   D I V I S I O N

## A N N U A L   R E P O R T

### 1 9 9 5

Prepared by:

Michael F. Bollman
Chief of Trials

Richard L. Olivier
Deputy Chief of Trials

Anne Cazaubon
Trials Secretary

EXHIBIT
**20**

OPDA-FLANKS028414

## JURY TRIALS BY SECTION

| Section | 1993 | 1994 | 1995 | % Difference 1994 vs. 1995 |
|---|---|---|---|---|
| A | 42 | 45 | 61 | + 36% |
| B | 39 | 41 | 32 | − 22% |
| C | 21 | 24 | 25 | + 04% |
| D | 28 | 30 | 28 | − 07% |
| E | 32 | 25 | 44 | + 76% |
| F | 53 | 69 | 62 | − 10% |
| G | 35 | 28 | 45 | + 61% |
| H | 34 | 43 | 63 | + 47% |
| I | 79 | 62 | 65 | + 05% |
| J | 74 | 93 | 101 | + 09% |
| TOTAL | 437 | 460 | 526 | + 14% |

Source for 1993 & 1994 Statistics:    Annual Trial Report

Source for 1995 Statistics:    Manual Inventory Maintained by Trial Division Secretary as Checked Against ACTS.

5

OPDA-FLANKS028421

## JURY TRIALS BY MONTH

|  | 1994 | 1995 |
|---|---|---|
| January | 36 | 46 |
| February | 27 | 31 |
| March | 47 | 44 |
| April | 40 | 60 |
| May | 50 | 47 |
| June | 38 | 35 |
| July | 29 | 37 |
| August | 47 | 50 |
| September | 45 | 52 |
| October | 43 | 51 |
| November | 35 | 45 |
| December | 23 | 28 |
| **TOTAL** | 460 | 526 |

Source for 1994 Statistics:   1994 Annual Trial Report.

Source for 1995 Statistics:   Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

6

OPDA-FLANKS028422

## JURY TRIALS
## BY MONTH AND BY SECTION

|  | A | B | C | D | E | F | G | H | I | J | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 6 | 4 | 3 | 2 | 7 | 7 | 0 | 4 | 6 | 7 | 46 |
| February | 4 | 2 | 0 | 1 | 2 | 4 | 3 | 5 | 5 | 5 | 31 |
| March | 5 | 2 | 2 | 1 | 3 | 5 | 2 | 5 | 7 | 12 | 44 |
| April | 7 | 4 | 2 | 5 | 3 | 8 | 6 | 3 | 11 | 11 | 60 |
| May | 3 | 2 | 4 | 2 | 4 | 4 | 5 | 7 | 6 | 10 | 47 |
| June | 3 | 2 | 3 | 5 | 2 | 3 | 1 | 6 | 3 | 7 | 35 |
| July | 5 | 2 | 2 | 2 | 2 | 4 | 6 | 5 | 5 | 4 | 37 |
| August | 5 | 5 | 3 | 3 | 5 | 6 | 8 | 6 | 2 | 7 | 50 |
| September | 4 | 4 | 2 | 2 | 3 | 6 | 5 | 6 | 8 | 12 | 52 |
| October | 7 | 3 | 1 | 2 | 5 | 7 | 5 | 6 | 9 | 6 | 51 |
| November | 5 | 2 | 2 | 2 | 5 | 4 | 3 | 7 | 1 | 14 | 45 |
| December | 7 | 0 | 1 | 1 | 3 | 4 | 1 | 3 | 2 | 6 | 28 |
| TOTAL | 61 | 32 | 25 | 28 | 44 | 62 | 45 | 63 | 65 | 101 | 526 |

Source:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

7

OPDA-FLANKS028423

### JUDGE TRIALS
### BY MONTH AND BY SECTION

|           | A  | B  | C | D  | E  | F  | G | H  | I  | J  | TOTAL |
|-----------|----|----|---|----|----|----|---|----|----|----|-------|
| January   | 0  | 2  | 1 | 1  | 1  | 2  | 0 | 4  | 0  | 4  | 15    |
| February  | 1  | 0  | 0 | 1  | 1  | 0  | 0 | 1  | 2  | 4  | 10    |
| March     | 0  | 2  | 1 | 6  | 1  | 2  | 0 | 3  | 3  | 8  | 26    |
| April     | 0  | 4  | 2 | 7  | 0  | 1  | 0 | 0  | 1  | 5  | 20    |
| May       | 3  | 2  | 0 | 0  | 2  | 2  | 0 | 2  | 0  | 6  | 17    |
| June      | 0  | 0  | 0 | 2  | 0  | 1  | 0 | 2  | 1  | 3  | 9     |
| July      | 1  | 4  | 0 | 6  | 2  | 0  | 0 | 6  | 7  | 3  | 29    |
| August    | 2  | 0  | 0 | 0  | 1  | 2  | 0 | 4  | 2  | 4  | 15    |
| September | 6  | 3  | 0 | 4  | 1  | 0  | 0 | 1  | 2  | 1  | 18    |
| October   | 2  | 0  | 1 | 7  | 0  | 3  | 0 | 4  | 7  | 5  | 29    |
| November  | 2  | 0  | 3 | 5  | 0  | 0  | 0 | 8  | 1  | 5  | 24    |
| December  | 4  | 4  | 1 | 0  | 1  | 0  | 0 | 0  | 0  | 2  | 12    |
| TOTAL     | 21 | 21 | 9 | 39 | 10 | 13 | 0 | 35 | 26 | 50 | 224   |

1994 Judge Trial Conviction Rate - 68.3%

  210 Judge Trials, 2 Mistrials, 66 Not Guilty

1995 Judge Trial Conviction Rate - 68.3%

  224 Judge Trials, 71 Not Guilty

Source:  Manual Inventory Maintained
   by Trial Division Secretary
   as Checked Against ACTS.

OPDA-FLANKS028429

## JUDGE TRIAL CONVICTIONS

|       | GAC | GLC | NG | TOTAL | CONVICTION RATE |
|-------|-----|-----|-----|-------|-----------------|
| A     | 6   | 6   | 9  | 21    | 57%             |
| B     | 6   | 9   | 5  | 20    | 75%             |
| C     | 4   | 3   | 2  | 9     | 78%             |
| D     | 14  | 10  | 15 | 39    | 62%             |
| E     | 2   | 5   | 3  | 10    | 70%             |
| F     | 11  | 3   | 0  | 14    | 100%            |
| G     | 0   | 0   | 0  | 0     | -0-             |
| H     | 12  | 16  | 7  | 35    | 80%             |
| I     | 8   | 1   | 17 | 26    | 35%             |
| J     | 17  | 20  | 13 | 50    | 74%             |
| TOTAL | 80  | 73  | 71 | 224   | 68%             |

Source for Statistics:    Manual Inventory Maintained by
Trial Division Secretary as
Checked Against ACTS.

14

OPDA-FLANKS028430

### JUDGE TRIALS BY SECTION

|        | 1993 | 1994 | 1995 | % Difference |
|--------|------|------|------|--------------|
| A      | 5    | 11   | 21   | + 91%        |
| B      | 26   | 27   | 21   | - 22%        |
| C      | 16   | 13   | 9    | - 31%        |
| D      | 24   | 45   | 39   | - 13%        |
| E      | 34   | 13   | 10   | - 23%        |
| F      | 11   | 7    | 13   | + 86%        |
| G      | 2    | 2    | 0    | -100%        |
| H      | 40   | 35   | 35   | -0-          |
| I      | 25   | 19   | 26   | + 37%        |
| J      | 31   | 38   | 50   | + 32%        |
| TOTAL  | 214  | 210  | 224  | + 07%        |

Source for 1993 & 1994 Statistics:  1993 & 1994 Annual Report.

Source for 1995 Statistics:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

15

OPDA-FLANKS028431

## PLEAS OF GUILTY AS CHARGED

| | |
|---|---|
| **TOTAL  1992** | **TOTAL  1993** |
| (Section A - J) | (Section A - J) |
| **JANUARY - DECEMBER   4,705** | **JANUARY - DECEMBER   4,771** |

| | |
|---|---|
| **TOTAL  1994** | **TOTAL  1995** |
| (Section A - J) | (Section A - J) |
| **JANUARY - DECEMBER   3,936** | **JANUARY - DECEMBER   4,341** |

Source for Statistics:   ACTS

17

OPDA-FLANKS028433

## PLEAS OF GUILTY TO LESSER OFFENSES -- 1995

| Section | # Defendants | Month | # Defendants |
|---------|--------------|-------|--------------|
| A | 46 | January | 35 |
| B | 36 | February | 36 |
| C | 57 | March | 40 |
| D | 37 | April | 32 |
| E | 38 | May | 28 |
| F | 41 | June | 46 |
| G | 34 | July | 37 |
| H | 68 | August | 38 |
| I | 31 | September | 38 |
| J | 57 | October | 46 |
|   |    | November | 44 |
|   |    | December | 25 |
| TOTAL | 445 |  | 445 |

| | 1993 | 1994 | 1995 |
|---|------|------|------|
| TOTAL NUMBER OF DEFENDANTS WHO PLED GUILTY TO LESSER OFFENSES: | 624 | 440 | 445 |

Source for 1995 Statistics:   ACTS

Source for Statistics 1995:    ACTS

18

OPDA-FLANKS028434