Peter Brandt

# T R I A L   D I V I S I O N

# A N N U A L   R E P O R T

# 1 9 9 6

Prepared by:

Michael F. Bollman
Chief of Trials

Richard L. Olivier
Deputy Chief of Trials

Anne Cazaubon
Trials Secretary

EXHIBIT 21

OPDA-FLANKS028485

## JURY TRIALS BY SECTION

| Section | 1993 | 1994 | 1995 | 1996 | % Difference 1995 vs. 1996 |
|---------|------|------|------|------|-----------------------------|
| A | 42 | 45 | 61 | 51 | - 16% |
| B | 39 | 41 | 32 | 18 | - 44% |
| C | 21 | 24 | 25 | 46 | + 84% |
| D | 28 | 30 | 28 | 19 | - 32% |
| E | 32 | 25 | 44 | 47 | + 07% |
| F | 53 | 69 | 62 | 55 | - 11% |
| G | 35 | 28 | 45 | 39 | - 13% |
| H | 34 | 43 | 63 | 50 | - 21% |
| I | 79 | 62 | 65 | 31 | - 52% |
| J | 74 | 93 | 101 | 104 | + 03% |
| Homicide Ct. | | | | 21 | +100% |
| TOTAL | 437 | 460 | 526 | 481 | - 09% |

Source for 1994 & 1995 Statistics:    1995 Annual Trial Report

Source for 1996 Statistics:    Manual Inventory Maintained by Trial Division Secretary as Checked Against ACTS.

7

OPDA-FLANKS028492

### JURY TRIALS BY MONTH

| Month | 1995 | 1996 | 1995 vs. 1996 |
|---|---|---|---|
| January | 46 | 53 | + 15% |
| February | 31 | 55 | + 77% |
| March | 44 | 56 | + 27% |
| April | 60 | 59 | - 02% |
| May | 47 | 42 | - 11% |
| June | 35 | 30 | - 14% |
| July | 37 | 22 | - 41% |
| August | 50 | 31 | - 38% |
| September | 52 | 36 | - 31% |
| October | 51 | 47 | - 08% |
| November | 45 | 27 | - 40% |
| December | 28 | 23 | - 18% |
| TOTAL | 526 | 481 | - 09% |

Source for 1995 Statistics:    1995 Annual Trial Report.

Source for 1996 Statistics:    Manual Inventory Maintained
                               by Trial Division Secretary
                               as Checked Against ACTS.

8

OPDA-FLANKS028493

## JURY TRIALS
## BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | HC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 9 | 2 | 4 | 3 | 2 | 10 | 1 | 4 | 4 | 12 | 2 | 53 |
| February | 9 | 1 | 6 | 6 | 4 | 5 | 3 | 4 | 4 | 12 | 1 | 55 |
| March | 8 | 4 | 6 | 1 | 2 | 6 | 3 | 11 | 4 | 10 | 1 | 56 |
| April | 9 | 1 | 4 | 3 | 3 | 9 | 5 | 4 | 6 | 11 | 4 | 59 |
| May | 5 | 4 | 6 | 0 | 2 | 6 | 1 | 5 | 0 | 10 | 3 | 42 |
| June | 1 | 0 | 7 | 2 | 0 | 3 | 2 | 7 | 3 | 3 | 2 | 30 |
| July | 0 | 1 | 3 | 0 | 4 | 2 | 6 | 2 | 0 | 3 | 1 | 22 |
| August | 3 | 1 | 5 | 0 | 4 | 1 | 3 | 3 | 1 | 8 | 2 | 31 |
| September | 4 | 0 | 1 | 0 | 7 | 1 | 4 | 5 | 1 | 11 | 2 | 36 |
| October | 3 | 2 | 1 | 1 | 11 | 7 | 4 | 2 | 4 | 12 | 0 | 47 |
| November | 0 | 1 | 2 | 2 | 4 | 3 | 5 | 2 | 1 | 6 | 1 | 27 |
| December | 0 | 1 | 1 | 1 | 4 | 2 | 2 | 1 | 3 | 6 | 2 | 23 |
| TOTAL | 51 | 18 | 46 | 19 | 47 | 55 | 39 | 50 | 31 | 104 | 21 | 481 |

Source:   Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

9

OPDA-FLANKS028494

## JUDGE TRIALS
### BY MONTH AND BY SECTION

|           | A  | B  | C  | D  | E  | F | G | H  | I  | J  | HC | TOT |
|-----------|----|----|----|----|----|---|---|----|----|----|----|-----|
| January   | 2  | 0  | 2  | 7  | 3  | 1 | 0 | 5  | 2  | 8  | 0  | 30  |
| February  | 4  | 1  | 1  | 3  | 7  | 2 | 0 | 2  | 2  | 4  | 0  | 26  |
| March     | 2  | 2  | 5  | 6  | 5  | 2 | 0 | 6  | 5  | 12 | 0  | 45  |
| April     | 4  | 3  | 2  | 3  | 3  | 0 | 0 | 3  | 5  | 10 | 0  | 33  |
| May       | 3  | 4  | 2  | 1  | 1  | 1 | 0 | 2  | 1  | 5  | 0  | 20  |
| June      | 4  | 0  | 8  | 4  | 0  | 1 | 0 | 0  | 1  | 4  | 0  | 22  |
| July      | 2  | 1  | 4  | 2  | 3  | 1 | 0 | 1  | 3  | 2  | 0  | 19  |
| August    | 3  | 4  | 1  | 0  | 7  | 1 | 0 | 2  | 6  | 2  | 0  | 26  |
| September | 1  | 5  | 4  | 0  | 6  | 0 | 0 | 2  | 2  | 5  | 0  | 25  |
| October   | 0  | 4  | 5  | 3  | 2  | 0 | 1 | 2  | 7  | 4  | 1  | 29  |
| November  | 0  | 10 | 0  | 5  | 3  | 0 | 0 | 3  | 1  | 8  | 0  | 30  |
| December  | 0  | 0  | 0  | 0  | 7  | 0 | 0 | 5  | 4  | 3  | 0  | 19  |
| TOTALS    | 25 | 34 | 34 | 34 | 47 | 9 | 1 | 33 | 39 | 67 | 1  | 324 |

1995 Judge Trial Conviction Rate - 68.3%
        210 Judge Trials, 2 Mistrials, 66 Not Guilty

1996 Judge Trial Conviction Rate - 68.8%
        324 Judge Trials, 103 Not Guilty

Source:   Manual Inventory Maintained
          by Trial Division Secretary
          as Checked Against ACTS.

14

OPDA-FLANKS028499

## JUDGE TRIAL CONVICTIONS

|       | GAC | GLC | NG  | TOTAL | CONVICTION RATE |
|-------|-----|-----|-----|-------|-----------------|
| A     | 7   | 10  | 8   | 25    | 71%             |
| B     | 6   | 24  | 4   | 34    | 88%             |
| C     | 14  | 8   | 12  | 34    | 65%             |
| D     | 13  | 13  | 8   | 34    | 76%             |
| E     | 10  | 22  | 15  | 47    | 68%             |
| F     | 6   | 2   | 1   | 9     | 89%             |
| G     | 1   | 0   | 0   | 1     | 100%            |
| H     | 8   | 20  | 5   | 33    | 85%             |
| I     | 10  | 3   | 26  | 39    | 33%             |
| J     | 27  | 17  | 23  | 67    | 51%             |
| HC    | 0   | 0   | 1   | 1     | -0-             |
| TOTAL | 102 | 119 | 103 | 324   | 68%             |

Source for Statistics:   Manual Invenotory Maintained by
Trial Division Secretary as
Checked Against ACTS.

15

OPDA-FLANKS028500

## JUDGE TRIALS BY SECTION

|         | 1994 | 1995 | 1996 | % Difference |
|---------|------|------|------|--------------|
| A       | 11   | 21   | 25   | + 19%        |
| B       | 27   | 21   | 34   | + 62%        |
| C       | 13   | 9    | 34   | +278%        |
| D       | 45   | 39   | 34   | - 13%        |
| E       | 13   | 10   | 47   | +370%        |
| F       | 7    | 13   | 9    | - 31%        |
| G       | 2    | 0    | 1    | +100%        |
| H       | 35   | 35   | 33   | - 05%        |
| I       | 19   | 26   | 39   | + 50%        |
| J       | 38   | 50   | 67   | + 34%        |
| Homi.Ct.|      |      | 1    | +100%        |
| TOTAL   | 210  | 224  | 324  | + 44%        |

Source for 1994 & 1995 Statistics:   1994 & 1995 Annual Report.

Source for 1996 Statistics:   Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

16

OPDA-FLANKS028501

## PLEAS OF GUILTY AS CHARGED

### TOTAL 1993

(Section A - J)

JANUARY - DECEMBER   4,771

### TOTAL  1994

(Section A - J)

JANUARY - DECEMBER  3,936

### TOTAL 1995

(Section A - J)

JANUARY - DECEMBER   4,341

### TOTAL  1996

(Section A - J)

JANUARY - DECEMBER  3,937

Source for Statistics:  ACTS

19

OPDA-FLANKS028504

## PLEAS OF GUILTY TO LESSER OFFENSES -- 1996

| Section | # Defendants | Month | # Defendants |
|---------|--------------|-------|--------------|
| A | 34 | January | 23 |
| B | 34 | February | 32 |
| C | 49 | March | 52 |
| D | 21 | April | 61 |
| E | 61 | May | 49 |
| F | 44 | June | 27 |
| G | 54 | July | 29 |
| H | 43 | August | 29 |
| I | 36 | September | 34 |
| J | 43 | October | 31 |
|   |    | November | 37 |
|   |    | December | 15 |
| TOTAL | 419 |  | 419 |

|  | 1993 | 1994 | 1995 | 1996 |
|--|------|------|------|------|
| TOTAL NUMBER OF DEFENDANTS WHO PLED GUILTY TO LESSER OFFENSES: | 624 | 440 | 445 | 419 |

Source for Statistics 1993, 1994 & 1995:    ACTS

Source for Statistics 1996:                 ACTS

20

OPDA-FLANKS028505