# T R I A L   D I V I S I O N
# A N N U A L   R E P O R T
## 1 9 9 7

Prepared by:

Michael F. Bollman
Chief of Trials

Richard L. Olivier
Deputy Chief of Trials

Anne C. Cazaubon
Trial Division Secretary

EXHIBIT
22

OPDA-FLANKS028559

## JURY TRIALS BY MONTH

| MONTH | 1995 | 1996 | 1997 | 1996 vs. 1997 |
|-------|------|------|------|---------------|
| January | 46 | 53 | 42 | − 20% |
| February | 31 | 55 | 34 | − 38% |
| March | 44 | 56 | 58 | + 04% |
| April | 60 | 59 | 65 | + 10% |
| May | 47 | 42 | 54 | + 29% |
| June | 35 | 30 | 35 | + 16% |
| July | 37 | 22 | 36 | + 63% |
| August | 50 | 31 | 47 | + 52% |
| September | 52 | 36 | 58 | + 61% |
| October | 51 | 47 | 48 | + 02% |
| November | 45 | 27 | 36 | + 33% |
| December | 28 | 23 | 30 | + 30% |
| TOTAL | 526 | 481 | 543 | + 13% |

Source for 1996 Statistics:  1996 Annual Trial Report.

Source for 1997 Statistics:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

6

OPDA-FLANKS028567

JURY TRIALS
BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | K | L | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 5 | 0 | 1 | 1 | 5 | 7 | 5 | 1 | 5 | 12 | 0 | 0 | 42 |
| February | 6 | 0 | 0 | 2 | 4 | 6 | 5 | 2 | 3 | 6 | 0 | 0 | 34 |
| March | 12 | 0 | 1 | 2 | 3 | 7 | 8 | 4 | 8 | 13 | 0 | 0 | 58 |
| April | 6 | 4 | 4 | 1 | 6 | 9 | 9 | 3 | 6 | 16 | 0 | 1 | 65 |
| May | 3 | 3 | 1 | 2 | 5 | 9 | 4 | 5 | 8 | 13 | 0 | 1 | 54 |
| June | 0 | 3 | 1 | 2 | 4 | 3 | 6 | 3 | 1 | 9 | 1 | 2 | 35 |
| July | 1 | 2 | 2 | 1 | 4 | 7 | 2 | 1 | 4 | 8 | 2 | 2 | 36 |
| August | 4 | 1 | 1 | 4 | 3 | 5 | 3 | 2 | 5 | 12 | 3 | 4 | 47 |
| September | 5 | 2 | 3 | 5 | 1 | 9 | 4 | 3 | 11 | 12 | 2 | 1 | 58 |
| October | 8 | 0 | 2 | 1 | 4 | 8 | 5 | 1 | 5 | 11 | 1 | 2 | 48 |
| November | 5 | 1 | 0 | 1 | 3 | 5 | 3 | 4 | 2 | 6 | 1 | 5 | 36 |
| December | 5 | 1 | 1 | 1 | 2 | 2 | 5 | 1 | 3 | 6 | 2 | 1 | 30 |
| TOTAL | 60 | 17 | 17 | 23 | 44 | 77 | 59 | 30 | 61 | 124 | 12 | 19 | 543 |

Source:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

7

OPDA-FLANKS028568

## JUDGE TRIALS
## BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | K | L | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 0 | 5 | 3 | 3 | 2 | 1 | 0 | 1 | 1 | 4 | 0 | 0 | 20 |
| February | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 5 | 2 | 0 | 0 | 18 |
| March | 2 | 4 | 4 | 6 | 2 | 1 | 1 | 3 | 3 | 7 | 0 | 0 | 33 |
| April | 2 | 6 | 3 | 8 | 2 | 2 | 3 | 0 | 7 | 7 | 1 | 0 | 41 |
| May | 2 | 4 | 2 | 2 | 1 | 5 | 1 | 2 | 4 | 3 | 1 | 0 | 27 |
| June | 0 | 4 | 6 | 2 | 8 | 1 | 1 | 3 | 2 | 2 | 6 | 0 | 35 |
| July | 0 | 4 | 3 | 2 | 8 | 1 | 0 | 2 | 3 | 2 | 4 | 0 | 29 |
| August | 2 | 0 | 4 | 3 | 4 | 4 | 1 | 2 | 2 | 2 | 8 | 0 | 32 |
| September | 2 | 5 | 6 | 7 | 5 | 0 | 0 | 1 | 6 | 2 | 2 | 1 | 37 |
| October | 8 | 2 | 5 | 9 | 12 | 0 | 1 | 2 | 5 | 5 | 5 | 0 | 54 |
| November | 4 | 5 | 9 | 8 | 4 | 1 | 4 | 0 | 1 | 4 | 1 | 0 | 41 |
| December | 0 | 0 | 5 | 2 | 5 | 0 | 2 | 2 | 1 | 0 | 1 | 0 | 18 |
| TOTAL | 23 | 40 | 51 | 54 | 55 | 17 | 15 | 20 | 40 | 40 | 29 | 1 | 385 |

1996 Judge Trial Conviction Rate -- 68.8%
        325 Judge Trials, 103 Not Guilty

1997 Judge Trial Conviction Rate -- 65.4%
        385 Judge Trials, 132 Not Guilty

Source:   Manual Inventory Maintained
          by Trial Division Secretary
          as Checked Against ACTS.

12

OPDA-FLANKS028573

## JUDGE TRIALS BY SECTION

|       | 1995 | 1996 | 1997 | % Difference |
|-------|------|------|------|--------------|
| A     | 21   | 25   | 23   | - 08%        |
| B     | 21   | 34   | 40   | + 18%        |
| C     | 9    | 34   | 51   | + 50%        |
| D     | 39   | 34   | 54   | + 58%        |
| E     | 10   | 47   | 55   | + 17%        |
| F     | 13   | 9    | 17   | + 88%        |
| G     | 0    | 1    | 15   | +140%        |
| H     | 35   | 33   | 20   | - 39%        |
| I     | 26   | 39   | 40   | + 03%        |
| J     | 50   | 67   | 40   | - 40%        |
| K     |      |      | 29   | +100%        |
| L     |      |      | 1    | +100%        |
| TOTAL | 224  | 324  | 385  | + 19%        |

Source for 1995 & 1996 Statistics:   1995 & 1996 Annual Report

Source for 1997 Statistics:    Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

14

OPDA-FLANKS028575

## PLEAS OF GUILTY AS CHARGED -- 1997

| Section | No. of Defendants | Month | No. of Defendants |
|---------|-------------------|-------|-------------------|
| A | 512 | January | 365 |
| B | 362 | February | 277 |
| C | 299 | March | 328 |
| D | 391 | April | 411 |
| E | 284 | May | 423 |
| F | 302 | June | 283 |
| G | 356 | July | 326 |
| H | 366 | August | 404 |
| I | 362 | September | 370 |
| J | 347 | October | 415 |
| K | 348 | November | 320 |
| L | 327 | December | 334 |
| TOTAL | 4,256 | | 4,256 |

Average per Section:  355            Average per month:  355

### TOTAL 1996

(Section A - J)

**JANUARY - DECEMBER   3,937**

### TOTAL 1997

(Section A - L)

**JANUARY - DECEMBER   4,256**

**Source for Statistics:  ACTS**

17

OPDA-FLANKS028578

## PLEAS OF GUILTY TO LESSER OFFENSES -- 1997

| Section | # Defendants | Month | # Defendants |
|---------|--------------|-------|--------------|
| A | 55 | January | 23 |
| B | 42 | February | 25 |
| C | 36 | March | 37 |
| D | 25 | April | 55 |
| E | 29 | May | 54 |
| F | 43 | June | 43 |
| G | 60 | July | 42 |
| H | 58 | August | 48 |
| I | 38 | September | 57 |
| J | 37 | October | 64 |
| K | 52 | November | 48 |
| L | 49 | December | 28 |
| TOTAL | 524 | | 524 |

| | 1993 | 1994 | 1995 | 1996 | 1997 |
|---|------|------|------|------|------|
| TOTAL NUMBER OF DEFENDANTS WHO PLED GUILTY TO LESSER OFFENSES: | 624 | 440 | 445 | 419 | 524 |

Source for Statistics 1994, 1995, 1996:    ACTS

Source for Statistics 1997:   ACTS

18

OPDA-FLANKS028579