# TRIAL DIVISION
# ANNUAL REPORT
# 1998

Prepared by:

Michael F. Bollman
Chief of Trials

David A. Weilbaecher, Jr.
Deputy Chief of Trials

Anne C. Cazaubon
Trial Division Secretary

**EXHIBIT**
**23**

OPDA-FLANKS028633

JURY TRIALS BY SECTION

| Section | 1996 | 1997 | 1998 | % Difference 1997 vs. 1998 |
|---|---|---|---|---|
| A | 51 | 60 | 47 | - 22% |
| B | 18 | 17 | 29 | + 71% |
| C | 46 | 17 | 28 | + 65% |
| D | 19 | 23 | 22 | - 04% |
| E | 47 | 44 | 39 | - 11% |
| F | 55 | 77 | 86 | + 12% |
| G | 39 | 59 | 57 | - 03% |
| H | 50 | 30 | 36 | + 20% |
| I | 31 | 61 | 43 | - 30% |
| J | 104 | 124 | 126 | + 02% |
| K | | 12 | 47 | +292% |
| L | | 19 | 29 | + 53% |
| Hom. Ct. | 21 | | | |
| TOTAL | 481 | 543 | 589 | + 08% |

Source for 1996 and 1997 Statistics:  1997 Annual Report

Source for 1998 Statistics:   Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

OPDA-FLANKS028641

## JURY TRIALS BY MONTH

| MONTH | 1996 | 1997 | 1998 | 1997 vs 1998 |
|---|---|---|---|---|
| January | 53 | 42 | 51 | + 21% |
| February | 55 | 34 | 41 | + 21% |
| March | 56 | 58 | 50 | - 14% |
| April | 59 | 65 | 49 | - 25% |
| May | 42 | 54 | 68 | + 26% |
| June | 30 | 35 | 45 | + 29% |
| July | 22 | 36 | 54 | + 50 |
| August | 31 | 47 | 47 | 0 |
| September | 36 | 58 | 45 | - 22% |
| October | 47 | 48 | 48 | 0 |
| November | 27 | 36 | 46 | + 27% |
| December | 23 | 30 | 45 | + 50% |
| TOTAL | 481 | 543 | 589 | + 08% |

Source for 1997 Statistics:    1997 Annual Trial Report.

Source for 1998 Statistics:    Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

6

OPDA-FLANKS028642

JURY TRIALS
BY MONTH AND BY SECTION

|           | A  | B  | C  | D  | E  | F  | G  | H  | I  | J   | K  | L  | TOTAL |
|-----------|----|----|----|----|----|----|----|----|----|-----|----|----|-------|
| January   | 5  | 2  | 2  | 2  | 3  | 8  | 5  | 2  | 5  | 8   | 6  | 3  | 51    |
| February  | 1  | 2  | 1  | 1  | 3  | 6  | 7  | 0  | 5  | 10  | 5  | 0  | 41    |
| March     | 6  | 1  | 6  | 4  | 2  | 9  | 7  | 0  | 2  | 8   | 2  | 3  | 50    |
| April     | 8  | 0  | 4  | 2  | 1  | 9  | 5  | 0  | 5  | 9   | 4  | 2  | 49    |
| May       | 6  | 5  | 1  | 4  | 5  | 7  | 11 | 5  | 7  | 11  | 5  | 1  | 68    |
| June      | 4  | 2  | 3  | 1  | 1  | 3  | 4  | 4  | 3  | 9   | 8  | 3  | 45    |
| July      | 3  | 4  | 2  | 2  | 4  | 13 | 2  | 3  | 1  | 17  | 1  | 2  | 54    |
| August    | 4  | 1  | 0  | 2  | 3  | 7  | 1  | 7  | 5  | 9   | 3  | 5  | 47    |
| September | 1  | 3  | 0  | 0  | 5  | 6  | 5  | 6  | 2  | 11  | 2  | 4  | 45    |
| October   | 2  | 1  | 2  | 0  | 4  | 7  | 6  | 5  | 3  | 14  | 1  | 3  | 48    |
| November  | 2  | 4  | 2  | 1  | 5  | 7  | 2  | 3  | 3  | 9   | 6  | 2  | 46    |
| December  | 5  | 4  | 5  | 3  | 3  | 4  | 2  | 1  | 2  | 11  | 4  | 1  | 45    |
|           | 47 | 29 | 28 | 22 | 39 | 86 | 57 | 36 | 43 | 126 | 47 | 29 | 589   |

Source:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

7

OPDA-FLANKS028643

## JUDGE TRIALS
## BY MONTH AND BY SECTION

| | A | B | C | D | E | F | G | H | I | J | K | L | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 4 | 3 | 1 | 6 | 5 | 1 | 0 | 1 | 5 | 5 | 4 | 1 | 36 |
| February | 2 | 1 | 3 | 1 | 5 | 1 | 0 | 1 | 4 | 1 | 3 | 2 | 24 |
| March | 2 | 0 | 1 | 8 | 5 | 1 | 1 | 3 | 2 | 5 | 7 | 0 | 35 |
| April | 0 | 0 | 4 | 14 | 9 | 1 | 3 | 0 | 1 | 7 | 2 | 0 | 41 |
| May | 5 | 0 | 5 | 6 | 4 | 3 | 1 | 2 | 4 | 1 | 4 | 1 | 36 |
| June | 3 | 3 | 1 | 9 | 2 | 0 | 0 | 2 | 1 | 1 | 7 | 0 | 29 |
| July | 3 | 4 | 7 | 7 | 4 | 3 | 0 | 1 | 3 | 1 | 4 | 3 | 40 |
| August | 3 | 1 | 4 | 7 | 1 | 1 | 0 | 0 | 0 | 3 | 0 | 2 | 22 |
| September | 6 | 0 | 3 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 17 |
| October | 3 | 0 | 2 | 11 | 4 | 0 | 0 | 1 | 1 | 1 | 5 | 2 | 30 |
| November | 11 | 2 | 6 | 6 | 3 | 0 | 1 | 1 | 4 | 1 | 5 | 0 | 40 |
| December | 8 | 3 | 4 | 3 | 2 | 0 | 0 | 0 | 1 | 6 | 6 | 0 | 33 |
| TOTAL | 50 | 17 | 41 | 83 | 44 | 11 | 6 | 12 | 27 | 32 | 47 | 13 | 383 |

1997 Judge Trial Conviction Rate -- 65.4%
             385 Judge Trials, 132 Not Guilty

1998 Judge Trial Conviction Rate -- 65.0%
             383 Judge Trials, 134 Not Guilty

Source:   Manual Inventory Maintained
          by Trial Division Secretary
          as Checked Against ACTS.

OPDA-FLANKS028649

## JUDGE TRIALS BY SECTION

|     | 1996 | 1997 | 1998 | % Difference |
|-----|------|------|------|--------------|
| A   | 25   | 23   | 50   | +117%        |
| B   | 34   | 40   | 17   | − 58%        |
| C   | 34   | 51   | 41   | − 20%        |
| D   | 34   | 54   | 83   | + 54%        |
| E   | 47   | 55   | 44   | − 20%        |
| F   | 9    | 17   | 11   | − 35%        |
| G   | 1    | 15   | 6    | − 60%        |
| H   | 33   | 20   | 12   | − 40%        |
| I   | 39   | 40   | 27   | − 33%        |
| J   | 67   | 40   | 32   | − 20%        |
| K   |      | 29   | 47   | + 62%        |
| L   |      | 1    | 13   | +120%        |
| HC  | 1    |      |      |              |
| TOTAL | 324 | 385 | 383 | − 01%       |

Source for 1996 & 1997 Statistics:  1996 & 1997 Annual Report.

Source for 1998 Statistics:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

15

OPDA-FLANKS028651

## PLEAS OF GUILTY AS CHARGED -- 1998

| Section | No. of Defendants | Month | No. of Defendants |
|---------|-------------------|-------|-------------------|
| A | 568 | January | 422 |
| B | 450 | February | 429 |
| C | 564 | March | 498 |
| D | 492 | April | 507 |
| E | 429 | May | 588 |
| F | 446 | June | 558 |
| G | 561 | July | 616 |
| H | 640 | August | 638 |
| I | 578 | September | 487 |
| J | 447 | October | 550 |
| K | 540 | November | 472 |
| L | 493 | December | 443 |
| TOTAL | 6,208 | | 6,208 |

Average per Section:  517          Average per month:  517

### TOTAL 1997

(Section A - J)

JANUARY - DECEMBER   4,256

### TOTAL 1998

(Section A - L)

JANUARY - DECEMBER   6,208
                     up 46% from 1997

Source for Statistics:  ACTS

18

OPDA-FLANKS028654

## PLEAS OF GUILTY TO LESSER OFFENSES -- 1998

| Section | # Defendants | Month | # Defendants |
|---------|--------------|-------|--------------|
| A | 34 | January | 49 |
| B | 45 | February | 48 |
| C | 55 | March | 40 |
| D | 41 | April | 68 |
| E | 57 | May | 58 |
| F | 60 | June | 55 |
| G | 69 | July | 66 |
| H | 34 | August | 59 |
| I | 97 | September | 38 |
| J | 47 | October | 58 |
| K | 57 | November | 63 |
| L | 64 | December | 58 |
| TOTAL | 660 | | 660 |
| AVERAGE | 55 | | |

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|------|------|------|------|------|------|
| TOTAL NUMBER OF DEFENDANTS WHO PLED GUILTY TO LESSER OFFENSES: | 624 | 440 | 445 | 419 | 524 | 660 |

up 26%
from 1997

Source for Statistics 1993, 1994, 1995, 1996, 1997:   ACTS

Source for Statistics 1998:   ACTS

19

OPDA-FLANKS028655