# TRIAL DIVISION
# ANNUAL REPORT
# 1999

Prepared by:

Michael F. Bollman
Chief of Trials

David A. Weilbaecher, Jr.
Deputy Chief of Trials

Anne C. Cazaubon
Trial Division Secretary

**EXHIBIT**

**24**

OPDA-FLANKS028709

## JURY TRIALS BY SECTION -- 1999

| Section | 1997 | 1998 | 1999 | % Difference 1998 vs. 1999 |
|---------|------|------|------|-----------------------------|
| A | 60 | 47 | 34 | - 27% |
| B | 17 | 29 | 35 | + 21% |
| C | 17 | 28 | 37 | + 32% |
| D | 23 | 22 | 18 | - 18% |
| E | 44 | 39 | 25 | - 46% |
| F | 77 | 86 | 59 | - 31% |
| G | 59 | 57 | 35 | - 39% |
| H | 30 | 36 | 42 | + 17% |
| I | 61 | 43 | 31 | - 28% |
| J | 124 | 126 | 80 | - 37% |
| K | 12 | 47 | 37 | - 21% |
| L | 19 | 29 | 30 | + 03% |
| TOTAL | 543 | 589 | 463 | - 21% |

Source for 1997 and 1998 Statistics:  1998 Annual Report

Source for 1999 Statistics:  Manual Inventory Maintained
by Trial Division Secretary
as Checked Against ACTS.

5

OPDA-FLANKS028716

JURY TRIALS BY MONTH -- 1999

| MONTH | 1996 | 1997 | 1998 | 1999 | 1998 vs. 1999 |
|-------|------|------|------|------|---------------|
| January | 53 | 42 | 51 | 44 | - 14% |
| February | 55 | 34 | 41 | 35 | - 15% |
| March | 56 | 58 | 50 | 59 | + 18% |
| April | 59 | 65 | 49 | 39 | - 20% |
| May | 42 | 54 | 68 | 42 | - 38% |
| June | 30 | 35 | 45 | 48 | - 07% |
| July | 22 | 36 | 54 | 42 | - 22% |
| August | 31 | 47 | 47 | 48 | +  1% |
| September | 36 | 58 | 45 | 30 | - 33% |
| October | 47 | 48 | 48 | 30 | - 38% |
| November | 27 | 36 | 46 | 30 | - 35% |
| December | 23 | 30 | 45 | 16 | - 64% |
| TOTAL | 481 | 543 | 589 | 463 | - 21% |

Source for 1996, 1997, 1998 Statistics:    1998 Annual Trial
                                            Report.

Source for 1999 Statistics:    Manuel Inventory Maintained
                               by Trial Division Secretary
                               as Checked Against ACTS.

6

OPDA-FLANKS028717

## JURY TRIALS
## BY MONTH AND BY SECTION

|           | A | B | C | D | E | F | G | H | I | J | K | L | TOTAL |
|-----------|---|---|---|---|---|---|---|---|---|---|---|---|-------|
| January   | 5 | 2 | 2 | 1 | 6 | 3 | 8 | 3 | 1 | 6 | 3 | 4 | 44 |
| February  | 2 | 1 | 2 | 0 | 1 | 5 | 4 | 4 | 4 | 9 | 0 | 3 | 35 |
| March     | 0 | 5 | 5 | 2 | 7 | 6 | 5 | 7 | 3 | 8 | 4 | 7 | 59 |
| April     | 0 | 5 | 5 | 1 | 3 | 5 | 2 | 3 | 6 | 6 | 2 | 1 | 39 |
| May       | 0 | 2 | 3 | 1 | 2 | 7 | 2 | 7 | 4 | 7 | 4 | 3 | 42 |
| June      | 3 | 4 | 5 | 1 | 2 | 7 | 2 | 4 | 3 | 7 | 7 | 3 | 48 |
| July      | 5 | 2 | 1 | 2 | 2 | 4 | 4 | 2 | 0 | 14 | 4 | 2 | 42 |
| August    | 5 | 5 | 5 | 7 | 1 | 5 | 1 | 3 | 5 | 7 | 2 | 2 | 48 |
| September | 3 | 2 | 4 | 1 | 0 | 4 | 2 | 3 | 3 | 3 | 2 | 3 | 30 |
| October   | 5 | 3 | 2 | 1 | 0 | 5 | 3 | 1 | 2 | 5 | 2 | 1 | 30 |
| November  | 4 | 2 | 2 | 0 | 1 | 7 | 1 | 3 | 0 | 6 | 3 | 1 | 30 |
| December  | 2 | 1 | 1 | 1 | 0 | 1 | 1 | 3 | 0 | 6 | 3 | 1 | 16 |
| TOTAL     | 34 | 35 | 37 | 18 | 25 | 59 | 35 | 42 | 31 | 80 | 37 | 30 | 463 |

Source:   Manual Inventory Maintained
          by Trial Division Secretary
          as Checked Against ACTS.

7

OPDA-FLANKS028718

JUDGE TRIAL CASES TRIED
BY MONTH AND BY SECTION - 1999

|           | A  | B  | C  | D  | E  | F | G | H  | I  | J  | K  | L  | TOTAL |
|-----------|----|----|----|----|----|---|---|----|----|----|----|----|-------|
| January   | 10 | 3  | 2  | 6  | 2  | 1 | 0 | 0  | 3  | 0  | 5  | 0  | 32    |
| February  | 5  | 1  | 7  | 4  | 2  | 1 | 0 | 3  | 2  | 4  | 2  | 0  | 31    |
| March     | 0  | 8  | 5  | 7  | 7  | 0 | 1 | 2  | 0  | 8  | 5  | 0  | 43    |
| April     | 0  | 11 | 5  | 6  | 3  | 1 | 0 | 0  | 3  | 4  | 1  | 0  | 33    |
| May       | 4  | 16 | 2  | 9  | 6  | 1 | 2 | 1  | 6  | 8  | 1  | 1  | 57    |
| June      | 1  | 4  | 5  | 1  | 3  | 1 | 0 | 1  | 1  | 1  | 1  | 0  | 19    |
| July      | 5  | 8  | 4  | 3  | 5  | 0 | 1 | 0  | 0  | 2  | 3  | 1  | 32    |
| August    | 6  | 10 | 8  | 14 | 16 | 0 | 0 | 0  | 2  | 0  | 3  | 2  | 61    |
| September | 2  | 11 | 7  | 8  | 6  | 1 | 0 | 2  | 2  | 3  | 4  | 3  | 49    |
| October   | 11 | 5  | 4  | 16 | 5  | 0 | 0 | 1  | 1  | 3  | 3  | 2  | 49    |
| November  | 5  | 1  | 5  | 11 | 2  | 0 | 0 | 1  | 1  | 0  | 7  | 1  | 34    |
| December  | 3  | 8  | 3  | 13 | 4  | 0 | 1 | 0  | 0  | 2  | 8  | 1  | 43    |
| TOTAL     | 52 | 86 | 55 | 98 | 61 | 6 | 5 | 11 | 21 | 35 | 43 | 11 | 483   |

Source:  Manual Inventory Maintained
         by Trial Division Secretary
         as Checked Against ACTS.

13

OPDA-FLANKS028724

## PLEAS OF GUILTY AS CHARGED - 1999

| Section | No. of Defendants | Month | No. of Defendants |
|---------|-------------------|-------|-------------------|
| A | 424 | January | 532 |
| B | 524 | February | 368 |
| C | 466 | March | 607 |
| D | 465 | April | 500 |
| E | 411 | May | 461 |
| F | 360 | June | 391 |
| G | 471 | July | 458 |
| H | 496 | August | 537 |
| I | 442 | September | 433 |
| J | 401 | October | 392 |
| K | 458 | November | 340 |
| L | 435 | December | 334 |
| TOTAL | 5,353 | | 5,353 |

Average per Section:  446          Average per month:  446

      TOTAL 1997 GAC PLEAS  =  4,256  (UP  8% FROM 1996)

      TOTAL 1998 GAC PLEAS  =  6,208  (UP 46% FROM 1997)

      TOTAL 1999 GAC PLEAS  =  5,353  (DOWN 14% FROM 1998)


Source for Statistics:  ACTS

18

OPDA-FLANKS028729

## PLEAS OF GUILTY TO LESSER OFFENSES -- 1999

| Section | # Defendants | Month | # Defendants |
|---------|--------------|-------|--------------|
| A | 35 | January | 64 |
| B | 72 | February | 44 |
| C | 76 | March | 70 |
| D | 48 | April | 63 |
| E | 52 | May | 63 |
| F | 67 | June | 51 |
| G | 71 | July | 59 |
| H | 74 | August | 78 |
| I | 54 | September | 68 |
| J | 47 | October | 58 |
| K | 46 | November | 50 |
| L | 58 | December | 32 |
| TOTAL | 700 | | 700 |

AVERAGE 1998 - 55

       1999 - 58


TOTAL NUMBER OF DEFENDANTS WHO

PLED GUILTY TO LESSER OFFENSES:    1997 - 524

                                              1998 - 660

                                              1999 - 700


Source for Statistics:  ACTS

19

OPDA-FLANKS028730