### DECLARATION OF DIANE MAJOR

I, Diane Major, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am over the age of majority and am competent to make this declaration, and I do so based on my own personal knowledge.

2.      Between 1976 and either 1988 or 1989, I was employed by the Orleans Parish District Attorney's Office. I was originally hired to be the secretary for the office administrator. Within about a month or two of my starting, I was asked to be the reporter for the grand jury. I am not sure who asked me to be the reporter, but I believe it was either Ralph Capitelli, the chief of the screening division at the time, or Kurt Sins, who also worked in the screening division. I continued to serve as the grand jury reporter until I ended my employment with the office.

3.      As the grand jury reporter, I made shorthand and audio recordings of the testimony of all witnesses who testified before the grand jury.

4.      Pursuant to office policy, I automatically prepared transcripts of all lay witness testimony (*i.e.*, not including police officers, coroners, or similar government actors) in all cases that were indicted. These transcripts were provided upon request to the Assistant District Attorneys in the trials division who would be prosecuting the case. My understanding is that the Assistant District Attorneys prosecuting the case were expected to obtain and review the grand jury testimony. I recall that in most cases, the Assistant District Attorneys prosecuting the case did in fact request and obtain the transcripts from me.

5.      The policies described above were communicated to me by either Mr. Capitelli or Mr. Sins.

6.      I have reviewed a copy of a transcript of grand jury testimony that I prepared in connection with *State v. Raymond Flank*, which is attached as Exhibit 1 to this declaration. The

**EXHIBIT 25**

transcript reflects the testimony of Mrs. Fay Carnesi before the grand jury on January 19, 1984. Although I do not have a specific recollection of preparing this transcript, based on my usual practices, I believe this transcript would have been prepared within about one week of the grand jury proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2025.

_____
Diane Major

ORLEANS PARISH GRAND JURY

JANUARY 19, 1984


STATE OF LOUISIANA                          Police Item No. L-17352-83

VS.

RAYMOND FLANK                               R. S. 14:30


PRESENT:   MR. ERIC DUBELIER, ASSISTANT DISTRICT ATTORNEY

           MEMBERS OF THE ORLEANS PARISH GRAND JURY


WITNESS:   MRS. FAY CARNESI


Other testimony heard, but not transcribed:

        Dr. Sherif Sakla
        Det. John Dillman
        P/O Otto Stubbs


_____

Reported by:   Diane Major, Court Reporter

**Exhibit 1**

FAY CARNESI, Witness, testified as follows:

FOREMAN:

Q   Do you solemnly swear to tell the truth, the whole truth, and nothing but the truth, and to keep secret the proceedings of this grand jury, so help you God?

A   Yes.

BY MR. DUBELIER:

Q   Ma'm, would you state your full name for the record, please.

A   My name is Fay Carnesi.

Q   And where do you live, ma'm?

A   6901 Deanne Street.

Q   Ma'm, I'm going to call your attention back to December 17th of 1983, the morning your husband was killed.  Could you tell the ladies and gentlemen as best as you can remember what happened on that morning?

A   OK.  Every Saturday and Sunday I go to Slidell.  I sell antiques.  I usually leave about ten o'clock in the morning. And my husband always had a habit of walking -- to come to the car and tell me good bye and, you know, tell me to be careful and leave before dark because I don't see too well, you know, to drive at night.  So I left.  And he had to go to the restroom.  So I told him, I said, "Well, I'll

2

meet you out by the car. Meanwhile, he had a habit of taking the car out of the drive and park it on the side of my house facing Slidell. I walked outside of my house. I was going across my yard and went down the sidewalk. When I did this black guy passed me. He had a -- what you call those -- a shower cap. He had a shower cap on his head. And he passed and he looked at me. I looked up at him. And I said to myself, "For God sakes, what does he have on his head, this guy.", you know. And I took a look at him. He was neatly dressed. And he passed me. Meanwhile, I opened the door of my car, and I had a habit of just throwing my purse in the car on the side of the seat where I drive. And, meanwhile, my husband came out. I had the car door open. My husband came out and he came to tell me good bye. And before I knew it this black guy was in between us, and he said in a low voice, "Give me your money."

Q    Ma'm, were you seated in the car at that time, or were you standing outside of the car?

A    I don't remember whether I was seated and I got up quick. Now, I can't remember that. Uh, when he said, "Give me your money.", I think I was seated on the end of the car and I jumped up. And I said -- my husband said to him, "What did you say?" And I said, "Honey, give him your money." And he just looked at me, stunned like, you know. Well, the guy had a khaki -- like a light beige jacket on with pale blue jeans. They were light blue jeans.

3

I'm treated for my nerves.  I'm so nervous right now.

Q   Just take your time.

A   I've got high blood pressure, too.  And, uh, wait now.
Let me get it right.  Yes, I said, "Honey, give him your
money."  He said, "What money are you talking about?
What money are you talking about?"  So, meanwhile, my
husband put his hand -- he had a jumpsuit on.  Excuse me.
He put his hand by his pocket, by the jumpsuit pocket,
and he kind of hesitated like.  This guy pulled the gun
out -- I think he had the gun in his jacket in a side
pocket.  And he pulled the gun out and he put it on my
husband.  And my husband still had his hand in his pocket.
And then he shot my husband.  And when he did I saw the
blood coming out of my husband's jumpsuit, and I said to
him, "Oh, my God.  You've shot my husband."  So he turned
around and he put the gun at me, at my chest.  He said,
"Give me your purse."  And I grabbed my purse out the car
quick and I handed it to him quick.  And when I did I went
to the back of my car and I started running in the middle
of the street, screaming toward -- not toward my house,
but toward the corner, for the guy across the street.
I was screaming his name.  And then I didn't see him.
So I -- the mailman grabbed me, and he started running
with me back to my house.  Well, I was doing nothing but
screaming for help.  I knew I couldn't help my husband.
I knew, you know, that was it because blood was coming from,

4

I think, like from the heart. And, uh, as I got to the corner of my house I ran across my yard, and I saw this blue car parked in front of my house between these two shrubs that I have. And it was a pale blue -- not a shiny car. It was an old car. And it was pale blue. And I saw him just speed off as fast as he could take off.

Q    And that was the same man -- the man in the car was the same man who had shot your husband?

A    Yes. Yes.

Q    Ma'm, do you remember about ...

A    Now, I didn't see him in the car, but I know that it was him, you know, because it just sped off. He would have killed somebody if they had been in the street. That's how fast he went.

Q    OK. Do you remember about a week later, uh, the detectives came to your house and showed you some pictures?

A    Yes.

Q    Were you able to pick a picture out of those pictures that they showed you?

A    Yes.

Q    And the picture you picked, was that the individual who had shot your husband?

A    He had five of them. As soon as I looked I took three and pushed them on the side. And I had one here and one here. And I looked at this one. And I told my daughter, I said, "Get me a flashlight. I want to make sure that it's him



5

if it's here." So I looked at this one and I put it down, and I took the one on this side and looked at it. And I kept looking and I recognized him. Then I told the detectives, I said, "I remember one thing about this man. He had a little white blotch on the side of his cheek, a little white mark, like discolored looking." And then the three detectives looked at one another, and he shook his head and said, "That's him." But I don't think they showed the side of his face with that mark, but I happened to remember it because I was looking him in his face twice, you see, and I remembered.

Q   Are you sure that the man you picked out in the pictures is the man that killed your husband?

A   Yes.

Q   OK, ma'm. Any questions?

    (No response)

Q   OK. Thank you, Mrs. Carnesi.

C E R T I F I C A T E

I hereby certify that the preceding transcript is a true and correct copy of the testimony given, under oath, in the preceding matter, before the Orleans Parish Grand Jury, on the 19th day of January, 1984, and reduced to typewriting by me.

_____