## DECLARATION OF DENNIS J. WALDRON

I, Dennis J. Waldron, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am over the age of majority and am competent to make this declaration, and I do so based on my own personal knowledge.

2.      I have been admitted to the Louisiana State Bar since 1973. I served as a judge on the Orleans Parish Criminal District Court from 1982 until my retirement in 2008.

3.      Between June 1974 and February 1982, I served as an Assistant District Attorney in Orleans Parish. Harry Connick was the District Attorney at the time. I served as a general screener from January 1975 until April 1977, when I became chief of the screening division. I served in that position until April 1980, when I became the First Assistant District Attorney, a position I held until I left the office.

4.      During the time when I served in the screening division, I presented cases to the grand jury and became familiar with the office's policies relating to grand jury proceedings.

5.      The District Attorney's Office employed a court reporter who was responsible for recording and transcribing the testimony of witnesses before the grand jury.

6.      The office's policy was for testimony of all witnesses who testified before the grand jury to be recorded.

7.      The office's policy also required that, in all cases in which an indictment was returned, the reporter must prepare transcripts of all lay witness testimony before the grand jury (*i.e.*, not including police officers, coroners, or similar government actors) and make those transcripts available to the Assistant District Attorneys in the trials division who would be prosecuting the case.

EXHIBIT
26

8.     The office's policy also required Assistant District Attorneys in the trials division to obtain these transcripts from the reporter and review them for purposes of case preparation and discovery of any potentially exculpatory material.

9.     The office's policy also required that any exculpatory material discovered during review of these grand jury transcripts must be disclosed to the defense.

10.    These policies were communicated to Assistant District Attorneys in training sessions and discussions with supervisors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2025.

_____
Dennis J. Waldron