**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYMOND FLANKS, | Civil Action No. 23-06897 |
| *Plaintiff*, | |
| | Section G |
| v. | Chief Judge Nannette Jolivette Brown |
| THE CITY OF NEW ORLEANS, *et al.*, | Division 4 |
| | Magistrate Judge Karen Wells Roby |
| *Defendants*. | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, has filed a Motion for Summary Judgment on Plaintiff Raymond Flanks's claims against OPDA pursuant to Federal Rule of Civil Procedure 56. This motion will be submitted for decision on October 15, 2025, at 10:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Nanette Jolivette Brown, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

1

Respectfully submitted,

*/s/ Matthew J. Paul*
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
Inga C. Petrovich
STANLEY REUTER ALFORD
  OWEN MUNSON & PAUL, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com
icp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*