**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYMOND FLANKS** | * | **NO. 23-cv-06897** |
| | * | |
| **VERSUS** | * | **JUDGE NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| **THE CITY OF NEW ORLEANS;** | * | |
| **JASON WILLIAMS, in his official** | * | **MAGISTRATE KAREN WELLS ROBY** |
| **capacity as Orleans Parish District** | * | |
| **Attorney; ANNE KIRKPATRICK, in her** | * | |
| **official capacity as Superintendent of the** | * | |
| **New Orleans Police Department; JOHN** | * | |
| **DILLMANN, in his individual capacity;** | * | |
| **and JOHN/JANE DOES #1-20, in their** | * | |
| **individual capacities** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR JUDGMENT ON THE PLEADINGS
## AND ALTERNATIVELY FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes the City of New Orleans, Anne Kirkpatrick, in her official capacity as Superintendent of the New Orleans Police Department, and John Dillman, in his individual capacity (the "City Defendants"), who respectfully move for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and, alternatively, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. All of Plaintiff's claims against the City Defendants should be dismissed because his Amended Complaint, R. Doc. 27, fails to allege facts that state a claim for which relief can be granted. Further, there are no material facts in genuine dispute, and each Defendant is entitled to summary judgment in their favor. John Dillman specifically pleads that he is entitled to qualified immunity.

WHEREFORE, the City Defendants pray that this Motion be granted and that Plaintiff's claims against the City Defendants be dismissed, with prejudice, and at Plaintiff's cost. Defendants

herein further pray for all other legal and equitable relief available under the premises, including but not limited to an award of attorneys' fees and costs.

Respectfully submitted,

 /s/ *William R.H. Goforth*
**SEAN M. MARKEY, LSB #41467**
ASSISTANT CITY ATTORNEY
**JALEN R. HARRIS, LSB#41073**
ASSISTANT CITY ATTORNEY
**WILLIAM R.H. GOFORTH, LSB #33153**
DEPUTY CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL:         wrgoforth@nola.gov

*Counsel for Defendants, John Dillman, City of New Orleans and Anne Kirkpatrick, in her official capacity as Superintendent of the New Orleans Police Department*