**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RAYMOND FLANKS** | * | **NO. 23-cv-06897** |
| | * | |
| **VERSUS** | * | **JUDGE NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| **THE CITY OF NEW ORLEANS;** | * | |
| **JASON WILLIAMS, in his official** | * | **MAGISTRATE KAREN WELLS ROBY** |
| **capacity as Orleans Parish District** | * | |
| **Attorney; ANNE KIRKPATRICK, in her** | * | |
| **official capacity as Superintendent of the** | * | |
| **New Orleans Police Department; JOHN** | * | |
| **DILLMANN, in his individual capacity;** | * | |
| **and JOHN/JANE DOES #1-20, in their** | * | |
| **individual capacities** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that City of New Orleans, Anne Kirkpatrick, in her official capacity as Superintendent of the New Orleans Police Department, and John Dillman, in his individual capacity (the "City Defendants") have filed a Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) and, alternatively, for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. This motion will be submitted for decision on October 15, 2025, at 10:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Nanette Jolivette Brown, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

 /s/ *William R.H. Goforth*
**SEAN M. MARKEY, LSB #41467**
ASSISTANT CITY ATTORNEY
**JALEN R. HARRIS, LSB#41073**
ASSISTANT CITY ATTORNEY
**WILLIAM R.H. GOFORTH, LSB #33153**
DEPUTY CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL:        wrgoforth@nola.gov

*Counsel for Defendants, John Dillmann, City of New Orleans and Anne Kirkpatrick, in her official capacity as Superintendent of the New Orleans Police Department*