ORLEANS PARISH GRAND JURY

JANUARY 19, 1984


STATE OF LOUISIANA          Police Item No. L-17352-83

VS.

RAYMOND FLANK          R. S. 14:30


PRESENT:   MR. ERIC DUBELIER, ASSISTANT DISTRICT ATTORNEY

           MEMBERS OF THE ORLEANS PARISH GRAND JURY


WITNESS:   <u>MRS. FAY CARNESI</u>


Other testimony heard, but not transcribed:

     Dr. Sherif Sakla
     Det. John Dillman
     P/O Otto Stubbs


---

Reported by:   Diane Major, Court Reporter

EXHIBIT B

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024142

<u>FAY CARNESI</u>, Witness, testified as follows:

<u>FOREMAN:</u>

Q    Do you solemnly swear to tell the truth, the whole
truth, and nothing but the truth, and to keep secret
the proceedings of this grand jury, so help you God?

A    Yes.

<u>BY MR. DUBELIER:</u>

Q    Ma'm, would you state your full name for the record,
please.

A    My name is Fay Carnesi.

Q    And where do you live, ma'm?

A    6901 Deanne Street.

Q    Ma'm, I'm going to call your attention back to December 17th
of 1983, the morning your husband was killed. Could you
tell the ladies and gentlemen as best as you can remember
what happened on that morning?

A    OK. Every Saturday and Sunday I go to Slidell. I sell
antiques. I usually leave about ten o'clock in the morning.
And my husband always had a habit of walking -- to come to
the car and tell me good bye and, you know, tell me to
be careful and leave before dark because I don't see too
well, you know, to drive at night. So I left. And he had
to go to the restroom. So I told him, I said, "Well, I'll

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024143

2

meet you out by the car.  Meanwhile, he had a habit of
taking the car out of the drive and park it on the side
of my house facing Slidell.  I walked outside of my house.
I was going across my yard and went down the sidewalk.
When I did this black guy passed me.  He had a -- what you
call those -- a shower cap.  He had a shower cap on his head.
And he passed and he looked at me.  I looked up at him.
And I said to myself, "For God sakes, what does he have
on his head, this guy.", you know.  And I took a look at
him.  He was neatly dressed.  And he passed me.  Meanwhile,
I opened the door of my car, and I had a habit of just
throwing my purse in the car on the side of the seat where
I drive.  And, meanwhile, my husband came out.  I had the
car door open.  My husband came out and he came to tell me
good bye.  And before I knew it this black guy was in between
us, and he said in a low voice, "Give me your money."

Q    Ma'm, were you seated in the car at that time, or were
you standing outside of the car?

A    I don't remember whether I was seated and I got up quick.
Now, I can't remember that.  Uh, when he said, "Give me
your money.", I think I was seated on the end of the car
and I jumped up.  And I said -- my husband said to him,
"What did you say?"  And I said, "Honey, give him your
money."  And he just looked at me, stunned like, you know.
Well, the guy had a khaki -- like a light beige jacket on
with pale blue jeans.  They were light blue jeans.

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024144

3

I'm treated for my nerves.  I'm so nervous right now.

Q  Just take your time.

A  I've got high blood pressure, too.  And, uh, wait now. Let me get it right.  Yes, I said, "Honey, give him your money."  He said, "What money are you talking about? What money are you talking about?"  So, meanwhile, my husband put his hand -- he had a jumpsuit on.  Excuse me. He put his hand by his pocket, by the jumpsuit pocket, and he kind of hesitated like.  This guy pulled the gun out -- I think he had the gun in his jacket in a side pocket.  And he pulled the gun out and he put it on my husband.  And my husband still had his hand in his pocket. And then he shot my husband.  And when he did I saw the blood coming out of my husband's jumpsuit, and I said to him, "Oh, my God.  You've shot my husband."  So he turned around and he put the gun at me, at my chest.  He said, "Give me your purse."  And I grabbed my purse out the car quick and I handed it to him quick.  And when I did I went to the back of my car and I started running in the middle of the street, screaming toward -- not toward my house, but toward the corner, for the guy across the street. I was screaming his name.  And then I didn't see him. So I -- the mailman grabbed me, and he started running with me back to my house.  Well, I was doing nothing but screaming for help.  I knew I couldn't help my husband. I knew, you know, that was it because blood was coming from,

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024145

4

I think, like from the heart. And, uh, as I got to the corner of my house I ran across my yard, and I saw this blue car parked in front of my house between these two shrubs that I have. And it was a pale blue -- not a shiny car. It was an old car. And it was pale blue. And I saw him just speed off as fast as he could take off.

Q   And that was the same man -- the man in the car was the same man who had shot your husband?

A   Yes. Yes.

Q   Ma'm, do you remember about ...

A   Now, I didn't see him in the car, but I know that it was him, you know, because it just sped off. He would have killed somebody if they had been in the street. That's how fast he went.

Q   OK. Do you remember about a week later, uh, the detectives came to your house and showed you some pictures?

A   Yes.

Q   Were you able to pick a picture out of those pictures that they showed you?

A   Yes.

Q   And the picture you picked, was that the individual who had shot your husband?

A   He had five of them. As soon as I looked I took three and pushed them on the side. And I had one here and one here. And I looked at this one. And I told my daughter, I said, "Get me a flashlight. I want to make sure that it's him

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024146

5

if it's here." So I looked at this one and I put it down, and I took the one on this side and looked at it. And I kept looking and I recognized him. Then I told the detectives, I said, "I remember one thing about this man. He had a little white blotch on the side of his cheek, a little white mark, like discolored looking." And then the three detectives looked at one another, and he shook his head and said, "That's him." But I don't think they showed the side of his face with that mark, but I happened to remember it because I was looking him in his face twice, you see, and I remembered.

Q    Are you sure that the man you picked out in the pictures is the man that killed your husband?

A    Yes.

Q    OK, ma'm. Any questions?

(No response)

Q    OK. Thank you, Mrs. Carnesi.

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024147

C E R T I F I C A T E

I hereby certify that the preceding transcript is a true and correct copy of the testimony given, under oath, in the preceding matter, before the Orleans Parish Grand Jury, on the 19th day of January, 1984, and reduced to typewriting by me.

Diane Major

CERTIFIED DA OFFICE COPY

OPDA-FLANKS024148

ITEM # L-17352-83.

10$^{15}$ — NOTIFIED - PERKINS.

10$^{35}$ ARRIVED SCENE.

6000 BLK PINE. BLVD.

BODY OF A ELDERLY W/M - LYING ON GRASS, BETWEEN SIDEWALK & CURB. ( LAKE SIDE OF STREET )

VIC. LYING IN A SUPINE POS, HEAD FACING IN A LAKE DIR. BOTH LEGS OUT STRETCHED FROM THE TORSO, FACING IN A RIVER DIR. LEFT ARM BENT AT ELBOW, LYING ACROSS CHEST. RIGHT ARM OUT STRETCHED, FACING IN AN UPTOWN DIR. VIC. CLAD IN A GRAY JUMPSUIT.

ENTRENCE WOUND, UPPER LEFT CHEST.

SPENT. 25 CAL. CASING IN STREET, SIX FEET FROM BODY.

VICTIM - MARTIN CARNESI W/M 69
6901 DEANNE ST

10$^{45}$ C.I. PERNELL LEWIS -2497

10$^{55}$ C.L.TECH. JAMES DUCOS - 3721

OPDA-FLANKS024149

Body adjacent to a 1977
Mazda Wagon, Silver, 766B440.

706 - Leon Frisard
       Al. Spiess

710 - Lt. John Ruth

762 - Mike Lentz

11¹⁵ C.C. Greg. Mullen - 2498

          Property.

LFPP - $22.00 U.S. Curr.
        $96.⁰⁰ Check.

R.F.PP. $2.00 Change

RR - Black Leather Case, Containing
      Various Keys.

Prop. Turned Over To Son-in-law
      Julio Gonzales
          944-2481-W
          245-0561-H

Wanted Subject

B/M Late Twenties, 5'10" 150 lb.
Med Build, Brown Skinned, with Mustache.
Clad in Dark Pants, Light Windbreaker,
& White Shower Cap. Rt. Blue Veh

OPDA-FLANKS024150

Sub. Armed with a Nickle Plated, 25 Cal. Automatic.

Witness — Fay Carnest
W/F 68.
6901 Deanne St.
242-7531.

Heart Condition — Dr. H. Baltz

Property Stolen.

Brown Leather Wallet, Containing Drivers License & Credit Cards (Victim)

Navy Blue Cloth Purse — Check Book - B.N.O. & Drivers License.

Daughter — Laverne Simeral
246-3565-H
255-5216-W

Son — Gerald Savoca.
466-2554-H.
889-1620-W

Daughter — Debbie Gonzales
245-0561

OPDA-FLANKS024151

WITNESSES —

GEORGE & MURLE PENEGUY
68 & 58.
6900 DEANNE ST.
242-9686.

DR. JERRY ROSENBERG
11⁴⁰

OPDA-FLANKS024152