**NEW ORLEANS POLICE DEPARTMENT**   XX INCIDENT REPORT / SUPPLEMENTAL REPORT   PAGE 1 OF 9

1. ITEM NUMBER: L-17352-83

**EVENT**

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST | 6. SECTOR | | |
|---|---|---|---|---|---|---|
| 64-30 | Armed Robbery & Murder | 12/17/83 10 AM | 7 | 702 | ☐ SELF INITIATED ☐ FLAGGED DOWN ☒ CFS | |

| 7. LOCATION OF OCCURRENCE | 8. DATE/TIME OF REPORT | 9. ZONE/SUBZONE | 10. WEATHER | 11. TEMP | 12. LIGHTING | 13. BULLETIN REQD |
|---|---|---|---|---|---|---|
| 6000 Pines Blvd. | 12/17/83 10:15 | DO1 | 2 | 50 | G | ☒ YES ☐ NO |

**WITNESS/REPORTING PERSON/VICTIM**

14. NAME  ☒ VICTIM  ☐ REPORTING PERSON  ☐ WITNESS  ☐ PERSON INTERVIEWED

| CARNESI, MARTIN | RACE W | SEX M | DATE OF BIRTH 11/06/15 | VICTIM'S RACE/SEX: ☒ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER / ☒ 1610 MALE ☐ 1611 FEMALE |
|---|---|---|---|---|

(LAST NAME) (FIRST NAME) (MIDDLE NAME)

| 16. HOME ADDRESS | 17. HOME PHONE | 18. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 6901 Deanne St. | 242-7531 | Unknown | Retired |

| 19. BUSINESS ADDRESS | 20. BUSINESS PHONE | 21. SOC. SECURITY NO. | 15. RESIDENCE STATUS |
|---|---|---|---|
| Nome | X | X | ☒ 630 N O RESIDENT ☐ 632 TOURIST ☐ 631 METRO RESIDENT ☐ 633 BUSINESS |

| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 23. TRANS. TO | 24. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 5 | 1 | Gun Shot To Chest | DOA | X | X | Coroner's Office | Asst. Cor.Dr. J.Rosenber |

25. NAME  ☒ VICTIM  ☐ REPORTING PERSON  ☒ WITNESS  ☐ PERSON INTERVIEWED

| CARNESI, FAY | RACE W | SEX F | DATE OF BIRTH 11/02/15 | VICTIM'S RACE/SEX: ☒ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER / ☐ 1610 MALE ☒ 1611 FEMALE |
|---|---|---|---|---|

(LAST NAME) (FIRST NAME) (MIDDLE NAME)

| 27. HOME ADDRESS | 28. HOME PHONE | 29. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 6901 Deanne St. | 242-7531 | X | Housewife |

| 30. BUSINESS ADDRESS | 31. BUSINESS PHONE | 32. SOC. SECURITY NO. | 25. RESIDENCE STATUS |
|---|---|---|---|
| X | X | X | ☒ 630 N O RESIDENT ☐ 632 TOURIST ☐ 631 METRO RESIDENT ☐ 633 BUSINESS |

| 33. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 34. TRANS. TO | 35. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | X |

36. NAME  ☐ VICTIM  ☐ REPORTING PERSON  ☐ WITNESS  ☒ PERSON INTERVIEWED

| YOUMANS, RUDOLPH  E. | RACE W | SEX M | DATE OF BIRTH 12/17/48 | VICTIM'S RACE/SEX: ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER / ☐ 1610 MALE ☐ 1611 FEMALE |
|---|---|---|---|---|

(LAST NAME) (FIRST NAME) (MIDDLE NAME)

| 38. HOME ADDRESS | 39. HOME PHONE | 40. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 217 North Blvd. | 643-1615 | 3959188 | Mailman |

| 41. BUSINESS ADDRESS | 42. BUSINESS PHONE | 43. SOC. SECURITY NO. | 37. RESIDENCE STATUS |
|---|---|---|---|
| 5919 Chef Menteur Hwy. | 589-2624 | 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 | ☐ 630 N.O. RESIDENT ☐ 632 TOURIST ☐ 631 METRO RESIDENT ☐ 633 BUSINESS |

| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS. TO | 46. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | XX | X | X | X |

**NUMBER OF ARRESTS / ARRESTED SUBJECT**

| 47. NAME OF ARRESTEE | RACE | SEX | DATE OF BIRTH | 48. RIGHTS WAIVED ☐ YES ☐ NO | FORM NUMBER |
|---|---|---|---|---|---|
| 49. ADDRESS | | | 50. DATE/TIME ARREST | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY |
| 53. ARREST LOCATION | 54. DIST. | 55. ZONE | 56. RELAT | 57. TRANS. UNIT | 58. TRANSPORTED BY |
| 59. SOBRTY. INJURY TYPE INJURY | TREATED | MEDICAL | TRANS | 60. TRANS. TO | 61. DOCTOR/CORONER |

MUNICIPAL ☐  STATE ☐  JUVENILE ☐  ALIAS    SOCIAL SECURITY    MAGISTRATE DATE    TIME

62. CHARGES/COMMENTS

I, _____ NAME (PRINT) HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED.  ADDRESS (PRINT)  (DATE & TIME)  RELATIONSHIP

RELEASED BY (PRINT) _____  SIGNATURE _____ CUSTODIAN

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1. CLEAR | | I – Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 7. COMMON LAW |
| 2. CLOUDY | G – GOOD | S – Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/RELEASED | 2. OTHER EMS | 1. HUSBAND/WIFE |
| 3. RAIN | | B – Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 2. FATHER/MOTHER  8. RELATIVES |
| 4. SNOW | F – FAIR | W – White | 4. DRUGS | 4. Serious | | 4. CIVILIAN | 3. SON/DAUGHTER  8. STRANGER (KNOWN TO AREA) |
| 5. FOG | | O – Oriental | 5. UNKNOWN | 5. Moderate | | | 4. BROTHER/SISTER |
| 6. OTHER | P – POOR | X – Other | | 6. Minor | | | 5. EMPLOYEE/EMPLOYER  10. COMPLETE STRANGER |
| | | | | 7. No Injury | | | 6. FRIEND/ACQUAINTANCE |

**ADM**

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS / TOW / OTHER | 69. ACCESS NUMBER |
|---|---|---|---|
| John Dillmann Unit 3142 | J. Ducos 3721 | Unit 1807 | |

| 66. REPORTING OFFICER | BADGE | 67. REPORTING OFFICER | BADGE | 68. CAR | SUPERVISOR |
|---|---|---|---|---|---|
| P.O. Albert Spiess | 1479 | P.O. leon Frisard | 833 | 706 | Schentz |

REV 8 NOV. 82

CERTIFIED DA OFFICE COPY

EXHIBIT C

OPDA-FLANKS023942

## NEW ORLEANS POLICE DEPARTMENT

**X INCIDENT REPORT / SUPPLEMENTAL REPORT**

PAGE 2 OF 9

1. ITEM NUMBER: L-17352-83

**EVENT**

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST | SECTOR | | |
|---|---|---|---|---|---|---|
| 64-30 | Armed Robbery & Murder | 12/17/83 10AM | 7 | 702 | ☐ SELF INITIATED ☐ FLAGGED DOWN ☒ CFS | |

7. LOCATION OF OCCURRENCE: 6000 DEANNE ST.

| 8. DATE/TIME OF REPORT | 9. ZONE/SUBZONE | 10. WEATHER | 11. TEMP | 12. LIGHTING | 13. BULLETIN REQD |
|---|---|---|---|---|---|
| 12/17/83 10:15 | DO1 | 2 | 50 | G | ☒ YES ☐ NO |

**WITNESS/REPORTING PERSON/VICTIM**

14. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☒ PERSON INTERVIEWED

GONZALES, JULIO H. (LAST NAME) (FIRST NAME) (MIDDLE NAME)

| RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|
| W | M | 12/31/45 | ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER ☐ 1610 MALE ☐ 1611 FEMALE |

16. HOME ADDRESS: 6911 Deanne St.
17. HOME PHONE: 245-0561
18. DRIVER'S LICENSE: 4118598
OCCUPATION: Salesman

19. BUSINESS ADDRESS: 1319 Montegut St.
20. BUSINESS PHONE: 944-2481
21. SOC. SECURITY NO.: 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
15. RESIDENCE STATUS: ☐ 630 N.O. RESIDENT ☐ 631 METRO RESIDENT ☐ 632 TOURIST ☐ 633 BUSINESS

| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 23. TRANS. TO | 24. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | XX |

25. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED

Mumme, Paul D. (LAST NAME) (FIRST NAME) (MIDDLE NAME)

| RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|
| W | M | 12/16/36 | ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER ☐ 1610 MALE ☐ 1611 FEMALE |

27. HOME ADDRESS: 6650 Virgilian
28. HOME PHONE: 242-7160
29. DRIVER'S LICENSE: 1277808
OCCUPATION: Yard Supervisor

30. BUSINESS ADDRESS: 2900 Peoples Ave.
31. BUSINESS PHONE: 947-0174
32. SOC. SECURITY NO.: 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
26. RESIDENCE STATUS: ☐ 630 N.O. RESIDENT ☐ 631 METRO RESIDENT ☐ 632 TOURIST ☐ 633 BUSINESS

| 33. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 34. TRANS. TO | 35. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | X |

36. NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED

SIMERAL, MICHELLE (LAST NAME) (FIRST NAME) (MIDDLE NAME)

| RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|
| W | F | 04/21/67 | ☐ 1601 WHITE ☐ 1602 BLACK ☐ 1603 OTHER ☐ 1610 MALE ☐ 1611 FEMALE |

38. HOME ADDRESS: 6921 Downman Rd.
39. HOME PHONE: 246-3565
40. DRIVER'S LICENSE: X
OCCUPATION: Cashier

41. BUSINESS ADDRESS: Downman Rd.
42. BUSINESS PHONE: 241-9173
43. SOC. SECURITY NO.: X
37. RESIDENCE STATUS: ☐ 630 N.O. RESIDENT ☐ 631 METRO RESIDENT ☐ 632 TOURIST ☐ 633 BUSINESS

| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS. TO | 46. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | X |

**NUMBER OF ARRESTS**

47. NAME OF ARRESTEE:
RACE: SEX: DATE OF BIRTH:
48. RIGHTS WAIVED ☐ YES ☐ NO   FORM NUMBER

49. ADDRESS:
50. DATE/TIME ARREST:
51. ARREST CREDIT:
52. RIGHTS ADVISED BY:

53. ARREST LOCATION:
54. DIST:   55. ZONE:   56. RELAY:   57. TRANS. UNIT:   58. TRANSPORTED BY:

59. SOBRTY.   INJURY   TYPE INJURY   TREATED   MEDICAL   TRANS   60. TRANS. TO   61. DOCTOR/CORONER

**ARRESTED SUBJECT**

MUNICIPAL ☐   STATE ☐   JUVENILE ☐   ALIAS   SOCIAL SECURITY   MAGISTRATE DATE   TIME

62. CHARGES/COMMENTS

I, _____ NAME (PRINT) _____ ADDRESS (PRINT) _____ (DATE & TIME) _____ RELATIONSHIP _____ HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT) _____ SIGNATURE _____ CUSTODIAN

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM | |
|---|---|---|---|---|---|---|---|---|
| 1. CLEAR | | I — Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE | 7. COMMON LAW |
| 2. CLOUDY | G — GOOD | S — Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/RELEASED | 2. OTHER EMS | 2. FATHER/MOTHER | 8. RELATIVES |
| 3. RAIN | | R — Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 3. SON/DAUGHTER | 9. STRANGER (KNOWN TO AREA) |
| 4. SNOW | F — FAIR | W — White | 4. DRUGS | 4. Severe | | 4. CIVILIAN | 4. BROTHER/SISTER | 10. COMPLETE STRANGER |
| 5. FOG | | O — Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER | |
| 6. OTHER | P — POOR | X — Other | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE | |
| | | | | 7. No Injury | | | | |

**ADM**

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS / TOW / OTHER | 69. ACCESS NUMBER |
|---|---|---|---|
| X | X | X | |

| 66. REPORTING OFFICER | BADGE | 67. REPORTING OFFICER | BADGE | 68. CAR | SUPERVISOR |
|---|---|---|---|---|---|
| P.O. Albert Spiess | 1479 | P.O. Leon Frisard | 833 | 706 | |

REV. 8 NOV 82

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023943

**N.O.P.D. — CONTINUATION**  PAGE 4 OF

| 70. CHARGES | 71. ITEM: |
|---|---|
| R.S. 14 Art 64-30 | L-17352-83 |

**TOTAL PERPETRATORS: 1**

**ARRESTED/WANTED SUBJECT**

### 72. NAME — [X] WANTED, [ ] ARRESTED, [ ] STATE, [ ] MUNICIPAL, [ ] MISSING, [ ] RUNAWAY
Unknown

| RACE | SEX | DATE OF BIRTH |
|---|---|---|
| N | M | 20-30yrs |

**PERPETRATOR RACE/SEX:** [ ] 1601 WHITE, [X] 1602 BLACK, [ ] 1603 OTHER, [X] 1610 MALE, [ ] 1611 FEMALE

### 73. ADDRESS
Unknown

| RELAT. | HEIGHT | WEIGHT |
|---|---|---|
| 10 | 5-10"-6-0" | 135-145 |

### 74. NAME #2 — [ ] ARRESTED, [ ] WANTED, [ ] STATE, [ ] MUNICIPAL, [ ] MISSING, [ ] RUNAWAY

| RACE | SEX | DATE OF BIRTH |
|---|---|---|
| x | x | x |

**PERPETRATOR RACE/SEX:** [ ] 1601 WHITE, [ ] 1602 BLACK, [ ] 1603 OTHER, [ ] 1610 MALE, [ ] 1611 FEMALE

### 75. ADDRESS

| RELAT. | HEIGHT | WEIGHT |
|---|---|---|
| x | x | x |

**HAIR STYLE:** 751 AFRO, 752 BRAIDED, 753 CURLY, 754 STRAIGHT, 755 CREWCUT, 756 WAVY, 757 BALD, 758 BALD BACK, 759 BALD FRONT, 760 SHORT, 761 MEDIUM, 762 LONG

**HAIR COLOR:** 731 BLONDE, 732 RED, 733 BROWN, 734 BLACK, 735 GREY/SILVER, 736 SALT/PEPPER, 737 MULTI-COLOR, 738 PLAT. BLONDE, 739 STREAKED, 740 GREY PATCHES, 741, 742

**FACIAL HAIR:** 771 NO SIDEBURNS, 772 LONG SIDEBURNS, 773 MUTTON CHOPS, 774 BEARD, 775 GOATEE, [X] 776 MUSTACHE thin, 777 FU-MANCHU, 778 HAIR UND. LIP, 779 NEAT, 780 UNSHAVEN, 781 BUSHY EYEBROWS, 782 THIN EYEBROWS, 783 CLEAN SHAVEN

**BUILD:** 801 SMALL/PETITE, [X] 802 THIN, 803 MEDIUM, 804 MUSCULAR, 805 HEAVY/STOCKY, 806 FLABBY, 807 STOOPED SHOULDERS, 808 NARROW SHOULDERS, 809 BROAD SHOULDERS, 810 LARGE CHEST, 811 DWARF/MIDGET, 812 LARGE BUTTOCKS

**EYES:** 861 BLUE, 862 BROWN, 863 GREY, 864 GREEN, 865 PINK, 866 BLOODSHOT, 867 BULGING, 868 CROSSED, 869 MISSING/GLASS, 870 SQUINTS/BLINKS, 871 GLASSES/CONTACTS, 872 SLANTED/ORIENTAL

**NOSE:** 881 LARGE, 882 SMALL, 883 LONG, 884 THIN, 885 PUG, 886 POINTED, 887 BROAD, 888 FLAT, 889 BROKEN, 890 HOOKED, 891 RED/PURPLE, 892 BIG NOSTRIL

**TEETH:** 901 GOOD, 902 IRREGULAR, 903 DECAYED, 904 PROTRUDING, 905 GAPS, 906 MISSING, 907 CHIPPED, 908 FALSE, 909 GOLD, 910 DESIGN, 911 DIAMOND, 912 BRACED

**COMPLEXION:** 821 ALBINO, 822 FAIR, 823 RUDDY, 824 OLIVE, 825 LT SKIN, [X] 826 BROWN, 827 DARK

**ACCENT:** 1021 AFRO/AMERICAN, 1022 SPANISH, 1023 ORIENTAL, 1024 FRENCH, 1025 ENGLISH, 1026 JAMAICAN

**SPEECH:** 1001 SOFT/POLITE, 1002 RASPY/DEEP, 1003 RAPID, 1004 SLOW, 1005 LOUD, 1006 MUTE, 1007 MUMBLES, 1008 STUTTERS, 1009 VULGAR, 1010 APOLOGETIC, 1011 EFFEMINATE, 1012 TALKATIVE

**FACIAL ODDITIES:** 921 BIRTHMARKS, 922 BLOTCHES, 923 FRECKLES, 924 MOLES/WARTS, 925 PIMPLES/POCKS, 926 WRINKLES, 927 HIGH CHEEKS, 928 THICK LIP, 929 HARELIP, 930 LARGE EARS, 931 CAULIFLOWER EARS, 932 MISSING EARS

**ODDITIES:** 941 BOW LEGS, 942 LIMP, 943 CRIPPLED ARM, 944 MISSING ARM, 945 MISSING FINGERS, 946 MISSING HAND, 947 MISSING FOOT, 948 MISSING LEG, 949 ABNORMAL GENITALS, 950 BODY ODOR, 951 LEFT HANDED, 952 UNUSUAL ODORS

**SCARS:** 961 CHEEK, LEFT; 962 CHEEK, RIGHT; 963 CHIN; 964 EAR, LEFT; 965 EAR, RIGHT; 966 EYEBROW, LEFT; 967 EYEBROW, RIGHT; 968 LIP, UPPER; 970 NOSE; 971 BURN SCAR; 972 ARM, LEFT

**SCARS:** 973 ARM, RIGHT; 974 HAND, LEFT; 975 HAND, RIGHT; 976 WRIST, LEFT; 977 WRIST, RIGHT; 978 CHEST; 979 NECK; 980 BACK; 981 LEG, LEFT; 982 LEG, RIGHT; 983 TRACK MARKS; 984

**TATTOOS:** 985 ARM, LEFT; 986 ARM, RIGHT; 987 HAND, LEFT; 988 HAND, RIGHT; 989 FOREHEAD; 990 CHEST; 991 NECK; 992 BACK; 993 LEG, LEFT; 994 LEG, RIGHT; 995 CHEEK, LEFT; 996 CHEEK, RIGHT

**APPAREL:** 1041 CLOTH OVER FACE, 1042 STOCKING OVER FACE, 1043 MASK, 1044 HEAD CLOTH/RAG, 1045 EARRINGS, 1046 SUNGLASSES, 1047 RINGS, 1048 GLOVES, 1049 CAP/HAT, 1050 MAN-FEMALE ATTIRE, 1051 WESTERN WEAR, 1052 TENNIS SHOES

### ADDITIONAL DESCRIPTION / CLOTHING — TATTOOS — SCARS AND TEETH — IDENTIFIABLE #1 [X]  #2 [ ]

1. Dark blue or black pants, tan or beige windbreaker, with white milky showder cap.

   subject armed with 25 cal. crome automatic.

2.

**VEHICLE**

[X] 1061 WANTED, [ ] 1062 VICTIM, [ ] 1063 STOLEN LOCAL, [ ] 1064 STOLEN FOREIGN, [ ] 1065 RCVD LOCAL, [ ] 1066 IMPOUNDED, [ ] 1067 SUSPECT, [ ] 1068 RCVD FOREIGN

| 76. YEAR | 77. MAKE | 78. MODEL | 79. STYLE | 80. VIN/SERIAL NO. |
|---|---|---|---|---|
| Unk | Make | Unk | Unk | Unk |

| 81. LIC. NUMBER | 82. LIC. ST. | 84. LIC. YR. | 84. COLOR OF VEH | UCR CATEGORY | VALUE STOLEN | VALUE RECOVERED |
|---|---|---|---|---|---|---|
| Unk | Unk | Unk | Light Blue | D | x | x |

85. LOCATION OF RECOVERY: N/A

**VEHICLE MAKE:** 1101 AMC, 1102 BUICK, 1103 CADILLAC, 1104 CHEVY, 1105 CHRYSLER, 1106 DODGE, 1107 FORD, 1108 LINCOLN, 1109 MERCURY, 1110 OLDS, 1111 PLYMOUTH, 1112 PONTIAC, 1113 AUDI, 1114 DATSUN, 1115 FIAT, 1116 HONDA, 1117 MAZDA, 1118 MG, 1119 PORSCHE, 1120 TOYOTA, 1121 TRIUMPH, 1122 VOLKS, 1123 VOLVO, 1124 OTHER, 1131 2 DOOR, 1132 4 DOOR, 1133 STA./WAGON, 1134 PICK-UP, 1135 CONVERTIBLE, 1136 TRUCK, 1137 MTRCYCLE, 1138 BICYCLE, 1139 OTHER, 1140, 1141, 1142, 1201–1215

**STOLEN/RECOVERED VEHICLE**

### STOLEN / RECOVERED VEHICLE M.O.
570 VEHICLES, 571 GAS STOLEN ONLY, 572 BATTERY STOLEN ONLY, 573 JOY RIDE, 574 VIN CHANGED/RESOLD, 575 LOCKS BROKEN OUT, 576 LOCKED STEERING/TRANS. DEFEATED, 577 USED IN OTHER CRIME, 578 WINDOW ENTERED, 579 KEYS LEFT IN CAR, 580 CAR LEFT UNLOCKED BY VICTIM, 581 CAR LEFT LOCKED BY VICTIM, 591 FAMILY RESIDENTIAL, 592 APARTMENT COMPLEX, 593 HOUSING PROJECT, 594 COMMERCIAL, 595 PARK/PLAYGROUND, 596 DESERTED HIGHWAY/STREET

86. ADDITIONAL DESCRIPTION

**WEAPON**

| NCIC | PAWNSHOP | 87. MAKE | 88. MODEL | 89. CAL. | 90. SERIAL NO. | 91. BUTT NO. |
|---|---|---|---|---|---|---|
| [ ] STOLEN, [ ] NOT STOLEN | [ ] RECORD, [ ] NO RECORD | | | | | |

92. ADDITIONAL INFORMATION

**WEAPON:** 1141 HAND GUN, 1142 SHOTGUN, 1143 RIFLE, 1144 SIMULATED, 1145 IMPLIED, 1146 KNIFE, 1147 VEHICLE, 1148 BLUNT INSTRUMENT, 1149 THROWN OBJECT, 1150 EXPLOSIVE, 1151 LIQUID/GAS, 1152 OTHER, 1153 CHROME NICKEL, 1154 BLUE STEEL, 1155 SHORT BARREL, 1156 DOUBLE BARREL, 1157 SINGLE BARREL, 1158 SAWED OFF, 1159 PUMP, 1160 BOLT, 1161 AUTOMATIC, 1162 REVOLVER, 1163 ALT. STOCK, 1164 OTHER

ACCESS NUMBER

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023944

# NEW ORLEANS POLICE DEPARTMENT

**INCIDENT REPORT / SUPPLEMENTAL REPORT** — PAGE 3 of 9

1. ITEM NUMBER: L-17352-83

**EVENT**

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST | 6. SECTOR | |
|---|---|---|---|---|---|
| 64-30 | Armed Robbery & Murder | 12-17-83 10am | 7 | 702 | ☐ SELF INITIATED  ☐ FLAGGED DOWN  ☒ CFS |

| 7. LOCATION OF OCCURRENCE | 8. DATE/TIME OF REPORT | 9. ZONE/SUBZONE | 10. WEATHER | 11. TEMP | 12. LIGHTING | 13. BULLETIN REQD |
|---|---|---|---|---|---|---|
| 6000 Deanne St. | 12-17-83 10:15am | D-01 | 2 | 50 | G | ☒ YES  ☐ NO |

**WITNESS/REPORTING PERSON/VICTIM**

14. NAME  ☐ VICTIM  ☐ REPORTING PERSON  ☐ WITNESS  ☒ PERSON INTERVIEWED

Peneguy, George B. (LAST NAME / FIRST NAME / MIDDLE NAME)

| RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|
| W | M | 7-8-15 | ☒ 1601 WHITE  ☒ 1610 MALE  ☐ 1602 BLACK  ☐ 1611 FEMALE  ☐ 1603 OTHER |

16. HOME ADDRESS: 6900 Deanne St.

17. HOME PHONE: 242-9686

18. DRIVER'S LICENSE: 571646?1a.

OCCUPATION: Retired

19. BUSINESS ADDRESS: None

20. BUSINESS PHONE: None

21. SOC. SECURITY NO.: 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

15. RESIDENCE STATUS: ☒ 630 N.O. RESIDENT  ☐ 632 TOURIST  ☐ 631 METRO RESIDENT  ☐ 633 BUSINESS

| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 23. TRANS. TO | 24. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | X |

25. NAME  ☐ VICTIM  ☐ REPORTING PERSON  ☐ WITNESS  ☒ PERSON INTERVIEWED

Peneguy, Murel S. (LAST NAME / FIRST NAME / MIDDLE NAME)

| RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|
| W | F | 12-27-25 | ☒ 1601 WHITE  ☐ 1610 MALE  ☐ 1602 BLACK  ☒ 1611 FEMALE  ☐ 1603 OTHER |

27. HOME ADDRESS: 6900 Deanne St.

28. HOME PHONE: 242-9686

29. DRIVER'S LICENSE: 1070348?1a.

OCCUPATION: Clerk

30. BUSINESS ADDRESS: 6600 Morrison Rd.

31. BUSINESS PHONE: 242-7366

32. SOC. SECURITY NO.: 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

26. RESIDENCE STATUS: ☒ 630 N.O. RESIDENT  ☐ 632 TOURIST  ☐ 631 METRO RESIDENT  ☐ 633 BUSINESS

| 33. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 34. TRANS. TO | 35. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | X |

36. NAME  ☐ VICTIM  ☐ REPORTING PERSON  ☐ WITNESS  ☐ PERSON INTERVIEWED

(LAST NAME / FIRST NAME / MIDDLE NAME)

| RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|
| | | | ☐ 1601 WHITE  ☐ 1610 MALE  ☐ 1602 BLACK  ☐ 1611 FEMALE  ☐ 1603 OTHER |

38. HOME ADDRESS

39. HOME PHONE

40. DRIVER'S LICENSE

OCCUPATION

41. BUSINESS ADDRESS

42. BUSINESS PHONE

43. SOC. SECURITY NO.

37. RESIDENCE STATUS: ☐ 630 N.O. RESIDENT  ☐ 632 TOURIST  ☐ 631 METRO RESIDENT  ☐ 633 BUSINESS

| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS. TO | 46. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**NUMBER OF ARRESTS**

47. NAME OF ARRESTEE

| RACE | SEX | DATE OF BIRTH | 48. RIGHTS WAIVED  ☐ YES  ☐ NO | FORM NUMBER |
|---|---|---|---|---|
| | | | | |

49. ADDRESS

50. DATE/TIME ARREST

51. ARREST CREDIT

52. RIGHTS ADVISED BY

53. ARREST LOCATION

54. DIST.  55. ZONE  56. RELAT

57. TRANS. UNIT  58. TRANSPORTED BY

| 59. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 60. TRANS. TO | 61. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

MUNICIPAL ☐   STATE ☐   JUVENILE ☐   ALIAS

SOCIAL SECURITY

MAGISTRATE DATE   TIME

62. CHARGES/COMMENTS

**ARRESTED SUBJECT**

I, _____ NAME (PRINT) _____ ADDRESS (PRINT) _____ (DATE & TIME) _____ RELATIONSHIP

HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT)

SIGNATURE  CUSTODIAN

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1. CLEAR | | I — Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE  7. COMMON LAW |
| 2. CLOUDY | G — GOOD | S — Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/RELEASED | 2. OTHER EMS | 2. FATHER/MOTHER  8. RELATIVES |
| 3. RAIN | | N — Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 3. SON/DAUGHTER  9. STRANGER (KNOWN TO AREA) |
| 4. SNOW | F — FAIR | W — White | 4. DRUGS | 4. Severe | | 4. CIVILIAN | 4. BROTHER/SISTER |
| 5. FOG | | O — Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER  10. COMPLETE STRANGER |
| 6. OTHER | P — POOR | X — Other | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE |
| | | | | 7. No Injury | | | |

**ADM**

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS/TOW/OTHER | 69. ACCESS NUMBER |
|---|---|---|---|
| X | X | X | |

| 66. REPORTING OFFICER | BADGE | 67. REPORTING OFFICER | BADGE | 68. CAR | SUPERVISOR |
|---|---|---|---|---|---|
| P/O Albert Spiess | 1479 | P/O LeOn Frisard | 833 | 706 | |

REV. 8 NOV. 82

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023945

| N.O.P.D. — PROPERTY CONTINUATION | | PAGE | 6 | OF | 9 | | ITEM L-17352-83 | |
|---|---|---|---|---|---|---|---|---|

| STOLEN | | | | | | UCR CATEGORIES | |
|---|---|---|---|---|---|---|---|
| ☐ 521 CASH | ☐ 526 FURS | ☐ 532 FIRE ARM | ☐ 538 DRUGS | ☐ MOTOR VECHILE PARTS OR ACC | | A CURRENCY | G FIREARMS |
| ☐ 522 CREDIT CARD | ☐ 527 CLOTHING | ☐ 533 HOUSEHOLO ITEM | ☐ 539 LINGERIE, UNDERCLOTHING | ☐ 547 BICYCLE | | B JEWELRY | H HOUSEHOLD |
| ☐ 523 CHECK OR NEGOTIABLE | ☐ 528 TV & RADIO — NOT VEHICLE | ☐ 534 FOOD, LIQUOR | ☐ 540 ART OBJECTS, ANTIQUES | ☐ 548 TOOLS, CONSTRUCTION EQUIP | | C CLOTHES | I CONSUMABLES |
| ☐ 524 JEWELRY | ☐ 529 STEREO | ☐ 535 TOBACCO PRODUCTS | ☐ 541 STAMP/COIN COLLECTIONS | ☒ 549 OTHER PROPERTY | | D VEHICLE | J LIVESTOCK |
| ☐ 525 PRECIOUS METALS | ☐ 530 TAPE RECORDER, VIDEO RECORDER | ☐ 536 GAS AND OIL | ☐ 542 LANDSCAPING/PLANTS | ☐ 550 BUILDING OUTSIDE - DAMAGE | | E OFFICE EQUIPMENT | K MISC. |
| | ☐ 531 CAMERA, PROJECTOR | ☐ 537 TOILETRIES | ☐ 543 MOTOR VEHICLE | ☐ 551 BUILDING INSIDE - DAMAGE | | F TV·RADIO·CAMERA | L DAMAGE |

| SEO | QUAN | BRAND/MANUFACTURER | DESCRIPTION/MODEL | SERIAL NO | UCR CATEGORY | VALUE STOLEN | RECOVERED |
|---|---|---|---|---|---|---|---|
| A | 1 | | Ladies blue handbag, with two handles and one zipper, containing various personal papers in the victims name. | | K | 25.00 | |
| | | | **Evidence** | | | | |
| B | 1 | | Spent .25 cal. casing found on the scene lying next to the victims body | | | | |
| | | | Above evidence was removed from the scene by the crime lab for processing | | | | |
| | | | **Narrative** | | | | |

V    Mrs Fay Carnesi stated that on 12-17-83 at about 10am she had got into her vehicle ( 1979 Mazda, GLC, sta/wag, La.Lic# 766B440 ) which was parked on pines blvd., in the middle on the block. Mrs Carnesi further stated that as she was sitting in the vehicle waiting for her husband to come out and saw a negro male subject walking across her front lawn . Mrs Carnesi went on to say that the subject stopped at the intersection of pines and deanne and looked in all directions. Mrs Carnesi further stated that the su ect then walked past her on pines walking toward W. Laverne ( east bound direction ). Mrs Carnesi then stated that her husband then came out of the residence and walked up to her and talking for a minute or so, then kissed her goodbye. Mrs carnesi went on to say that as her husband stood up ( was leaning over to kiss his wife ) the subject was standing next to her husband. Mrs carnesi then stated that the subject then pulled a gun from his pocket and pointed it at her husband and stated " GIVE ME YOUR MONEY " her husband at that time looked at the subject and told him what are you talking about. The subject then reached for the victims pants pocket and her husband grabbed the subjec hand. The subject then pushed her husband back and pointed directly at her husband a shot him. Mrs Carnesi then started yelling and screaming and the subject turned and poin the gun at her and stated " Give me your money". Mrs Carnesi then grabbed her purse off the front seat and tossed it at the subject. The subject then took the purse and ran on pines st back toward deanne st. Mrs Carnesi then got out the car and looked at her husba then ran behind the subject. Mrs Carnesi saw a light blue vehicle take off from the curb, which was parked down from her residence on the same side of the street. Mrs Carnesi could not see if the subject was driving because of the bushes blocking her view Mrs Carnesi at this time started yelling and screaming that her husband had been shot. Mrs C rnesi then ran back to her husband that was lying on the ground and the next thing several neighbors and relatives were all around. Mrs Carnesi further stated that she could identify the subject if she saw him again.

ACCESS NUMBER

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023946

OPDA-FLANKS023947

CERTIFIED DA OFFICE COPY

**NEW ORLEANS POLICE DEPARTMENT**  |  X  **INCIDENT REPORT SUPPLEMENTAL REPORT**  PAGE **3** OF **9**  |  1. ITEM NUMBER **L-17359-83**

**EVENT**

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST | 6. SECTOR | | |
|---|---|---|---|---|---|---|
| 64-30 | Armed Robbery & Murder | 12-17-83 10am | 7 | 702 | □ SELF INITIATED  □ FLAGGED DOWN  X CFS | |

| 7. LOCATION OF OCCURRENCE | 8. DATE/TIME OF REPORT | 9. ZONE/SUBZONE | 10. WEATHER | 11. TEMP | 12. LIGHTING | 13. BULLETIN REQD |
|---|---|---|---|---|---|---|
| 6000 Deanne St. | 12-17-83 10:15am | D-01 | 2 | 50 | G | X YES □ NO |

**WITNESS/REPORTING PERSON/VICTIM**

| 14. NAME  □ VICTIM  □ REPORTING PERSON  □ WITNESS  X PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| Peneguy, George B. (LAST NAME)(FIRST NAME)(MIDDLE NAME) | W | M | 7-8-15 | X 1601 WHITE  □ 1602 BLACK  □ 1603 OTHER    X 1610 MALE  □ 1611 FEMALE |

| 16. HOME ADDRESS | 17. HOME PHONE | 18. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 6900 Deanne St. | 242-9686 | 571646?1a. | Retired |

| 19. BUSINESS ADDRESS | 20. BUSINESS PHONE | 21. SOC. SECURITY NO. | 15. RESIDENCE STATUS |
|---|---|---|---|
| None | None | 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 | X 630 N.O. RESIDENT  □ 631 METRO RESIDENT    □ 632 TOURIST  □ 633 BUSINESS |

| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 23. TRANS. TO | 24. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 1 | 7 | X | X | X | X | X | X |

| 25. NAME  □ VICTIM  □ REPORTING PERSON  □ WITNESS  X PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| Peneguy, Murel S. (LAST NAME)(FIRST NAME)(MIDDLE NAME) | W | F | 12-27-25 | X 1601 WHITE  □ 1602 BLACK  □ 1603 OTHER    □ 1610 MALE  X 1611 FEMALE |

| 27. HOME ADDRESS | 28. HOME PHONE | 29. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 6900 Deanne St. | 242-9686 | 107034871a. | Clerk |

| 30. BUSINESS ADDRESS | 31. BUSINESS PHONE | 32. SOC. SECURITY NO. | 26. RESIDENCE STATUS |
|---|---|---|---|
| 6600 Morrison Rd. | 242-7366 | 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 | X 630 N.O. RESIDENT  □ 631 METRO RESIDENT    □ 632 TOURIST  □ 633 BUSINESS |

| 33. SOBRTY. | INJURY | TYPE INJURY | | TREATED | MEDICAL | TRANS | 34. TRANS. TO | 35. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|---|
| 1 | 7 | | X | X | X | X | X | X |

| 36. NAME  □ VICTIM  □ REPORTING PERSON  □ WITNESS  □ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| (LAST NAME)(FIRST NAME)(MIDDLE NAME) | | | | □ 1601 WHITE  □ 1602 BLACK  □ 1603 OTHER    □ 1610 MALE  □ 1611 FEMALE |

| 38. HOME ADDRESS | 39. HOME PHONE | 40. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| | | | |

| 41. BUSINESS ADDRESS | 42. BUSINESS PHONE | 43. SOC. SECURITY NO. | 37. RESIDENCE STATUS |
|---|---|---|---|
| | | | □ 630 N.O. RESIDENT  □ 631 METRO RESIDENT    □ 632 TOURIST  □ 633 BUSINESS |

| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS. TO | 46. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**NUMBER OF ARRESTS**

| 47. NAME OF ARRESTEE | RACE | SEX | DATE OF BIRTH | 48. RIGHTS WAIVED  □ YES  □ NO | FORM NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| 49. ADDRESS | 50. DATE/TIME ARREST | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY |
|---|---|---|---|
| | | | |

| 53. ARREST LOCATION | 54. DIST. | 55. ZONE | 56. RELAT | 57. TRANS. UNIT | 58. TRANSPORTED BY |
|---|---|---|---|---|---|
| | | | | | |

| 59. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 60. TRANS. TO | 61. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**ARRESTED SUBJECT**

| MUNICIPAL □  STATE □  JUVENILE □ | ALIAS | SOCIAL SECURITY | MAGISTRATE DATE | TIME |
|---|---|---|---|---|
| | | | | |

62. CHARGES/COMMENTS

I, _____ NAME (PRINT) _____ ADDRESS (PRINT) _____ (DATE & TIME) _____ RELATIONSHIP _____ HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT) _____ SIGNATURE _____ CUSTODIAN

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM | |
|---|---|---|---|---|---|---|---|---|
| 1. CLEAR | | I — Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE | 7. COMMON LAW |
| 2. CLOUDY | G. — GOOD | S — Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/ | 2. OTHER EMS | 2. FATHER/MOTHER | 8. RELATIVES |
| 3. RAIN | | N — Negro | 3. INTOX | 3. Serious Non-Fatal | RELEASED | 3. POLICE | 3. SON/DAUGHTER | 9. STRANGER |
| 4. SNOW | F — FAIR | W — White | 4. DRUGS | 4. Severe | 3. HOSPITALIZED | 4. CIVILIAN | 4. BROTHER/SISTER | (KNOWN TO AREA) |
| 5. FOG | | O — Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER | 10. COMPLETE |
| 6. OTHER | P — POOR | X — Other | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE | STRANGER |
| | | | | 7. No Injury | | | | |

**ADM**

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS / TOW / OTHER | 69. ACCESS NUMBER |
|---|---|---|---|
| X | X | X | |

| 66. REPORTING OFFICER | BADGE | 67. REPORTING OFFICER | BADGE | 68. CAR | SUPERVISOR |
|---|---|---|---|---|---|
| P/O Albert Spiess | 1479 | P/O LeOn Frisard | 833 | 706 | |

REV. 8 NOV. 82

| | | | | | | |
|---|---|---|---|---|---|---|
| **NOPD SIGNAL** 64-30 | | **NEW ORLEANS POLICE DEPARTMENT** **UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT** **AND INCIDENT REPORT** **CONTINUATION SHEET** | | **SUPP STATE COMPUTER NUMBER** | | |
| **PAGE 7 OF 9** | | | | **NOPD ITEM NUMBER** L-17352-83 | | |

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| | | Mrs Carnesi further stated that she believed the subject was going to shoot her husband again but when she started yelling and screaming the subject got afraid. | | | | |
| P/I | | Rudolph Youmans stated that he was driving on pines blvd in a west bound direction when he saw a subject lying on the ground and also discovered a female subject later learned to be Mrs Carnesi standing in the middle of the street yelling. Mr Youmans further stated that he pickup Mrs Carnesi and drove her to the intersection of pines and deanne st when several neighbors came out and was told of the incident. Mr Youmans stated that they were 5old to call the police. Mr Youmans waited on the corner of pines and deanne with Mrs Carnesi. | | | | |
| P/I | | Julio Gonzales stated that he is the son in law of the victim's and when he heard the yelling and screaming he came out of his residence at 6911 Deanne st ( which is next door to the victims ) and saw his mother in law standing on the corner he ran toward her and then looked down the street on pines and saw his father in law lying on the ground. Mr youmans then ran over to him and saw that he was shot in the chest. Mr Youmans then back to his residence and got several blankets. Mr Youmans went back to his father in law and placed the blankets on him to keep him from going into shock. Mr Youmans went on to say that another subject had stopped and helped him cover his father in law. | | | | |
| P/I | | Paul Mumme stated that he was driving by when he saw a subject lying on the ground in the middle of the block on pines blvd. Mr Mumme further stated he thought that the subject had a heart attack or something and stopped to help because he had completed a course in CPR. Mr Mumme went on to say that he was met by a subject later learned to be Mr Julio Youmans and assisted him in placing several blankets over the victim alomg with a pillow for the victims head. | | | | |
| P/I | | Ms Michelle Simeral stated that she is the granddaughter of the victims. MS Simeral stated that she heard yelling and screaming outside of her residence. Ms Simeral ran outside and observed a light blue car driving away very fast but cou d not give any other information on the vehicle. Ms Simeral walked to the corner and saw that her grandmother was upset and later learned that her grandfather had been shot. | | | | |
| P/I | | George Peneguy stated that he was sitting inside his residence ( 6900 Deanne ) at the kitchen table, talking to his wife Mrs Murel Peneguy. Mr Peneguy further stated that he was looking out the front window when he saw a negro male subject walking in front of his residence. Mr Peneguy went on to say that he watched the subject walk to the walkway area of his residence then cross the street and stand at the corner ( pines and deanne, same side of the victims residence ). Mr Peneguy further stated that the subject was | | | | |

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| P/O Albert Spiess | 1479 | P/O Leon Frisard | 833 | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023948

| NOPD SIGNAL 64-30 | NEW ORLEANS POLICE DEPARTMENT UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT CONTINUATION SHEET | SUPP STATE COMPUTER NUMBER |
|---|---|---|
| PAGE 8 OF 9 | | NOPD ITEM NUMBER L-17352-83 |

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| | | looking back and to the side as if watching for something. Mr Peneguy went on to say that the subject then started walking down pines st toward W. Laverne ( east bound direction ). Mr Peneguy then lost sight of the subject. Mr Peneguy then stated shortly after he heard a popping noise and some screaming and yelling and he and his wife then ran to the door. Mr Peneguy then saw Mrs Carnesi running across the front lawn of her residence ( Carnesi ) Yelling " Daddy has been shot ", several times. Mr Peneguy along with his wife went back into the residence and called the police. Mr Peneguy and his wife then went outside and went over to the Carnesi residence ( 6901 Deanne St. ) and picked up the granddaughter and brought her back to their residence. Mr Peneguy stated that he did not see any vehicle or the subject run back in front of the residence. | | | | |
| P/I | | Murel Peneguy stated that she was sitting at the kitchen table with her husband drinking some coffee when her husband told her he saw a subject looking all around. Mrs Peneguy then looked out the window and saw the subject standing on the croner looking around in every direction and then walk down Pines St. toward W. Laverne, and out of sight. Mrs Peneguy went on to say that she then went to the bathroom when she heard the yelling and screaming outside . Mrs Peneguy with her husband ran outside and saw Mrs Carnesi yelling that her husband had been shot. Mrs Peneguy then went inside and called the police. Mrs peneguy then went to the Carnesi residence to see if she and her husband could help and took the great granddaughter to their for the time being. Mr Peneguy and Mrs Peneguy were able to give a discription of the subject that they sawwalking in front of their residence. | | | | |
| R/O | | Albert Spiess and Leon Frisard, assigned to the seventh district, car 706, reports responding to a call of a signal 34s, shooting at Deanne and Pine st on 12-17-83 at 10:07am. Upon arrival at the above location officers observed a subject lying on the groun next to a parked car. Officers checked the subject and found him to have been shot in the chect. Officer Albert Spiess ordered the Energency unit on a code 3. The subject was checked for vital signs but could not find any. Officers arrived on the scene at 10:12am and the emergency unit was ordered on a code 3 at that time. Officer Leon Frisard obtained a discript of the subject and the wanted vehicle from the victim and witnesses and the discription was broadcasted via channel 3 at 10:14am. At this time various seventh district units were in the area looking for the subject and vehicle. The officers at this time had the channel 3 dispatc order the necessary units, as it appears to be a possible signal 30 ( murder ). At 10:45am Det. John Dillmann, of the Homicide division, assigned to car 3142 arrived on the scene and conducted his investigation. Det Dillmann observed a spent 25 cal casing on the ground next to the victim in the street. The scene had been secured by | | | | |

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| P/O Leon Frisard | 833 | P/O Albert Spiess | 1479 | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023949

| | | | NOPD SIGNAL | | | SUPP STATE COMPUTER NUMBER | | |
|---|---|---|---|---|---|---|---|---|

NOPD SIGNAL 64-30

NEW ORLEANS POLICE DEPARTMENT
UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT
AND INCIDENT REPORT
CONTINUATION SHEET

PAGE 9 OF 9

SUPP STATE COMPUTER NUMBER

NOPD ITEM NUMBER
L-17352-83

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| | | Officers Frisard and Spiess with the assistance of P/O Roy D'archanglo, assigned to car 707, of the seventh district. | | | | |
| | | At 10:50am the coroner's investigator P. Lewis arrived on the scene and conducted his investigation. | | | | |
| | | At 10:58am crime lab units 3721, manned by Officer J. Ducos and 3722, manned by N. Oracio arrived on the scene and conducted their investigation . The crime lab unit 3721 conficiated the spent casing and will be placed on the evidence books after processing. | | | | |
| | | At 11:03am car 3, manned by Deputy Chief Louis Turner arrived on the scene and assisted in the investigation with supervision. | | | | |
| | | At 11:15am the coroner's wagon arrived on the scene, manned by Greg Mullen. | | | | |
| | | At 11:40am the Asst. Coroner arrived on the scene, manned by Dr. Jerry Rosenberg. Dr. Rosenberg pronounced the victim dead on the scene at that time. | | | | |
| | | At this time the victim was checked by the coroner and det. Dillmann for personal property and was released to the family (·property ). The propertty that was on the victim is listed as follows: 4-$5.00 bills, 2-$1.00 bills, one personal check in the amount of $96.00, $2.00 in change, and a set of keys. | | | | |
| | | The victims body was placed in the coroner's wagon and taken to the Coroner's office for further investigation. | | | | |
| | | Other units on the scene assisting in the investigation were unit 1807 ( emergency) manned by P/O Bill Suhle, and Emt C.J.Orgeron. Car 710, manned by Lt. John Ruth. | | | | |
| | | Officers Frisard and Spiess checked the neighborhood ( houses ) on both sides of the street for any possible information or witnesses with negative results. The officers also conducted a field search of the surrounding area in a six block square area for any evidence ( Possible the wanted subject may have thrown the victim's purse out the window of the wanted vehicle) with negative results. | | | | |
| | | The command desk was notified by Officers of the facts of the incident. Also Public information officer G. Krinkey was notified on the incident at 10:23am by the command desk. | | | | |
| | | Bulletin sent via teletype | | | | |
| | | Any additional information to follow in a supplemental report. | | | | |

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| P/O Albert Spiess | 1479 | P/O Leon Frisard | 833 | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023950