## NEW ORLEANS POLICE DEPARTMENT

| INCIDENT REPORT | PAGE | 1 | | 6 |
|---|---|---|---|---|
| X SUPPLEMENTAL REPORT | | | | |

1. ITEM NUMBER **L-17352-83**

### EVENT

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURRED | 5. DIST | 6. SECTOR | | |
|---|---|---|---|---|---|---|
| 30 | Murder | 12-17-84 10:00 AM | 7 | 702 | □ SELF INITIATED  □ FLAGGED DOWN  □ CFS | |

| 7. LOCATION OF OCCURRENCE | 8. DATE/TIME OF REPORT | 9. ZONE/SUBZONE | 10. WEATHER | 11. TEMP | 12. LIGHTING | 13. BULLETIN REQD |
|---|---|---|---|---|---|---|
| 6000 Blk. Pines Blvd. | 12-23-83 1:00 PM | D01 | 2 | 50 | G | □ YES  X NO |

### WITNESS/REPORTING PERSON/VICTIM

| 14. NAME  X VICTIM □ REPORTING PERSON □ WITNESS □ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| Carnesi, Martin | W | M | 11-06-15 | X 1601 WHITE  □ 1602 BLACK  □ 1603 OTHER  X 1610 MALE  □ 1611 FEMALE |

| 16. HOME ADDRESS | 17. HOME PHONE | 18. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| 6901 Deanne St. | 242-7531 | | Retired |

| 19. BUSINESS ADDRESS | 20. BUSINESS PHONE | 21. SOC. SECURITY NO. | 15. RESIDENCE STATUS |
|---|---|---|---|
| None | | | □ 630 N.O. RESIDENT  □ 631 METRO RESIDENT  □ 632 TOURIST  □ 633 BUSINESS |

| 22. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 23. TRANS. TO | 24. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| 5 | 1 | GSW to Chest | DOA | X | X | Morgue | N/A |

| 25. NAME  □ VICTIM □ REPORTING PERSON □ WITNESS □ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| | | | | □ 1601 WHITE  □ 1602 BLACK  □ 1603 OTHER  □ 1610 MALE  □ 1611 FEMALE |

| 27. HOME ADDRESS | 28. HOME PHONE | 29. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| | | | |

| 30. BUSINESS ADDRESS | 31. BUSINESS PHONE | 32. SOC. SECURITY NO. | 26. RESIDENCE STATUS |
|---|---|---|---|
| | | | □ 630 N.O. RESIDENT  □ 631 METRO RESIDENT  □ 632 TOURIST  □ 633 BUSINESS |

| 33. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 34. TRANS. TO | 35. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 36. NAME  □ VICTIM □ REPORTING PERSON □ WITNESS □ PERSON INTERVIEWED | RACE | SEX | DATE OF BIRTH | VICTIM'S RACE/SEX |
|---|---|---|---|---|
| | | | | □ 1601 WHITE  □ 1602 BLACK  □ 1603 OTHER  □ 1610 MALE  □ 1611 FEMALE |

| 38. HOME ADDRESS | 39. HOME PHONE | 40. DRIVER'S LICENSE | OCCUPATION |
|---|---|---|---|
| | | | |

| 41. BUSINESS ADDRESS | 42. BUSINESS PHONE | 43. SOC. SECURITY NO. | 37. RESIDENCE STATUS |
|---|---|---|---|
| | | | □ 630 N.O. RESIDENT  □ 631 METRO RESIDENT  □ 632 TOURIST  □ 633 BUSINESS |

| 44. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 45. TRANS. TO | 46. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### NUMBER OF ARRESTS — 1

| 47. NAME OF ARRESTEE | RACE | SEX | DATE OF BIRTH | 48. RIGHTS WAIVED  FORM NUMBER |
|---|---|---|---|---|
| Flank, Raymond | N | M | 9-16-63 | □ YES  X NO  N/A |

| 49. ADDRESS | 50. DATE/TIME ARREST | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY |
|---|---|---|---|
| 830 N. Prieur St. | 12-23-83  3:00PM | 29 | C. A. Flot Jr. |

| 53. ARREST LOCATION | 54. DIST. | 55. ZONE | 56. RELAT | 57. TRANS. UNIT | 58. TRANSPORTED BY |
|---|---|---|---|---|---|
| 730 S. White | X | X | X | X | X |

| 59. SOBRTY. | INJURY | TYPE INJURY | TREATED | MEDICAL | TRANS | 60. TRANS. TO | 61. DOCTOR/CORONER |
|---|---|---|---|---|---|---|---|
| X | X | None | | | | | |

| MUNICIPAL □  STATE □  JUVENILE □  ALIAS | SOCIAL SECURITY | MAGISTRATE DATE | TIME |
|---|---|---|---|
| | | 1-6-84 | 6:00PM |

### ARRESTED SUBJECT

62. CHARGES/COMMENTS

RS. 14 Art 30, Relative to the murder of Martin Carnesi.

Subject arrested for Armed Robbery of the A & P Food Store, 6600 Morrison Rd.
Subsequent investigation by members of the Homicide Division revealed that the
arrested subject shot the victim, during the perpetration of an armed robbery.

I, _____ NAME (PRINT) _____ ADDRESS (PRINT) _____ (DATE & TIME) _____ RELATIONSHIP
HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

SIGNATURE _____
RELEASED BY (PRINT) _____  CUSTODIAN

### CODES

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1. CLEAR | G — GOOD | I — Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE |
| 2. CLOUDY | F — FAIR | S — Spanish | 2. HBD | 2. Critical Non-Fatal | 2. TREATED/RELEASED | 2. OTHER EMS | 2. FATHER/MOTHER |
| 3. RAIN | P — POOR | N — Negro | 3. INTOX | 3. Serious Non-Fatal | 3. HOSPITALIZED | 3. POLICE | 3. SON/DAUGHTER |
| 4. SNOW | | W — White | 4. DRUGS | 4. Severe | | 4. CIVILIAN | 4. BROTHER/SISTER |
| 5. FOG | | O — Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER |
| 6. OTHER | | X — Other | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE |
| | | | | 7. No Injury | | | 7. COMMON LAW  8. RELATIVES  9. STRANGER (KNOWN TO AREA)  10. COMPLETE STRANGER |

### ADM

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS / TOW / OTHER | 69. ACCESS NUMBER |
|---|---|---|---|
| Det. John Dillmann | | | |

| 66. REPORTING OFFICER | BADGE | 67. REPORTING OFFICER | BADGE | 68. CAR | SUPERVISOR |
|---|---|---|---|---|---|
| Det. John Dillmann | 1309 | | | | |

REV. B NOV. 82

CERTIFIED DA OFFICE COPY

EXHIBIT D

OPDA-FLANKS023960

| NOPD SIGNAL | | NEW ORLEANS POLICE DEPARTMENT | | SUPP STATE COMPUTER NUMBER | | | |
|---|---|---|---|---|---|---|---|
| 30 | | UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT | | | | | |
| PAGE 3 OF 6 | | CONTINUATION SHEET | | NOPD ITEM NUMBER L-17352-83 | | | |
| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED | |

the torso, facing in a river direction. The victim's left arm was bent at the elbow, lying across the chest. The right arm was outstretched, facing in a uptown direction. The victim apparently suffered a single gunshot wound of the chest. The victim was clad in a Gray jumpsuit. The only physical evidence located on the scene was a spent 25 caliber casing. This casing was located in the street, approximately six feet from the body of the victim.

At approximately 10:58AM, Unit 3721, manned by Crime Lab Technician James Ducos, arrived on the scene. Technician Ducos processed the crime scene. This consisted of the confiscation of all physical evidence, obtaining scene photographs, measuring the entire scene, and drawing a detailed scene sketch. A copy of the Crime Scene Technician's Report has been made a part of the case file. It is available if deemed necessary.

At 10:50AM, Unit 2497, manned by Coroners Investigator Pernell Lewis, arrived on the scene.

At 11:15AM, Unit 2498, manned by Coroners Chauffeur Greg Mullen, arrived on the scene.

At 11:40AM, Assistant Coroner Dr. Jerry Rosenberg arrived on the scene and pronounced the victim dead. A preliminary examination by Dr. Rosenberg revealed that the victim suffered a single gunshot wound of the upper left chest. No exit wound was located.

In the presence of the investigating detective, the following property was removed from the body:

LEFT FRONT PANTS POCKET- Twenty-Two Dollars in U.S. Currency and one Ninety-Six Dollar check.

RIGHT FRONT PANTS POCKET-Two Dollars in various coins.

RIGHT REAR PANTS POCKET-One Black leather case, containing several keys.

The above mentioned property was turned over to the victim's son-in-law, Julio Gonzales, on the scene.

Once the scene investigation was completed, Detective Dillmann interviewed Mrs. Fay Carnesi. It was learned from Mrs. Carnesi that at about 10:00AM that morning she was leaving her residence when she observed a black male subject, standing on the corner of Deanne and Pines Sts. Mrs. Carnesi was seated in her vehicle, a 1977 Mazda Wagon, which was parked on Pines Blvd, in a downtown direction. This subject then walked past her vehicle and continued on Pine Blvd, in a downtown direction. Moments later, the victim walked up to the vehicle and Mrs. Carnesi rolled the window down. Mrs. Carnesi spoke to her husband for a minute or so and then the victim bent over into the vehicle, kissing her goodbye. As he turned, he was confronted by the unknown black male who produced a handgun. This subject then told the victim "Give me your money!" The victim then asked the subject what he was talking about. At this point, the subject reached for the victim's pocket and the victim grabbed his arm. The subject pushed the

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| Det. John Dillmann | 1309 | | | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023961

| NOPD SIGNAL | | NEW ORLEANS POLICE DEPARTMENT | | SUPP STATE COMPUTER NUMBER | | |
|---|---|---|---|---|---|---|
| 30 | | UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT | | | | |
| PAGE  4  OF 6 | | AND INCIDENT REPORT CONTINUATION SHEET | | NOPD ITEM NUMBER  L-17352-83 | | |
| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |

victim away and shot him at point blank range. Mrs. Carnesi began screaming and the subject pointed the handgun at her. He then told Mrs. Carnesi "Give me your money!" Mrs. Carnesi went on to say that she then took her purse, that was lying on the seat of the vehicle, and threw it out the window. The perpetrator then grabbed the purse and fled on Pines Blvd., in a uptown direction. Mrs. Carnesi then exited the vehicle and ran towards her residence. As she reached the intersection of Deanne and Pines Blvd., she observed the wanted subject fleeing in a light blue vehicle. This vehicle was heading in a lake direction on Deanne Street. Mrs. Carnesi then ran back to the victim and attempted to comfort him. Shortly thereafter, several neighbors brought her into her residence. Upon further questioning, Mrs. Carnesi stated that the per-petrator was armed with a chrome plated automatic. She stated that the subject fired only one shot at her husband. She described the subject as being a black male, approximately twenty-eight years of age, five feet, ten inches tall, one-hundred and fifty pounds, medium build, brown skinned, with a small mustache. She stated that this subject was clad in dark pants, a light colored windbreaker jacket, and was wearing a white plastic shower cap on his head. She added that she would be able to identify this subject if she saw his again. She further stated that the only property stolen was her Navy Blue cloth purse, containing a check book from the Bank of New Orleans and her Louisiana drivers license. A typed written statement was not obtained from Mrs. Carnesi at that time because of her poor physical condition.

Once the interview with Mrs. Carnesi was completed, Detective Dillmann spoke with Detective Mike Lentz, assigned to the M.C.I. Unit of the Seventh District. It was learned from Detective Lentz that the physical description of the wanted subject, furnished by Mrs. Carnesi, fits the physical description of a black male subject wanted for numerous Armed Robberies in the Seventh District area. He added that this subject has been preying on the elderly, mostly pedestrians, in the vicinity of Pines Village. (Area bounded by Morrison Rd, Downman Rd., and Interstate 10) Detective Dillmann, assisted by Detective Lentz then conducted a thorough canvass of the imme-diate area. Unfortunately, no other witnesses were located.

At approximately 10:00AM, December 18, 1983, Dr. Monroe Samuels performed an autopsy on the body of Martin Carnesi. It was learned that the victim suffered a gunshot wound of the upper left chest with penetration of the heart and right lung. During the autopsy, Dr. Samuels recovered a spent 25 caliber pellet. This pellet was marked for identification and sent to the Crime Lab for analysis. A copy of the Coroner's Day Record has been made a part of the case file. It is available if deemed necessary.

On Monday, December 19, 1983, Detective Dillmann met with Detective Lentz in the Seventh District station. Detective Lentz furnished the investigating detective with copies of the following Incident Reports;

Item # K-29818-83, Armed Robbery, Foch and Dwyer Sts., 11-29-83

Item # L-2521-83, Armed Robbery, 6300 block of Pines Blvd., 12-03-83

Item # L-7810-83, Armed Robbery, 6600 Morrison Rd., 12-08-83

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| Det. John Dillmann | 1309 | | | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023962

| NOPD SIGNAL | | | NEW ORLEANS POLICE DEPARTMENT UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT CONTINUATION SHEET | | SUPP STATE COMPUTER NUMBER | | |
|---|---|---|---|---|---|---|---|
| 30 | | | | | | | |
| PAGE 5 OF 6 | | | | | NOPD ITEM NUMBER L-17352-83 | | |

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|

Item # L-12171-83, Armed Robbery, Dwyer and Foch Sts., 12-12-83

Item # L-17352, Armed Robbery Murder, 6000 Blk. Pines Blvd., 12-17-83

Item # L-18303-83, Armed Robbery, 6600 Morrison Rd., 12-18-83

A review of the above mentioned reports reflected that the wanted subject is a black male, late twenties, 5'8" tall, medium build, brown skinned, small mustache, wearing a pink or white plastic shower cap. This subject is armed with a crome plated handgun and is driving an unknown make and model light blue vehicle. All of the aforementioned offenses occurred in the Pines Village area between the hours of 6:00AM and 11:00AM. Several of the victim's can identify the perpetrator. Copies of the above mentioned reports have been made a part of the case file and are available, if deemed necessary.

At approximately 6:30AM, Friday, December 23, 1983, Detective Dillmann was contacted by Detective Richard Marino, assigned to the M.C.I. Unit of the Seventh District. It was ascertained from Detective Marino that a approximately 5:05AM that morning, the A & P Food Store, located 6600 Morrison Rd, was robbed. He added that approximately forty-five minutes later, one Raymond Flank, black male, D.O.B. 09-16-83, was arrested for the offense. A 25 caliber crome plated automatic was confiscated, along with the stolen cash. Detective Marino went on to say that the physcial description of Flank closely fit the description of the wanted subject in the Murder of Martin Carnesi. Additionally, Flank was arrested from a 1982 Cheverolet Citation, light blue in color. This vehicle also fit the description of the wanted vehicle in the Carnesi murder. Upon further questioning, Detective Marino stated that Raymond Flank was currently confined to Central Lock-Up. The confiscated weapon had subsequently been transported to the Evidence and Property Section of the Department.

Once this information was obtained, Detective Dillmann proceeded to the Crime Lab where he spoke to Technician Otho Stubbs. Detective Dillmann requested Technician Stubbs to run a ballistic comparison test on the recovered 25 caliber automatic and the pellet recovered from the body of Martin Carnesi. Additionally, Detective Dillmann requested copies of the recent B.O.I. photographs of Raymond Flank, obtained when he was booked that morning.

Detective Dillmann then proceeded to the Homicide Office where he entered the name of the suspect into the N.O.P.D. motion computer. It was learned that Raymond Flank, D.O.B. 09-17-61, residing 830 N. Prieur St., had only two previous arrests, both municipal offenses.

Detective Dillmann then contacted Detective Lentz, who met him in the homicide office. Detective Lentz furnished Detective Dillmann with a copy of the Incident Report, submitted by Police Officers Flot and Riley of the Seventh District. This report, submitted under Item # L-23281-83, reflected that Raymond Flank was positively identified as the perpetrator. The Armed Robbery occurred at the A & P Food Store, located 6600 Morrison Rd. Flank was arrested at approximately 6:15AM, December 23, 1983, from the intersection of Elder and Franklin Ave. He was in possession of a Raven, 25 caliber

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| Det. John Dillmann | 1309 | | | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023963

| NOPD SIGNAL | NEW ORLEANS POLICE DEPARTMENT | | SUPP STATE COMPUTER NUMBER | |
|---|---|---|---|---|
| 30 | UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT | | | |
| | AND INCIDENT REPORT | | NOPD ITEM NUMBER | |
| PAGE 6 OF 6 | CONTINUATION SHEET | | L-17352-83 | |

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|

crome plated automatic, Serial Number 683233. Additionally, he was driving a 1982 Cheverolet Citation, Light Blue, bearing Louisiana 178B423. All of the stolen cash was recovered when Flank was arrested. A copy of this Incident Report has been made a part of the case file. It is also available, if deemed necessary.

At approximately 2:30PM, December 12, 1983, Detectives Dillmann and Lentz proceeded to 6901 Deanne St, the residence of Mrs. Fay Carnesi. Mrs. Carnesi viewed a photographic line-up, containing the recent photograph of Raymond Flank. Mrs. Carnesi was able to positively identify Raymond Flank as the subject that shot and killed her husband, during the perpetration of the armed robbery. Mrs. Carnesi then signed and dated the photographs, for identification purposes.

Upon returning to the homicide office, Detective Dillmann was contacted by Technician Otho Stubbs. It was learned from Technician Stubbs that the pellet recovered from the body of Martin Carnesi was positively fired from the 25 caliber automatic confiscated from Raymond Flank. Additionally, the 25 caliber casing that was found on the crime scene was positively fired from the weapon confiscated from Flank.

Once this information was obtained, Detective Dillmann prepared the necessary forms and transported them to Central Lock-Up. Raymond Flank was then booked with the Armed Robbery, Murder of Martin Carnesi.

As of the completion of this report, Raymond Flank has been positively identified as the subject that shot and killed Martin Carnesi. Additionally, the Murder weapon has been recovered, in the possession of Flank.

Raymond Flank has since been re-booked with two of the aforementioned Armed Robberies in the Pines Village area.

Office of the District Attorney to be consulted. Any furhter information will be submitted, via an additional supplemental report.................................................

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| Det. John Dillmann | 1309 | | | |

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023964