H3-212

## CRIMINAL INVESTIGATION BUREAU

| Off. Date | 12/17/83 | Off. Time | 10:00AM | Item | L- 17352-83 | Off. Location | XX | Off. Dist | XX | XX |

Type of Offense Murder-Follow-Up    Name of Business _____    Phone _____

Victim _____    Address _____    Phone _____

Weapon _____    Stolen Value _____    Recovered Value _____

Arrested/Wanted/Accused    SEE NARRATIVE

Description _____

Witness:

Detective John Dillmann, assigned to the Homicide Unit of the Major Offense Bureau, reports of continuing the follow-up investigation into the fatal shooting of one Martin Carnesi, white male, age 69, formerly residing 6901 Deanne st. This incident occured at approximately 10:00AM, Saturday, December 17, 1983, in the 6000 block of Pine Blvd.

Relative to this investigation, at about 10:00AM, Monday, December 19, 1983, Det. Dillmann met with Det. Mike Lentz, assigned to the M.C.I. Unit of the Seventh District. As previously mentioned, the wanted subject in this offense is currently wanted for numerous armed robberies in the Seventh District area. Det. Lentz provided the investigating detective with copies of the most recent Armed Robbery Reports in the area of Pine Village. After reviewing these reports the following incidents are pertenent to this investigation;

1- November 29, 1983, Armed Robbery, Foch and Dwyer Rd, Item # K-29818-83
2- December 03, 1983, Armed Robbery, 6300 block Pine Blvd, Item # L-2521-83
3- December 08, 1983, 6600 Block Morrison Rd, Armed Robbery,,Item # L-7810-83
4- December 12, 1983, Armed Robbery, Dwyer and Foch sts, Item #L-12171-83
5- December 17, 1983, Armed Robbery, Murder, 6000 Pine Blvd, Item # L- 17352-83
6- December 18, 1983, Armed Robbery, 6600 Morrison Rd, Item # L-18303-83

A review of these reports reflected that the wanted subject is a black male, early to late twenties, 5'8" to 5'11" tall, medium build, brown skinned, musthace, wearing a white or pink, plastic shower cap. This subject is armed with a small caliber nickel plated automatic. He is driving a old, light blue or gray vehicle. All of the aforementioned offenses have occured in the area of Pine Village(Dowman Rd, Morrison Rd, etc), between the hours of 6:00AM and 11:00AM. Several of the victim's can identify the perpetrator. Copies of the above mentioned reports have been made a part of the case file.

As of the completion of this daily, all the victim's in the above mentioned robberies will be interviewed and a more detailed discription obtained. All efforts are being made to identify the perpetrator and secure his apprehension.

THIS INVESTIGATION IS CONTINUING, FULL REPORT TO FOLLOW............................

EXHIBIT E

DETS. ASSIGNED    DET. JOHN DILLMANN    DATE 12/19/83

Nᵒ 001434    REFERENCES:    SUPV. SIGNATURE

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023952