

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL TOBACCO AND FIREARMS

# Report of Laboratory Examination

FORENSIC SCIENCE BRANCH
NATIONAL LABORATORY CENTER
1401 RESEARCH BLVD.
ROCKVILLE, MARYLAND 20850
PHONE: FTS  AREA CODE: 301
CHIEF: 443-1443
EVIDENCE ROOM: 443-5447
EXAMINER/ANALYST: 202-294-0420

**TO:** *(Use window envelope. Begin typing two lines below dots.)*

Mr. Bruce Whittaker
Assistant District Attorney
619 South White Street
New Orleans, LA  70119

**DATE:**
February 13, 1985

**YOUR:**

**RE:**
Examination of
Evidence
**OUR:**
85-N-0096F

**DATE EXHIBITS RECEIVED:**
January 25, 1985

**DELIVERED BY:** Registered Mail #R218345049

**TYPE OF EXAMINATION REQUESTED:**
Firearms

**EXHIBITS:**

Item 1 - One (1) .25 caliber Raven Arms pistol, model MP-25, white metal finish,
  wood grips, with magazine, serial #683233.
Item 2 - One (1) envelope containing one (1) .25 caliber, deformed copper-jacketed
  lead bullet, weight: 50.1 grams, rifling class characteristics (RCC):
  Left-6, marked S, OS and AJ for identification.
Item 3 - One (1) envelope containing one (1) .25 auto caliber discharged shell,
  FC headstamp, marked OS, JFD and AJ for identification.
Item 4 - One (1) envelope containing three (3) .25 auto caliber, copper-jacketed
  lead cartridges, FC headstamp.

RESULTS OF EXAMINATION:

The above described firearm (item 1) was examined and test-fired by the under-
signed.  It is mechanically sound and in operable condition.  The test-fired
bullets and shells were compared macroscopically with the evidence bullet
(item 2) and the discharged shell (item 3) with negative results.

It is the opinion of this writer that neither the bullet (item 2) nor the dis-
charged shell (item 3) were fired in the firearm submitted for examination (item 1).

All exhibits to be returned to the submitter via registered mail.

ALFRED C. JOHNSON
Senior Firearms Examiner

REVIEWED BY:
For DANIEL D. GARNER, Chief
Forensic Science Laboratory
National Laboratory Center

EXHIBIT F

ATF F 7100.2 (11-78)    EDITION OF 4/78 MAY BE USED

CERTIFIED DA OFFICE COPY

OPDA-FLANKS023993