CRIME LABORATORY
NEW ORLEANS POLICE DEPARTMENT
715 S. BROAD ST.
NEW ORLEANS, LA. 70119

DECEMBER 27, 1983

REPORT OF THE CRIME LABORATORY

To:

CRIMINAL INVESTIGATION BUREAU
HOMICIDE SECTION

ATTN: DET. JOHN DILLMAN

Evidence Received:              12-19-83/12-23-83

Type of Investigation:          Homicide Armed Robbery        Item No.:    L-17352-83
                                                                           L-23281-83

Examination Requested:          Firearms Identification

Subjects:       ACCUSED:  Frank Raymond
                VICTIM:   Martin Carmise

Specimens:      1.  One (1) Raven MP 25 .25 cal. semi-auto. pistol S/N 683233.

                2.  One (1) Fired .25 cal. bullet.  (REMOVED DURING AUTOPSY OF MARTIN CARMISE).

RESULTS OF LABORATORY EXAMINATION:

Examination revealed that specimen 2 was fired from specimen 1.

Otho B. Stubbs, Jr.
FIREARMS EXAMINER

OS:lp

EXHIBIT H

FLANKS_003375