| | |
|---|---|
| **From:** | Melissa Montle |
| **To:** | Richard Davis |
| **Subject:** | Raymond Flank |
| **Date:** | Thursday, June 2, 2022 1:59:00 PM |

FYI, I uploaded the OPDA file from DocsTools to Dropbox.

EXHIBIT L

OPDA-FLANKS024021