# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYMOND FLANKS | * | NO. 23-cv-06897 |
| | * | |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE |
| | * | BROWN |
| THE CITY OF NEW ORLEANS, | * | |
| ET AL | * | MAGISTRATE KAREN WELLS ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF DEBRA C. GONZALES

NOW INTO COURT comes Debra C. Gonzales, who makes the following declaration pursuant to 28 U.S.C. § 1746:

1. My father, Martin Carnesi, was shot and killed on December 17, 1983.

2. On or about December 23, 1983, I was with my mother, Fay Carnesi, when Detective John Dillmann and two other police officers came to my mother's house and asked her to look at photographs of individuals to see if she recognized anyone as the person who shot Martin Carnesi.

3. I saw the photographs that were shown to my mother, and none of them stood out to me as noticeably different from the others.

4. When showing the photographs, neither Detective John Dillmann nor the other police officers did or said anything to indicate that Fay Carnesi should pick a particular photograph or to suggest whether any of the photographs were of a person the police suspected of killing Martin Carnesi.

5. After looking at the photographs shown to her by the police, Fay Carnesi picked the photograph of Raymond Flanks; she said she was certain that the person in the photograph she picked was the person who shot Martin Carnesi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

_____
Debra C. Gonzales

Page 1 of 1
Declaration of Debra C. Gonzales

EXHIBIT M