# EXHIBIT 48

DISK/JOB-NS

| | OPERATIONS MANUAL | NUMBER FSOP 5.0 |
|---|---|---|

| | TITLE: | IDEN IFICATION OF SUSPECTS - LINEUPS, CRIME SCENES, MUG SHOTS | | | PAGE |
|---|---|---|---|---|---|

EFFECTIVE 12-19-82 | REVISED | | | | PAGE 1 OF 4

### I.  Procedure for Conducting Lineups

1. The Criminal Investigation Bureau shall be responsible for conducting all lineups for the purpose of identification of persons suspected of perpetrating criminal offenses.

2. Within twenty-four (24) hours after requesting a lineup, the investigating or arresting officer shall furnish the Criminal Investigation Bureau with the following:

    a. The District Attorney's copy of the offense report,
    b. Copies of all supplementary reports pertaining to the offense,
    c. Copy of the Rights of Arrestee form (Completed),
    d. Names, badge numbers, places of assignment of all officers involved,
    e. Names, addresses, and telephone numbers of all victims and/or witnesses.

3. The Criminal Investigation Bureau shall make arrangements with Orleans Parish Prison to furnish neutral persons for the line-up and shall notify witnesses, victims, and arresting or investigating officers of the date, time and place the lineup will be held.  If necessary transportation will be furnished to insure timely attendance of victims/witnesses.

4. Upon completion of the lineup, members of the Criminal Investigation Bureau assigned to conduct the follow-up investigation shall be required to prepare a supplemental report and to consult with the District Attorney's office. This supplemental report shall contain the names, ages, heights, weights and any unusual characteristics of all persons participating in the lineup as neutrals, as well as the names, ages and addresses of all witnesses and victims notified and attending the lineup, and whether identification of the suspect was or was not made.  Written statements shall be taken from victims or witnesses who positively identify a suspect.

5. All lineups shall be conducted in the Showup Room in the Central Lockup.

6. The U. S. Supreme Court has held in U. S. vs. Wade that the right to counsel granted by the Sixth Amendment does not apply to lineups conducted prior to the acceptance of formal charges.  However, as a courtesy to the suspect department policy requires that the Criminal Investigations Bureau notify either the suspect's attorney or the Orleans Indigent Defenders Office to be present at the lineup.

*"to protect and to serve"*

CNO-020764



| OPERATIONS MANUAL | NUMBER FSOP 5.0 | |
|---|---|---|
| TITLE: IDENTIFICATION OF SUSPECTS - LINEUPS CRIME SCENES, MUG SHOTS | | |

| EFFECTIVE 12-19-82 | REVISED | | | | PAGE 2  OF 4 |
|---|---|---|---|---|---|

7. If charges have been accepted and the suspect requests representation and has an attorney, the attorney shall be advised that a lineup is to be held and agreement is to be reached as to the time and date of the lineup. If, after having agreed to represent his client at the lineup, the attorney does not appear, the lineup shall be conducted, but only after the following steps have been taken:

   a. An attempt shall be made to contact the attorney to determine the reason for his absence. If contacted and he advises he cannot attend, he shall be advised that the lineup will be conducted despite his absence.

   b. An attempt shall be made to secure an attorney or other unbiased person as a witness to attest to the fairness of the lineup conducted. The lineup shall be conducted whether or not such an unbiased person is available.

   c. Should the suspect's attorney object to his client being placed in a lineup, the attorney shall be notified that a lineup will be conducted and advised of the date, time, and place of the lineup. Refusals to attend, objections to, and nonappearance of attorneys shall be made part of the officer's Supplemental Report of the conduct of the lineup.

8. The suspect's attorney shall have permission to question a victim or witness only with the victim's or witness's consent.

9. When possible at least five neutral persons shall be placed in the same lineup with each suspect. These persons shall be of the same race, and approximate age, height, weight and dress of the suspect.

10. Color photographs of all lineups shall be taken.

11. The suspect may be required to put on spectacles or sunglasses, a coat, hat, or other clothing which were used in the commission of the crime. He may be required to exhibit (within normal bounds of modesty) portions of the body normally covered by clothing; to hold certain implements; to assume certain positions; or to speak the words

*"to protect and to serve"*

CNO-020765



| | OPERATIONS MANUAL | NUMBER FSOP 5.0 |
|---|---|---|

| TITLE: | IDENTIFICATION OF SUSPECTS - LINEUPS CRIME SCENES, MUG SHOTS | | | | PAGE |
|---|---|---|---|---|---|
| EFFECTIVE 12-19-82 | REVISED | | | | 3 OF 4 |

which were uttered during commission of the offense, such as "This is a stickup", "put the money in the bag", or "turn around", etc., provided that each of the neutral persons does the same."

12. All persons in the lineup shall be identified by a number or letter, but not by name. Suspects shall be permitted to select their identifying number or letter.

13. Nothing shall be said or done which might prompt a witness or victim to identify a particular person in the lineup.

14. Multiple witnesses/victims shall be kept separated at the lineup until each has made his own decision.

15. Witnesses/victims shall be directed not to speak out so that other witnesses/victims may hear. They shall be instructed not to ask questions of one another.

16. If a witness or victim wants to see a specific person again, that person shall be returned to the stage.

17. After viewing is complete, the officer shall question the witness or victim with regard to his identification of the suspect. The answers and any reasons the witness or victim may wish to give in support of his answers shall be recorded by the questioning officer.

18. Officers may request the presence of the City Attorneys assigned to the Police Department at any lineup.

    II.  Witness or Victim Must Attend Lineups

19. If a victim or witness advises he will not attend a line-up, the District Attorney's office shall be contacted and requested to subpoena the said witness or victim for appearance.

    III.  Identification of Suspects At Crime Scenes

20. FAIRNESS in the identification procedure as well as in the actual confrontation between the suspect and the witness or victim shall be required.

21. At the crime scene, an officer shall question the witness as thoroughly as possible in order to obtain information which will lead to the identification of the suspect.

*"to protect and to serve"*

CNO-020766



| | OPERATIONS MANUAL | NUMBER FSOP 5.0 |
|---|---|---|
| | TITLE: IDENTIFICATION OF SUSPECTS - LINEUPS CRIME SCENES, MUG SHOTS | |

| EFFECTIVE 12-19-82 | REVISED | | | | PAGE 4 OF 4 |
|---|---|---|---|---|---|

22. Any physical items the suspect may have in his possession which can be identified by the witness, (such as clothing, stolen items, etc.) and which may be used in the trial of the suspect shall be confiscated by the officer.

23. If a suspect is apprehended in the immediate area of the crime, or within a short period of time after the crime was committed, the officer shall return the suspect to the scene of the crime to determine if witness or victim can identify the suspect.

   a. Anytime within four (4) hours after the crime was committed may be considered a "reasonable period of time".

   b. Any place which the suspect could possibly have reached in the time elapsing from the commission of the crime to the time of his apprehension may be considered the immediate area of the crime.

24. Officers shall refrain from making any suggestive movements or statements at the time of the confrontation between the suspect and the witness or victim. If the witness or victim is hesitant in identifying the suspect, the officers shall include that fact in the report.

### IV.  Identification By Photographs "Mug-Shots"

25. When the suspect is a known police character and photographs are available, a minimum of six identification "mug shots", including that of the suspect, shall be shown to the victims or witnesses. If a driver's license is to be used there must be at least five (5) fill in driver's licenses used for identification. Photographs shown shall be of persons of the same race and similar in age and physical characteristics. Victims or witnesses identifying suspects from "mug shots" shall place their initials and the date and time of such identification on the rear of the photograph identified. Identification by "mug shot" shall cause each of the photographs shown to become evidence in the matter under investigation and as such they shall be entered in evidence.

26. After a witness or victim has positively identified a suspect after viewing a "mug shot", a formal line-up shall be conducted.

*"to protect and to serve"*

CNO-020767