MINUTE ENTRY
BROWN, J.
JANUARY 12, 2026

JS10: 5:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS | CIVIL ACTION |
| VERSUS | NO: 23-6897 |
| THE CITY OF NEW ORLEANS, et al. | SECTION: "G" |

JURY TRIAL
Day 1

COURT REPORTER: Karen Ibos
CASE MANAGER: Morgan Palmer
LAW CLERK: Koorosh Famitafreshi

APPEARANCES: Christopher James Murell, David Bradley Shanies, Deborah Ingrid Francois, Eleanor Davis, & Meghan K. Matt, Counsel for Plaintiff Raymond Flanks.
W. Raley Alford, III, Inga Catherine Petrovich, & Matthew J. Paul, Counsel for Defendant Jason Williams.

Court begins at 9:00 a.m.
Preliminary matters on the record with counsel.
Prospective jurors present 9:22 a.m.
Prospective jurors sworn on voir dire.
Jury selected and jury sworn to try the case.
Jury instructed by Court.
Jurors removed from courtroom.
Sequestration order given by the Court.
Court recesses for lunch.
Court resumes and jurors returned to courtroom.
Opening statements made by counsel.
Stipulated facts read by Court.
Court recessed at 4:45 p.m. to resume Tuesday, January 13, 2026, at 9:00 a.m.