MINUTE ENTRY
BROWN, J.
JANUARY 13, 2026

JS10:  6:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS | CIVIL ACTION |
| VERSUS | NO:  23-6897 |
| THE CITY OF NEW ORLEANS, et al. | SECTION:  "G" |

JURY TRIAL
Day 2

COURT REPORTER:  Karen Ibos
CASE MANAGER:   Morgan Palmer
LAW CLERK:      Koorosh Famitafreshi

APPEARANCES:   Christopher James Murell, David Bradley Shanies, Deborah Ingrid Francois, Eleanor Davis, & Meghan K. Matt, Counsel for Plaintiff Raymond Flanks.
W. Raley Alford, III, Inga Catherine Petrovich, & Matthew J. Paul, Counsel for Defendant Jason Williams.

Court begins at 9:15 a.m.
Preliminary matters on the record with counsel.
Defendant's motion to exclude expert testimony of Brian Cutler (R. Doc. 216) DENIED, for reasons stated on the record.
Jurors returned to the courtroom.
Grand Jury testimony of Faye Carnesi, read into the record.
Exhibit P1, offered and admitted.
Video recording of Jason Williams' testimony to Louisiana Senate, displayed.
Exhibit P2, offered and admitted.
Plaintiff's witnesses:
Raymond Flanks, sworn and testified.
Exhibits P3 though P20, offered and admitted.
Court recesses for lunch.
Court resumes and jurors returned to courtroom.
Exhibits D1 through D3, offered and admitted.
Sullivan Dabney Jr., sworn and testified.
Dr. Brian Cutler, sworn and testified as an expert.
Court recessed at 5:30 p.m. to resume Wednesday, January 14, 2026, at 9:00 a.m.