MINUTE ENTRY
BROWN, J.
JANUARY 14, 2026

JS10:  5:25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS | CIVIL ACTION |
| VERSUS | NO:  23-6897 |
| THE CITY OF NEW ORLEANS, et al. | SECTION:  "G" |

<u>JURY TRIAL</u>
Day 3

COURT REPORTER:  Karen Ibos
CASE MANAGER:    Morgan Palmer
LAW CLERK:          Koorosh Famitafreshi

APPEARANCES:    Christopher James Murell, David Bradley Shanies, Deborah Ingrid Francois, Eleanor Davis, & Meghan K. Matt, Counsel for Plaintiff Raymond Flanks.
W. Raley Alford, III,  Inga Catherine Petrovich,  & Matthew J. Paul, Counsel for Defendant Jason Williams.

Court begins at 9:15 a.m.
Preliminary matters on the record with counsel.
Jurors returned to the courtroom.
John Glas, sworn and testified.
Nicholas Trenticosta, sworn and testified.
Court recesses for lunch.
Court resumes.
Matters on the record with counsel.
Jurors returned to courtroom.
James Williams, sworn and testified.
Exhibit P21, offered and admitted.
Exhibits D4 though D5, offered and admitted.
Kendall Green, sworn and testified.
Jurors removed from the courtroom.
Matters on the record with counsel.
Court recessed at 4:20 p.m. to resume Thursday, January 15, 2026, at 1:00 p.m.