MINUTE ENTRY
BROWN, J.
JANUARY 15, 2026

JS10: 4:50

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS | CIVIL ACTION |
| VERSUS | NO: 23-6897 |
| THE CITY OF NEW ORLEANS, et al. | SECTION: "G" |

## JURY TRIAL
Day 4

COURT REPORTER:  Karen Ibos
CASE MANAGER:    Morgan Palmer
LAW CLERK:       Koorosh Famitafreshi

APPEARANCES:   Christopher James Murell, David Bradley Shanies, Deborah Ingrid Francois, Eleanor Davis, & Meghan K. Matt, Counsel for Plaintiff Raymond Flanks.
W. Raley Alford, III, Inga Catherine Petrovich, & Matthew J. Paul, Counsel for Defendant Jason Williams.

Court begins at 1:05 p.m.
Preliminary matters on the record with counsel.
Jurors returned to courtroom.
Stipulation by parties read into record as to the number of trials, convictions, and guilty pleas each year in cases prosecuted by attorneys in the Orleans Parish District Attorney's Office between the years 1974 and 2003.
Laurie Levenson, sworn and testified as an expert.
Deposition excerpts of Harry Connick, read into the record.
Brandy Bradley, sworn and testified as an expert.
Court recessed at 5:55 p.m. to resume Friday, January 16, 2026, at 9:00 a.m.