# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND FLANKS,<br><br>　　*Plaintiff*,<br><br>v.<br><br>THE CITY OF NEW ORLEANS, *et al.*,<br><br>　　*Defendants*. | Civil Action No. 23-06897<br><br>Section G<br>Chief Judge Nannette Jolivette Brown<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

## ORDER

Considering the Motion to Dismiss All Claims Against Defendants filed by Plaintiff Raymond Flanks;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that all claims against all Defendants are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that there shall be no award of costs or attorney fees; the Plaintiff and the Defendants shall each bear their own costs and attorney fees.

New Orleans, Louisiana, this __20th__ day of January, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**NANNETTE JOLIVETTE BROWN**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE